**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (     )** |
| **Debtors.**[1] | **(Joint Administration Requested)** |

### DECLARATION OF AMY O'KEEFE IN SUPPORT OF THE CHAPTER 11 PROCEEDINGS AND FIRST DAY PLEADINGS

Amy O'Keefe declares and says:

1. I am the Executive Vice President and Chief Financial Officer of Sleep Number Corporation ("**SNBC**" and, together with debtors Select Comfort Retail Corporation, Select Comfort Canada Holding Inc., Select Comfort SC LLC, and Sleep Number Health Corporation, "**Sleep Number**," the "**Debtors**," or the "**Company**").

2. I have served as the Executive Vice President and Chief Financial Officer of Sleep Number since December 2025 and have more than three decades of experience in the consumer products, technology, and wellness sectors. Prior to joining Sleep Number, I served as Chief Financial and Administrative Officer of Avaya LLC, a global communications software company. Prior to Avaya, I spent nearly half of my career at The Black & Decker Corporation. After leaving the Black & Decker Corporation in 2010, I served as Chief Financial Officer for multiple public and private companies, including Weight Watchers International, Drive DeVilbiss Healthcare, Savant Systems, and D&M Holdings. I have also served on the board of directors of TruBridge,

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

1

Inc. since October 2024.  I hold a bachelor's degree in accounting from Loyola College and am an inactive Certified Public Account.

3.       On June 12, 2026 (the "**Petition Date**"), the Debtors commenced these cases (collectively, the "**Chapter 11 Cases**") by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code (as amended, the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").  As Sleep Number's Chief Financial Officer, I am generally familiar with its day-to-day operations, business, and financial affairs, and the circumstances leading up to the Chapter 11 Cases.

4.       I am over the age of 18 and authorized to submit this declaration (including the schedules hereto, this "**Declaration**"),[2] pursuant to rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), on behalf of the Debtors in support of their petitions and the First Day Pleadings.[3]  Except as otherwise indicated, the facts set forth in this Declaration are based upon my personal knowledge, my review of the relevant documents, information prepared or provided to me by employees of and/or professional advisors to the Company, and/or my opinion based upon experience, knowledge, and information concerning Sleep Number's operations.  I have reviewed the First Day Pleadings or have otherwise had their contents explained to me, and it is my belief that the relief sought therein is essential to the

---

[2]  Unless otherwise indicated, the information contained herein (including the schedules hereto) is unaudited and reflects the latest data available.  Nothing herein shall, or shall be deemed to, constitute an admission of liability by Sleep Number.  Sleep Number reserves all rights to supplement, revise, or otherwise modify the information contained herein, and all rights to assert that any claim or debt referenced herein is a disputed claim or debt, and to challenge the security, perfection, priority, nature, amount, or status of any such claim or debt.  The descriptions and summaries herein are intended to serve as summaries and are qualified in their entirety by reference to the operative agreements, schedules, exhibits, and other documents and applicable law.  In the event of any inconsistencies between the summaries or descriptions set forth herein and the respective documents, the latter shall control.  Monetary figures referenced herein may be estimates.

[3]  Capitalized terms used but not immediately defined herein shall have the meanings ascribed to them elsewhere herein.

uninterrupted operation of the Debtors' business and to the success of the above-captioned Chapter 11 Cases. If called upon to testify, I would testify competently to the facts set forth in this Declaration.

## PRELIMINARY STATEMENT

5. The Debtors commenced these Chapter 11 Cases to implement a sale transaction that is supported by the Stalking Horse Bidder and the lenders and agent under the Prepetition Secured Credit Facilities (each as defined below). The transaction contemplates continuing the Debtors' robust prepetition marketing process by obtaining approval of the Stalking Horse APA (as defined below) and conducting a 363-sale process on an expedited timeline in these Chapter 11 Cases. The Stalking Horse Bidder has committed, subject to Court approval, to acquire substantially all assets of the Company in exchange for a purchase price of $415 million in cash and the assumption of certain liabilities, subject to certain potential purchase price adjustments, in each case as set forth in the Stalking Horse APA. Critically, this restructuring will (a) ensure that Sleep Number, a prominent American brand, continues as a going concern, (b) support Sleep Number's ongoing relationships with its employees, customers, vendors, suppliers, and business partners, and (c) position Sleep Number for long-term success.

6. To better familiarize the Court with the Debtors, their business, the circumstances leading up to the Chapter 11 Cases and the relief that the Debtors are seeking in the First Day Pleadings, I have organized this Declaration into three sections. Section I of this Declaration describes Sleep Number's business; Section II describes the circumstances giving rise to the need for chapter 11 relief and Sleep Number's various prepetition restructuring initiatives; and Section III sets forth the relevant facts in support of the First Day Pleadings.

**I. THE DEBTORS' BUSINESS**

**A.     Corporate History and Business Operations**

7.      The Company was founded in 1987 as Select Comfort Corporation with the goal of making better sleep accessible for everyone.  The Company opened its first retail store in 1992, bringing personalized sleep solutions directly to customers and, in 2000, introduced home delivery and professional set-up services.  The Company became publicly traded in 1998 and is listed on the Nasdaq Stock Market LLC (Nasdaq Global Select Market) under the symbol "SNBR."  In 2017, Select Comfort Corporation, changed its legal name to Sleep Number Corporation and rebranded as "Sleep Number."  As of the Petition Date, Sleep Number had 142,500,000 shares of common stock authorized, of which 23,250,154 shares of common stock were outstanding.

8.      Sleep Number is the leader in personalized sleep wellness.  Its mattresses are designed to evolve with each sleeper to help them feel and perform their best. With adjustable firmness, pressure-relieving support, and temperature-balancing comfort built into every mattress, Sleep Number beds adapt to customers' changing needs, night after night, year after year.  Backed by nearly 40 years of innovation, over 1,000 patents and patents pending, and billions of hours of sleep data, Sleep Number has helped more than 16 million people achieve their best sleep.  Headquartered in Minneapolis, Minnesota, Sleep Number employs approximately 2,920 employees and operates 572 Sleep Number stores with locations in 50 U.S. states.

9.      Sleep Number's life-changing mattresses and bases include "smart" products that combine physical and digital innovations, integrating unparalleled physical comfort with a highly advanced sleep wellness platform.  At a high level, among other best-in-class features and benefits, Sleep Number's mattresses (a) include the Company's signature firmness adjustability, enabling each sleeper adjustable comfort; (b) offer digital sensing to provide sleep health and quality metrics and feedback to improve the sleep of each individual; (c) utilize "sense and do" technology, which

automatically adjusts the mattress to keep the sleeper comfortable throughout the night; and/or (d) are equipped with individualized temperature control and temperature balancing technology that adjusts the mattress to the ideal climate for each sleeper (such as the Climate360® system). Moreover, Sleep Number smart mattresses are competitively priced to meet most budgets and offer exceptional value – Sleep Number's technology provides daily personalized sleep insights to customers, and Sleep Number regularly expands the features available on all smart mattresses through over-the-air updates.

10. Sleep Number continually seeks to update its product line to improve the customer experience and increase its customer base. In March 2026, Sleep Number announced a redesigned mattress portfolio and introduced five new beds that offer superior comfort, personalized adjustability, and temperature benefits. The redesigned seven-bed portfolio now features three distinct collections: ComfortMode™, ComfortNext™ and Climate™. By streamlining the portfolio from 12 to seven beds, Sleep Number is making it easier for customers to find the right fit for their needs while ensuring a luxury experience at a more approachable price point. Two of the new beds also introduced Sleep Number's first Tri-Brid™ design, combining micro coils, foam, and adjustable air for long-lasting support night after night for additional shoulder, knee, hip, and lower back relief.

11. Sleep Number's mattresses provide unmatched features, benefits, and comfort that help improve sleep health and overall wellness for sleepers. Accordingly, the Company is consistently recognized for innovation and customer satisfaction, including:

- The Company was recognized as #1 in customer satisfaction for both in-store and online mattress purchases in the J.D. Power 2025 U.S. Mattress Satisfaction Study, marking the fifth time the Company received this distinction by J.D. Power.

- The Company was recognized by USA Today as America's Best in Customer Service in 2026.

5

- The Company was recognized by Newsweek as One of the Most Trustworthy Companies in America in 2026.

- In 2025, the Company's ClimateCool ® smart-bed was recognized as an industry leader by several notable publications, including (a) by TIME on its list of Best Inventions, (b) by Forbes as the Best Smart Mattress (c) by Esquire Sleep Awards, as the Best Smart Mattress, (d) as a Best New Smart Mattress in the Men's Health Sleep Awards, (e) as the Best Cooling Mattress in the Oprah Daily Sleep O-wards and (f) by Men's Journal as the Best Smart Bed.

- The Company's Climate360 ® was also recognized by Forbes as the Best Smart Bed for Temperature Control.

**B.      Sales and Marketing**

12.      Sleep Number's exclusive, direct-to-consumer distribution model supports lifelong relationships with its customers.  Across its customer touchpoints, the Company delivers a value-added retail experience that seamlessly integrates Sleep Number's digital and physical experiences to meet customer needs.  The Company offers an engaging and dynamic online experience to educate consumers and advance their purchase path, driving traffic to all of its retail touchpoints.

13.      As the exclusive distributor of Sleep Number products, the Company has a nationwide portfolio of retail stores.  The Company targets high-quality, convenient, and visible store locations based on several factors, including each market's overall sales and profit potential, store geography, demographics, and proximity to other brand experiences.  Since 2010, the Company has invested to reposition a large percentage of its mall stores to stronger, optimally sized, non-mall locations, adding stores in both existing and new markets.  The Company's stores accounted for 88% of net sales in 2025, while sales made through online, phone, chat, and other sales accounted for 12% of net sales.

14.      As a retail company, maintaining and expanding Sleep Number's customer base is critically important to its success.  The Sleep Number rewards loyalty program drives significant brand engagement among valued customers.  Since the launch of the program, the Company has

welcomed over 1.9 million members, referred to as the Smart Sleepers[SM] program.   The
Company's most dedicated Smart Sleepers, who participated in over three million engagements
per year on its digital platform, regularly interact with branded content – including video, web,
email, and blog content – which educates them about Sleep Number products and sleep expertise
and adds to the value to their investment.  In addition, Smart Sleepers post product reviews on
social media, which further activates the marketing flywheel and advances the Company's brand
exposure.

15.     In 2025, Sleep Number reset its marketing strategy, building on top of a strong
brand relevance to attract consumers from a larger addressable market.  In April 2026, Sleep
Number launched its newest marketing campaign, "To a Good Life's Sleep," marking the
Company's first major integrated campaign in several years and the next phase in its brand
evolution. As Sleep Number continues to evolve the brand, it is shifting away from feature-centric
and utility-based messages to a benefit-focused narrative.  This new campaign is designed to
support Sleep Number's full portfolio, from more accessible entry-level options to premium smart
beds, by telling a clear, benefit-led story across every price point.

## C.     Intellectual Property

16.     Sleep Number's success depends, in part, on its patent portfolio, with a particular
focus on smart features that improve sleep quality and thermal solutions to solve temperature
disruptions to sleep.  As of the Petition Date, the Company holds various U.S. and foreign patents
and patent applications regarding certain elements of the design and function of Sleep Number
products, including air control systems, remote control systems, air chamber features, mattress
construction, foundation systems, sensing systems, automated adjustments, in-bed temperature
control, as well as other technology.

7

17.    The Company owns trademarks and service marks registered with the U.S. Patent and Trademark Office.  Several of the Company's trademarks have been registered, or are the subject of pending applications for registration, in various foreign countries. Sleep Number also has other intellectual property rights related to its products, processes, and technologies, including trade secrets, trade dress, and copyrights.

**D.    Partnerships and Collaborations**

National Football League ("**NFL**")

18.    Sleep Number has been the Official Sleep and Wellness Partner of the NFL since 2018.  Sleep Number's NFL partnership also includes partnerships with the NFL Players Association and the Professional Football Athletic Trainers Society.

19.    In 2025, Sleep Number had partnerships with three clubs — Super Bowl LVI Champion Los Angeles Rams, the Dallas Cowboys, and the Minnesota Vikings — which add to its national media and community-activation efforts. These partnerships allow for focused communication in some of Sleep Number's most important markets.

Health & Research Institutions

20.    Through partnerships with world-leading health and wellness institutions, Sleep Number has advanced sleep science with its highly accurate, longitudinal sleep data.  This data serves as the foundation for groundbreaking research on various health-related issues. Sleep Number has partnered with the Mayo Clinic, ACS, Northwestern University, and the University of Pittsburgh in several research studies, with the aim of providing insights into how sleep affects health.

21.    In 2020, Sleep Number announced a collaboration with the Mayo Clinic, resulting in multiple research projects including: research to explore the relationship between disrupted sleep and markers of aging (telomeres, senescence, chronological EKG based on AI); research to

explore excessive daytime sleepiness and its cardiovascular implications; and research to investigate the prevalence of disordered sleep (sleep apnea, insomnia, and short sleep) in patients with Somali heritage and the implications for cardiovascular risk.

22.     Later, in 2022, leveraging the audience it gained through its NFL partnership, Sleep Number partnered with the American Cancer Society ("**ACS**") to study the connection between cancer and sleep quality, with the goal of developing the first-ever sleep strategies and guidance for cancer patients and survivors.  With contributions from Sleep Number's proprietary sleep data, ACS will conduct research over six years, which may lead to improved sleep outcomes for cancer patients and survivors.  Additionally, Sleep Number supports cancer patients and caregivers through donations of sleep solutions to ACS's Hope Lodges across the country.

Strategic Partnership with Travis Kelce

23.     In January 2026, the Company announced a strategic partnership with three-time Super Bowl Champion Travis Kelce. As part of the strategic partnership, Kelce committed to acquire common stock in the company on the open market and to be granted compensatory restricted stock units that will vest over the initial three-year term of the relationship, subject to customary vesting conditions. He also committed to participate in future marketing efforts pursued by the Company.

**E.     Employees and Contract Workers**

24.     Sleep Number employs a talented and dedicated workforce that enables the Debtors to maintain their high standards of quality, safety, and sustainability.  As of the Petition Date, Sleep Number employs approximately 2,920 employees (including the current members of the Debtors' boards of directors or similar governing bodies), as well as contract workers which typically account for approximately 18% of Sleep Number's total workforce.  None of the employees are represented by a union or are party to a collective bargaining agreement.  As detailed in the Wages

9

Motion (as defined in Section III of this Declaration), the employees are located in multiple sites across the United States.

**F.     Corporate Structure**

25.     SNBC is a public holding company that is the 100% owner of four direct subsidiaries, each of which are Debtors in these Chapter 11 Cases. A chart illustrating Sleep Number's corporate structure is attached hereto as **Exhibit A**.

**G.     Prepetition Funded Debt[4]**

26.     The Debtors have incurred and/or issued debt through a revolving credit facility (the "**Prepetition Revolving Credit Facility**") and two term loan facilities (together with the Prepetition Revolving Credit Facility, the "**Prepetition Secured Credit Facilities**").    All obligations under the Prepetition Secured Credit Facilities are guaranteed by each of the Debtors and are secured by a security interest in substantially all of the assets of the Debtors.  As of the Petition Date, Sleep Number has approximately $672.5 million in the aggregate of outstanding principal funded debt obligations, as reflected below:[5]

| Funded Debt | Maturity | Approximate Outstanding Principal Amount |
|---|---|---|
| Prepetition Revolving Loans | December 3, 2027 | $475 million |
| Prepetition 2021 Term Loans | December 3, 2027 | $177.5 million |
| Prepetition 2026 Term Loans | June 30, 2026 | $20 million |
| | **Total Funded Debt** | $672.5 million |

---

[4] The following summary is qualified in its entirety by reference to the operative documents, agreements, schedules, and exhibits.

[5] The table is for illustrative and summary purposes only. The Debtors do not admit to the validity, priority and/or allowance of any claim, lien, or interest in property and reserve their rights in relation to such issues.

27.    In 2018, Sleep Number entered into a secured credit facility with U.S. Bank National Association ("**US Bank**") as administrative agent and certain lenders party thereto.  The terms of the secured credit facility are governed by an Amended and Restated Credit and Security Agreement, dated February 18, 2018 (as amended, restated, or otherwise modified or supplemented from time to time, the "**Prepetition Credit Agreement**") under which, among other things, SNBC as borrower, obtained certain term loans (the "**Prepetition 2021 Term Loans**") and commitments for the Prepetition Revolving Credit Facility (the loans thereunder, the "**Prepetition Revolving Loans**") from the lenders thereunder.

28.    On April 27, 2026, Sleep Number entered into a Forbearance Agreement and Thirteenth Amendment to Amended and Restated Credit and Security Agreement (the "**Thirteenth Amendment**") amending the Prepetition Credit Agreement, among the Debtors, the lenders named therein and US Bank, as Administrative Agent, Swing Line Lender and Issuing Lender.  The Thirteenth Amendment, among other things: (a) provided a $25 million term loan facility (the term loans thereunder, the "**Prepetition 2026 Term Loans,**" and together with the Prepetition 2021 Term Loans, the "**Prepetition Term Loans**" and the transaction in connection therewith, the "**Prepetition 2026 Term Loan Financing**") that matures on June 30, 2026, with a $5 million amortization payment that was paid on June 1, 2026; (b) required that the lenders forbear from exercising certain rights and remedies in respect of certain events of default under the Prepetition Credit Agreement; (c) revised the minimum liquidity financial covenant to not apply from the period covering April 27, 2026 until the last Business Day of the first week ending after July 1, 2026; (d) prohibited Sleep Number from permitting disbursements or new draws under the Prepetition Revolving Credit Facility outstanding under the Prepetition Credit Agreement to exceed an agreed permitted variance amount; and (e) required Sleep Number to satisfy certain

11

milestones, including milestones relating to Sleep Number's efforts to consummate a strategic transaction that is designed to maximize enterprise value and provide for payment in full of the obligations under the Prepetition Credit Agreement.

29.     As of the Petition Date, the Debtors owe approximately $672.5 million in aggregate principal amount outstanding under the Prepetition Secured Credit Facilities, including principal obligations arising under (a) the Prepetition Revolving Loans in the approximate amount of $475 million and (b) the Prepetition Term Loans in the approximate amount of $197.5 million.

30.     As of the Petition Date, there is also $8.3 million in aggregate principal amount of letter of credit commitments outstanding under the Prepetition Revolving Credit Facility.  The Debtors do not expect a request for these letters of credit to be cash collateralized during the course of these Chapter 11 Cases.

## II. EVENTS LEADING TO THE CHAPTER 11 CASES

31.     Over the last several years, Sleep Number, like many retailers, has been forced to contend with numerous industry-specific and macroeconomic headwinds that have strained its business and resources, and ultimately led the Debtors to seek chapter 11 relief. This section describes the circumstances and immediate catalysts motivating the filing of the Chapter 11 Cases.

### A.     Recent Macroeconomic Trends

32.     Over the past decade, multiple mattress retailers have experienced distress attributed to a common set of underlying factors: the marked shift by consumers towards e-commerce, the resulting loss of in-store foot traffic and in-store sales, the difficulties presented by maintaining a right-sized real estate portfolio and distribution network, and diminishing profit margins across the vertical.  These issues have resulted in a historic industry recession.

33.     Like many of Sleep Number's competitors and peers, the last several years have been extremely challenging.  The cumulative effect of increased competition within the mattress

12

industry, reduction in discretionary consumer spending, unpredictable regulatory environment, increased inflation and interest rates, a less dependable global supply chain ecosystem, and resulting increases in operating costs had a significant impact on the Company's bottom line.

34.     One recent and distinct macro-economic factor is the unpredictable shifting of trade rules imposed by the current U.S. government on top of an already vulnerable global supply chain. Since April 2025, the U.S. government has been imposing and proposing a new wave of tariffs on imported goods, which goods Sleep Number relied heavily on for manufacturing and assembling its smart beds and mattresses.  As a result, Sleep Number has been subject to tariffs imposed by the U.S. government under various schemes, including tariffs imposed by the President under the International Emergency Economic Powers Act of 1977 ("**IEEPA**").  During Sleep Number's fiscal year 2025, U.S. tariffs were imposed under IEEPA that applied to certain of Sleep Number's direct import products.  While the U.S. Supreme Court's February 2026 ruling determined that IEEPA does not authorize the President to impose tariffs, the broader trade landscape remained complex, and the Company continued to manage ongoing regulatory uncertainties, particularly regarding potential alternative tariff frameworks that may be imposed by the U.S. government on U.S. imports.

35.     While those unpromising macro-economic trends adversely affected Sleep Number's dealings with its foreign suppliers and its own business operations and liquidity situations, Sleep Number took efforts to navigate these challenges by initiating internal reorganizations to reduce its operational costs, marketing its assets towards third-party buyers, and seeking additional sources of liquidity along the way, as further described below.

**B.      Internal Cost-Cutting Measures**

36.     Like many companies, Sleep Number had a significant demand spike during the pandemic and pursued a strategy that over expanded its cost structure including store footprint,

13

manufacturing capabilities and debt levels. The Company's increased leverage reduced its ability to navigate prolonged macroeconomic headwinds.

37. In April 2025, the Company appointed Linda Findley as CEO to spearhead the Company's turnaround efforts. Immediately, Findley kicked off efforts to fix the Company's capital structure, and streamline business operations, including by creating a nimbler operation designed to enable faster decision-making by consolidating roles across key functions and strengthening accountability. These efforts reduced operating costs across the business by $136 million as compared to 2024 (excluding restructuring and other non-recurring costs), including through optimizing the real estate portfolio and right sizing the fixed cost base.

38. In November 2025, the Company introduced its turnaround strategy "Sleep Number Shifts," a focused, company-wide effort to reposition the brand, expand reach to new customer groups and reignite growth while continuing to execute cost savings and operating efficiencies, such as optimizing the real estate portfolio and right sizing the fixed cost base. The strategy was centered on three key areas: product, marketing, and distribution.

(a) **Product:** The Company simplified its offering with the goal of growing its customer base while building on the demand from repeat customers

(b) **Marketing:** The Company modernized its efforts by expanding channels and reach with new creative to better connect with today's consumer and drive engagement with a focus on better Return on Investment

(c) **Distribution:** The Company focused on optimizing store footprints and explored opportunities to expand distribution into new channels, both physical and digital.

39. These efforts improved the Company's liquidity position and gave the Company the breathing room to transition to exploring long-term restructuring options in 2026.

C.      **Evaluating Restructuring Options**

40.     To assist Sleep Number in analyzing its financing needs and developing capital structure solutions and restructuring alternatives, Sleep Number retained Guggenheim Securities, LLC ("**Guggenheim Securities**") in February 2026 as its investment banker.  Sleep Number also engaged AlixPartners, LLP as its operational advisor to assist with the business plan and transformation, accelerate cost savings, and support contingency preparations.  Sleep Number also mandated with its existing external counsel, Davis Polk & Wardwell LLP ("**Davis Polk**"), to advise on potential restructuring strategies.

41.     The Company, together with its advisors, considered and exhaustively pursued a range of possible options, including: (a) seeking recapitalization and financing opportunities from new financing sources and existing stakeholders; (b) soliciting interest in strategic combinations; and (c) attempting to market and sell its assets and/or operations to third parties.  The Company went to great lengths to pursue all such options.

42.     In March 2026, with the assistance of Guggenheim Securities, the Debtor began actively soliciting both recapitalization and bridge financing proposals from third parties.  In total Guggenheim contacted 33 parties, 26 of which executed a non-disclosure agreement and were provided access to diligence materials by the Company.  Ultimately, only one party submitted a written recapitalization proposal, which, after comprehensively evaluating with its various advisors, the Company ultimately decided the proposal was not actionable nor in the best interest of stakeholders.  While the Company received several proposals for senior bridge financing, the existing lender group would not consent to being primed, and no actionable proposals for unsecured or junior financing were received.

43.     Despite these comprehensive efforts, the Company concluded that, based on recent performance trends, the only viable pathway to maintain its business and preserve liquidity was to

raise incremental bridge liquidity from its existing lenders while launching a marketing process intended to identify a purchaser for its assets as a going concern sale. As discussed further below, the Company has structured the sale process to minimize disruption to its existing customer, employee, and vendor relationships, and maximize value available to all stakeholders.

44. In connection with the foregoing, the board of directors (the "**Board**") of Sleep determined that it was in the Debtors' best interests to make several governance enhancements, each of which were approved and implemented. This began with the creation of a committee (the "**Special Transactions Committee**") in March 2026 to lead the refinancing and strategic alternatives initiative and report and make recommendations to the full Board.

45. On June 4, 2026, the Board appointed Colin M. Adams to the boards of directors of Sleep Number Corporation, and each of the other Debtors. Mr. Adams has significant restructuring experience. Mr. Adams was also appointed as a member of the Special Transactions Committee. In addition, Mr. Adams serves as the sole member of the Special Investigations Committee of each Debtor, which was established to evaluate certain potential claims the Debtors may hold.

46. On June 12, 2026, the Board appointed Kent Percy of AP Services, LLC as Chief Restructuring Officer to Sleep Number Corporation, and each of the other Debtors. Mr. Percy is a seasoned restructuring practitioner. He was appointed to assist the Debtors with their chapter 11 filings and provide certain management services in connection with these Chapter 11 Cases.

**D.      Prepetition Sale and Marketing Process**

47.      As set forth in greater detail in the Bidding Procedures Declaration[6] filed contemporaneously herewith, prior to the Petition Date, Sleep Number conducted a robust, 14-week marketing process for the sale of substantially all of its assets.  As part of this process, Sleep Number, with the assistance of Guggenheim Securities, prepared marketing materials and contacted 53 potential strategic and financial purchasers.  Of those potential purchasers, 19 entities executed non-disclosure agreements and were provided with a confidential information memorandum and granted access to a virtual data room containing confidential information regarding the Company's assets to be sold, and five entities submitted preliminary proposals.  As set forth in the Bidding Procedures Motion (as defined below), filed contemporaneously herewith, the Debtors intend to continue this marketing process in the Chapter 11 Cases.

48.      As a result of these efforts, the Company was successful in securing an agreement with SNBR Inc., an affiliate of Sleep Country Canada Inc. (the "**Stalking Horse Bidder**" or "**Sleep Country**") to serve as the stalking horse bidder for the sale of substantially all of the Company's assets.  Sleep Country has expressed a strong interest in acquiring the Company's assets since day-1 of the prepetition marketing process and has continued throughout the process to actively engage in diligence and negotiations with the Company.  Sleep Country, which was founded in 1994 and operates under Sleep Country™, Dormez-vous™, Casper™ (Casper Canada), Endy™, Hush™,

---

[6] "**Bidding Procedures Declaration**" means the *Declaration of Michael Gottlieb in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief.*

Silk & Snow™ and Simba™ (in the United Kingdom), is Canada's leading specialty sleep retailer. Sleep Country operates a network of over 300 corporate-owned stores across Canada and has an industry-leading sleep ecosystem which it continuously enhances through actively assessing opportunities to support its business model across infrastructure, channel, partnership and experience. The Debtors believe that consummating a sale transaction with Sleep Country would deliver immediate and substantial value to the Company's key stakeholders, and that the transaction will provide long-term benefits to the brand and its customers.

49.     Under the Asset Purchase Agreement, attached as Exhibit B to the Bidding Procedures Motion, filed contemporaneously herewith, dated as of June 12, 2026, by and between SNBC, the Stalking Horse Bidder and for certain sections therein, Sleep Country Canada Inc. (as modified from time to time, the "**Stalking Horse APA**"), the Stalking Horse Bidder has committed, subject to Court approval, to acquire substantially all of the assets of the Company in exchange for a purchase price of $415 million in cash and the assumption of certain liabilities, subject to certain potential purchase price adjustments, in each case as set forth in the Stalking Horse APA (the "**Stalking Horse Bid**"). Pursuant to the Bidding Procedures Motion, the Debtors seek approval of the Stalking Horse APA, which will set the floor for other potential bids to acquire the Company's assets during the Chapter 11 Cases.

50.     As described in further detail in the Bidding Procedures Motion, to ensure that the Stalking Horse Bid is in fact the highest or otherwise best offer for the purchase of the Debtors' assets, the Debtors have proposed bidding and auction procedures (the "**Bidding Procedures**") that will allow interested parties to submit competing bids for the Debtors' assets. Pursuant to the Bidding Procedures, the Debtors will conduct a chapter 11 sale process that builds on the momentum from their prepetition marketing process, thus ensuring the Debtors receive the

18

maximum value possible for their assets for the benefit of their stakeholders while preserving the Debtors' business as a going concern.

51.     In light of the comprehensive pre-petition marketing process and the fact that the parties that engaged in this process are already familiar with the Debtors and their assets, the Debtors have determined that a post-petition marketing and diligence period of 26 days is a reasonable and sufficient amount of time for potentially interested bidders to formulate a competing bid.  The Debtors have therefore proposed the following timeline[7] for their sale process, which is calibrated to achieve the twin goals of a value maximizing sale via a marketing and auction process and consummating a transaction as quickly as practicable so as to preserve the value of their assets and business.  To preserve valuable assets of the Company such as valued customer, employee and vendor bases, it is imperative that the Debtors complete a sale in an expeditious manner.

| | |
|---|---|
| **June 25, 2026** | The deadline for the Debtors to file the Potential Assumption and Assignment Notice (the "**Potential Assumption Notice Deadline**") |
| **July 2, 2026** | Hearing to consider approval of the Bidding Procedures and for entry of the Bidding Procedures Order, subject to Court availability |
| **July 8, 2026 at 4:00 p.m.** | The deadline by which all binding Bids must be submitted to the Debtors by Potential Bidders (the "**Bid Deadline**") |
| **July 10, 2026 at 4:00 p.m.** | The deadline to object to the Motion and the sale of the Assets (including with respect to the identity of the Stalking Horse Bidder and adequate assurance of future performance by the Stalking Horse Bidder) (the "**Sale Objection Deadline**"), with the exception of objections solely related to the identity of the Successful Bidder and adequate assurance of future performance by the Successful Bidder (in each case, other than the Stalking Horse Bidder) |

---

[7] Capitalized terms used but not immediately defined in this table shall have the meanings ascribed to them in the Bidding Procedures Motion or the Bidding Procedures.

| July 10, 2026 at 4:00 p.m. | The deadline for a Counterparty to object to its Proposed Cure Cost or the Potential Assumption and Assignment Notice (the "**Cure Objection Deadline**"), with the exception of objections solely related to the identity of the Successful Bidder and adequate assurance of future performance by the Successful Bidder (in each case, other than the Stalking Horse Bidder)[8] |
|---|---|
| July 13, 2026 at 10:00 a.m. | Auction (if any) to be held at the New York offices of Davis Polk (or such other location as the Debtors may designate in accordance with the Bidding Procedures) |
| July 13, 2026 | Target date for the Debtors to file the Notice of Auction Results and Proposed Assumption and Assignment Notice (the "**Post-Auction Notice Deadline**") |
| July 14, 2026 at 4:00 p.m. | The deadline for a Counterparty to object to the Proposed Assumption and Assignment Notice, if applicable (the "**Post-Auction Objection Deadline**") |
| July 15, 2026 | Hearing to consider approval of the Sale Transaction and for entry of the Sale Order, subject to Court availability |
| July 31, 2026 | Closing of the Sale Transaction (subject to obtaining required regulatory approvals) |

### E.   Prepetition Liquidity Initiatives

52.     The Company has been exploring different liquidity options since the beginning of 2026 to support its exploration of the restructuring alternatives, including the going-concern sale as set forth above.  As previously described, the Company received several proposals for senior bridge financing.  However, the existing lender group would not consent to being primed, and no actionable proposals for unsecured or junior financing were received.

53.     In April 2026 and as described in Section I.G above, Sleep Number incurred the Prepetition 2026 Term Loans to obtain additional financing for general corporate purposes, improve its liquidity position, and remain focused on the Company's strategic objectives.

---

[8] The Cure Objection Deadline shall be 14 days after the Potential Assumption Notice Deadline.

20

54.     On May 13, 2026, as set forth in the Thirteenth Amendment, pursuant to a participation agreement, SNBC sold to a third-party buyer all of its rights in its claims for tariff refunds, which SNBC previously paid to U.S. Customers and Border Protection pursuant to the IEEPA, along with related rights (the "**IEEPA Tariff Refund Sale**").

55.     Although the additional liquidity made available by the cost-cutting measures, Prepetition 2026 Term Loan Financing, and the IEEPA Tariff Refund Sale was not sufficient to fully address Sleep Number's continuing financial obligations and commitments, it allowed Sleep Number to pursue a robust prepetition marketing process for its business and to identify the Stalking Horse Bidder to support the implementation of a value maximizing sale transaction in these Chapter 11 Cases.

**F.     DIP Financing**

56.     In parallel with the sale process, and as described in further detail in the DIP Motion (as defined herein) filed contemporaneously herewith, Sleep Number, with the assistance of its advisors, negotiated and secured postpetition financing in the aggregate amount of (1) up to $65 million in new money and (2) up to $195 mm in the form of roll-up of prepetition obligations converted on a 3:1 basis (the "**DIP Facility**" and such financing, the "**DIP Financing**") with the existing lender group under the Prepetition Credit Agreement.  The Debtors, with the assistance of Guggenheim Securities, also conducted a broader financing outreach process to determine whether any alternative financing opportunity was available from third-party financing sources, including on a priming, *pari passu*, or junior basis.  Specifically, the Debtors, with the assistance of Guggenheim Securities, contacted 11 prospective financing sources.  Ultimately, none of these prospective financing sources expressed any willingness to lend on an unsecured or junior basis and while the Company received 3 proposals for priming facilities, including an unsolicited term sheet from a party not under NDA, the existing lender group would not consent to being primed.

21

Sleep Number believes that the financing terms and related obligations negotiated in the DIP Facility provide Sleep Number with the best opportunity to meet its near-term financial obligations, honor existing programs and obligations with respect to its customers, employees, vendors and other stakeholders, and position the Company to run a value-maximizing sale process through these Chapter 11 Cases.

57.     The DIP Facility will bolster liquidity and thus message to the Debtors' key stakeholders that operations will continue post-petition in the ordinary course as the Company pursues an efficient sale transaction and prepares to emerge from bankruptcy. The DIP Facility provides the liquidity required for the Company to continue to operate during these Chapter 11 Cases, and to consummate a sale transaction that maximize recoveries for stakeholders in a timely manner. The Debtors recognize that speed within chapter 11 is key for a business to preserve value for all stakeholders. It is imperative that the Debtors not linger in chapter 11, which would lead to the accrual of significant administrative claims (including interest accrued under the DIP Facility and professional fees) and risk the loss of employee, customer, and supplier confidence – all of which are critical to Sleep Number's long-term success. The Debtors are mindful of these time considerations and believe that the DIP Financing and sale milestones will guide these Chapter 11 Cases towards a value-maximizing outcome for all stakeholders.

58.     In short, commencing these Chapter 11 Cases with (a) an expeditious and streamlined sale process backstopped by the Stalking Horse Bidder and (b) DIP Financing provided by the existing lender group under the Prepetition Credit Agreement  is the optimal outcome the Debtors could have achieved under the challenging prepetition circumstances and will ensure a value-maximizing path for the Debtors' stakeholders going forward.

22

## III. <u>FIRST DAY PLEADINGS</u>

59.     To facilitate a smooth transition into chapter 11, the Debtors contemporaneously herewith filed the following motions and other pleadings (collectively, the "**First Day Pleadings**"):

*Administrative Pleadings*

a.  *Motion of the Debtors for Entry of a Standing Order Confirming the Statutory Protections of the Bankruptcy Code*

b.  *Motion of the Debtors for Entry of an Order (I) Directing Joint Administration of the Chapter 11 Cases and (II) Granting Related Relief*

c.  *Motion of the Debtors for Entry of an Order (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Waiving the Requirement That Each Debtor File a Separate List of Creditors and Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (III) Authorizing Parties to Redact Personal Identifying Information, and (IV) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information*

d.  *Debtors' Application for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor for Nunc Pro Tunc to the Petition Date*

e.  *Motion of the Debtors for Entry of an Order Implementing Certain Notice and Case Management Procedures*

f.  *Motion of the Debtors for Entry of an Order Extending the Time to File Schedules and Statements of Financial Affairs*

g.  *Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors' Estates, and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates*

*Operational Pleadings Requiring Immediate Relief*

h.  *Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* (the "**DIP Motion**")

23

i.   *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees, and (II) Financial Institutions to Honor and Process Related Checks and Transfers*

j.   *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue to Renew their Liability, Property, Casualty, Surety Bond, and Other Insurance Programs, and Honor all Obligations in Respect Thereof, and (II) Financial Institutions to Honor and Process Related Checks and Transfers*

k.   *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(B)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief*

l.   *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and Otherwise to Continue Customer Practices, and (II) Financial Institutions to Honor and Process Related Checks and Transfers*

m.   *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* (the "**Wages Motion**")

n.   *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims*

### *Other Pleadings*

o.   *Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts*

24

*and Unexpired Leases, and (III) Granting Related Relief* (the "**Bidding Procedures Motion**")

p. *Omnibus Motion for an Order (I) Approving The Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief*

60. As a result of my first-hand knowledge, and through my review of various materials and information, discussions with members of Sleep Number's management, and discussions with the Company's advisors, I have formed opinions as to (a) the necessity of obtaining the relief sought by the Company in the First Day Pleadings, (b) the need for the Debtors to continue operating effectively while working to maximize the value of their assets for the benefit of all parties in interest, (c) the importance of stabilizing the Debtors' relationships with their employees, vendors and customers and other parties in interest, and (d) the immediate and irreparable harm to which Sleep Number and its business will be exposed unless the relief requested in the First Day Pleadings is granted without delay.

61. As described more fully therein, the Company, in consultation with its advisors, carefully tailored the relief requested in the First Day Pleadings to ensure Sleep Number's immediate operational needs are met, and that Sleep Number suffers no immediate and irreparable harm. I, or other members of Sleep Number's management and/or operational teams, participated in the analysis that informed each First Day Pleading and assisted in developing the relief requested therein and reviewed the pleadings related thereto. The Company's management and professionals remained cognizant of the limitations imposed on debtors in possession and, in light of those limitations, narrowed the relief requested at the outset of these Chapter 11 Cases to those matters that require urgent relief to sustain Sleep Number's immediate operations and preserve value during the pendency of these Chapter 11 Cases. It is my opinion that the Company would suffer

immediate and irreparable harm if the relief requested in the First Day Pleadings were not granted to the Debtors.

62.     For a more detailed description of the First Day Pleadings than set forth herein, I respectfully refer the Court to the respective First Day Pleadings.  To the extent that this Declaration and the provisions of any of the First Day Pleadings are inconsistent, the terms of the First Day Pleadings shall control.

## IV. INFORMATION REQUIRED BY LOCAL RULE 1007-2

63.     In accordance with Local Rule 1007-2, the schedules attached hereto, as summarized below, provide certain information related to the Debtors.  There is no schedule with respect to Local Rules 1007-2(a)(1)–(2), as the former is satisfied as a result of the disclosures above and the latter is inapplicable to the Debtors.  There is no schedule with respect to Local Rules 1007-2(a)(3) as it is inapplicable to the Debtors.  With respect to Local Rule 1007-2(a)(4), I incorporate herein by reference Official Form 204 attached to the Debtors' petitions, which lists the holders of the Debtors' 30 largest unsecured claims on a consolidated basis (excluding claims of insiders, as such term is used in section 101(31) of the Bankruptcy Code).  There is no schedule with respect to Local Rule 1007-2(a)(11) because the Debtors do not believe that there are any material actions or proceedings, pending or threatened, in which a judgment against them or a seizure of their property is imminent.

a.      Pursuant to Local Rule 1007-2(a)(5), **Schedule 1** hereto lists the holders of the five largest secured claims against the Debtors on a consolidated basis (excluding claims of insiders, as such term is used in section 101(31) of the Bankruptcy Code) and the following information with respect to each holder: the name, the address (including the number, street, apartment or suite number, and zip code, if not included in the post office address), the amount of the claim, a brief description and an estimate of the value of the collateral securing the claim, and whether the claim or lien is disputed.

b.      Pursuant to Local Rule 1007-2(a)(6), **Schedule 2** hereto provides a summary of the Debtors' (unaudited) consolidated assets and liabilities.

26

c.   Pursuant to Local Rule 1007-2(a)(7), **Schedule 3** hereto provides (a) a summary of the Debtors' publicly held securities and the approximate number of holders thereof (on a consolidated basis) and (b) a list of those securities held by each of the Debtor's officers and directors and the amounts so held.

d.   Pursuant to Local Rule 1007-2(a)(8), **Schedule 4** hereto describes the Debtors' property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, secured creditor, or agent for any such entity, including the name, address, and telephone number of each such entity and the location of the court in which any proceeding relating thereto is pending.

e.   Pursuant to Local Rule 1007-2(a)(9), **Schedule 5** hereto provides a summary of the premises owned, leased, or held under other arrangement from which the Debtors operate their business.

f.   Pursuant to Local Rule 1007-2(a)(10), **Schedule 6** hereto provides the location of the Debtors' substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

g.   Pursuant to Local Rule 1007-2(a)(12), **Schedule 7** hereto provides a list of the names of the individuals who comprise the Debtors' existing senior management, their tenure with the Debtors, and a summary of their relevant responsibilities and experience.

h.   Pursuant to Local Rule 1007-2(b)(1)–(2)(A), **Schedule 8** hereto provides (a) the estimated amount of weekly payroll for the Debtors' employees (not including officers, directors, and stockholders) and (b) the estimated amount to be paid to officers, stockholders, and directors, and financial and business consultants retained by the Debtors for the 30-day period following the Petition Date, as the Debtors intend to continue operating their business.

i.   Pursuant to Local Rule 1007-2(b)(3), **Schedule 9** hereto provides, for the 30-day period following the Petition Date, a list of estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

j.   Pursuant to Local Rule 1074-1, I attest that all persons whose consent is required for filing the Debtors' petitions have provided such consent.

[*Signature page follows*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge, information, and belief.

Dated:   June 12, 2026
         New York, New York

                                        */s/ Amy O'Keefe*
                                        Amy O'Keefe
                                        Executive Vice President and Chief Financial
                                        Officer
                                        Sleep Number Corporation

[*Signature Page to First Day Declaration*]

## Schedule 1

### Five Largest Secured Claims[9]

At present, the Debtors do not anticipate disputing the claims listed below, however, Debtors reserve all rights to assert that any debt or claim included herein is a disputed claim or debt, and to challenge the priority, nature, amount, or status of any such claim or debt. The exhibit estimates outstanding claim amounts (including principal and interest) as of the Petition Date.

| No. | Name of Creditor | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of Claim | Amount of Claim (in millions)[10] | Type of Collateral |
|---|---|---|---|---|---|
| 1 | U.S. Bank National, Association | 800 Nicollet Mall, BC-MN-H03L, Minneapolis, MN 55402 | Prepetition Revolving Loans | $475 | Substantially all property owned at execution or hereafter acquired by the Borrower |
| 2 | U.S. Bank National, Association | 800 Nicollet Mall, BC-MN-H03L, Minneapolis, MN 55402 | Prepetition 2021 Term Loans | $177.5 | Substantially all property owned at execution or hereafter acquired by the Borrower |
| 3 | U.S. Bank National, Association | 800 Nicollet Mall, BC-MN-H03L, Minneapolis, MN 55402 | Prepetition 2026 Term Loans | $20 | Substantially all property owned at execution or hereafter acquired by the Borrower |

---

[9] Exclusive of de minimize statutory lien claims.

[10] Amount of Claim includes outstanding principal amount only and excludes any fees and interest accrued prior to the Petition Date.

## Schedule 2

### Debtors' Assets and Liabilities[11]

|  | Amount (in billions) |
| --- | --- |
| Total Assets | $0.6 |
| Total Liabilities | $1.3 |

---

[11] The amounts in this schedule are estimated based on book value as of April 30, 2026.

**Schedule 3**

**Publicly Held Securities**

| Publicly Held Security | Outstanding[12] |
|---|---|
| Common Stock | 23,250,154 |

| Name of Officer / Director | Number of Shares of Common Stock Owned[13] |
|---|---|
| Melissa Barra | 131,665 |
| Phillip M. Eyler | 16,957 |
| Linda A. Findley | 285,549 |
| Samuel R. Hellfeld | 96,059 |
| Julie M. Howard | 41,385 |
| Deborah L. Kilpatrick, Ph.D. | 41,204 |
| Christopher K. Krusmark | 57,416 |
| Stephen E. Macadam | 111,318 |
| Angel L. Mendez | 16,957 |

---

[12] The Debtors do not know the precise number of holders for any securities they issued.

[13] Information reported as of February 28, 2026 based on DEF 14A that Sleep Number Corporation filed with the SEC on April 8, 2026 and subject to the caveats and qualifications as set forth therein.

## Schedule 4

### Debtors' Property Held by Third Parties

Certain of the Debtors' property is likely to be in the possession of various other persons. Through these arrangements, the Debtors' ownership interest is not affected.  In light of the movement of this property, providing a comprehensive list of the persons or entities in possession of such property, their addresses and telephone numbers, and the location of any court proceeding affecting such property would be impractical.

**Schedule 5**

**Property from Which the Debtors Operate Their Business**

| Address | City | State / Country |
|---|---|---|
| 1315 E Battlefield Rd | Springfield | MO |
| 16890 Chesterfield Airport Rd. | Chesterfield | MO |
| 2310 SE Delaware Avenue | Ankeny | IA |
| 2243 Medical Center Parkway, Suite A | Murfreesboro | TN |
| 9050 NE Barry Road | Kansas City | MO |
| 2115 S University Dr | Davie | FL |
| 1279 Polaris Parkway, Space OP-050C | Columbus | OH |
| 2301 Glades Road, Suite 700 | Boca Raton | FL |
| 291 S. Route 73 | Marlton | NJ |
| 26222 Novi Rd. | Novi | MI |
| 1090 Boardman Poland Rd., Suite 200 | Youngstown | OH |
| 1615 East Monte Vista Ave | Vacaville | CA |
| 1025 Camino De La Reina Ste FSU5 | San Diego | CA |
| 6366 Promenade Parkway | Castle Rock | CO |
| 90-94 Metropolitan Avenue | Rego Park, Queens | NY |
| 2412-C N Salisbury Blvd. | Salisbury | MD |
| 3680 E Fairview Ave, Ste 100 | Meridian | ID |
| 16500 N. Scottsdale Road | Scottsdale | AZ |
| 6350 S Virginia St | Reno | NV |
| 5077 Fruitville Road | Sarasota | FL |
| 701 Lynnhaven Parkway | Virginia Beach | VA |
| 4838 Gate Parkway N Unit 5 | Jacksonville | FL |
| 1162 Roseville Parkway, Ste 150 | Roseville | CA |
| 4389 9th Street N, Space #0027 | Naples | FL |
| 8505 Park Meadow Center Drive, Suite 2330 | Littleton | CO |
| 18440 Interstate 45 South | Shenandoah | TX |
| 740 Commons Drive | Woodbury | MN |
| 1025 Woodruff Road | Greenville | SC |
| 12090 Jefferson Ave, Bldg 1000, Ste 1040 | Newport News | VA |
| 13733 North Prasada Parkway, Suite 112 | Surprise | AZ |
| 3031 Butterfield Road | Oak Brook | IL |
| 11802 Elm Creek Blvd. N | Maple Grove | MN |
| 921 N U.S. 441 | Lady Lake | FL |
| 1500 Airport Blvd | Pensacola | FL |
| 7626 U.S. Hwy. 72 Suite 100 | Madison | AL |
| 819 E. Interstate 30 | Rockwall | TX |
| 18722 Gulf Freeway | Friendswood | TX |
| 1829 E Williams Field Rd, Suite 102 | Gilbert | AZ |
| 15900 La Cantera Parkway, Ste 1045 | San Antonio | TX |
| 11833 W. Broad Street | Richmond | VA |
| 12635 S Cleveland Ave, #102 | Ft. Myers | FL |
| 28311 Marguerite Parkway, Ste A | Mission Viejo | CA |
| 11916 W 95th St | Lenexa | KS |

| Address | City | State / Country |
|---|---|---|
| 5248 North Service Road | St. Peters | MO |
| 7564 US Highway 72, Suite 101 | Germantown | TN |
| 2007 Walnut St. Suite 100 | Cary | NC |
| 21 Greene Blvd,  Suite N-110 | Beaver Creek | OH |
| 5009 S. Hulen St., Suite 101 | Fort Worth | TX |
| 10901 Parkside Dr | Knoxville | TN |
| 7708 W. Bell Road, Suite 100 | Glendale | AZ |
| 3500 28th St SE | Kentwood | MI |
| 7900 Monet Ave | Rancho Cucamonga | CA |
| 4602 Illinois Road, Suite 102 | Fort Wayne | IN |
| 1961 Chain Bridge Rd | Mclean | VA |
| 12637 Wayzata Blvd, Space 2445 | Minnetonka | MN |
| 1925 Cobb Parkway NW, Suite 130 | Kennesaw | GA |
| 3000 184th Street  SW | Lynnwood | WA |
| 15631 South LaGrange Road | Orland Park | IL |
| 4362 North Oracle Road | Tucson | AZ |
| 5304 S State St | Murray | UT |
| 119 Stacy Road | Fairview | TX |
| 17710 West Center Road | Omaha | NE |
| 590 Prairie Center Drive, Suite 110 | Eden Prairie | MN |
| 6110 N Point Pkwy Suite B | Alpharetta | GA |
| 3960 Stelzer Road Space N-100 | Columbus | OH |
| 2000 Coastal Grand Circle | Myrtle Beach | SC |
| 6465 Sawmill Road | Dublin | OH |
| 1615 E Hwy 50, Suite 100 | Clermont | FL |
| 4760 S. Broadway Ave | Tyler | TX |
| 11530 Midlothian Turnpike | Midlothian | VA |
| 6630 Mills Civic Parkway | West Des Moines | IA |
| 103 E University Drive | Granger | IN |
| 2002 Annapolis Mall | Annapolis | MD |
| 3900 Sisk Road, Suite M | Modesto | CA |
| 1006 Bellevue Square | Bellevue | WA |
| 8421 Preston Road | Dallas | TX |
| 1440 Carl D Silver Parkway | Fredericksburg | VA |
| 7620 N Academy Blvd | Colorado Springs | CO |
| 4984 Dressler Rd. NW | Canton | OH |
| 7211 SW Bridgeport Road | Tigard | OR |
| 17818 Royalton Rd, Unit 100 | Strongsville | OH |
| 2330 Oneida Street | Green Bay | WI |
| 1961 S. Val Vista Dr. | Mesa | AZ |
| 290 Palladio Pkwy | Folsom | CA |
| 13920 East Indiana Ave Suite A | Spokane | WA |
| 2210 N. Rock Road | Wichita | KS |
| 4702 Millenia Plaza Way Suite A | Orlando | FL |
| 1685 E 80th Ave | Merrillville | IN |
| 1719 County Road B2 West | Roseville | MN |
| 2301 North Roan St. | Johnson City | TN |

34

| Address | City | State / Country |
|---|---|---|
| 5465 E Broadway Blvd | Tucson | AZ |
| 15 Peaks Center Ln, Suite 45 | Asheville | NC |
| 8030 Renaissance Parkway, #1281 | Durham | NC |
| 7217 Mineral Point Road | Madison | WI |
| 1614 Commons Dr | Geneva | IL |
| 1134 Dawsonville Highway, Suite 120 | Gainesville | GA |
| 2800 N Tarrant Parkway Building C | Fort Worth | TX |
| 3015 New Center Pt Ste 120 | Colorado Springs | CO |
| 533 Sleater-Kinney Road SE | Lacey | WA |
| 7142 Youree Dr. Unit A | Shreveport | LA |
| 22045 Dulles Retail Plaza | Sterling | VA |
| 1531 S. Randall Rd. | Algonquin | IL |
| 2849 N GERMANTOWN PKWY, Ste 101 | Memphis | TN |
| 1024 Alcoa Market Street | Maryville | TN |
| 2599 Miamisburg Centerville Road | Dayton | OH |
| 4618 Hwy 280 | Birmingham | AL |
| 500 Cool Springs Boulevard | Franklin | TN |
| 2507 NW Federal Hwy | Stuart | FL |
| 2645 SW College Road | Ocala | FL |
| 2257 Commerce Dr NW | Rochester | MN |
| 15101 Potomac Town Place, Suite 120 | Woodbridge | VA |
| 3401 Nicholasville Road | Lexington | KY |
| 6864 Main Street #B120 | Wilmington | NC |
| 2204 S Promenade Blvd, Suite 1 | Rogers | AR |
| 1124 W Sunset Road | Henderson | NV |
| 16030 Pine Market, Ste P201 | Pembroke Pines | FL |
| 25426 Sierra Center Blvd | Lutz | FL |
| 7612 Trailside Dr. | Liberty Township | OH |
| 41759 Ford Rd, Unit 4 | Canton | MI |
| 1754 Old County Rd (Rte 58), #E-2 | Riverhead | NY |
| 65 Fischer Crossings Drive | Sharpsburg | GA |
| 6785 Houston Road | Florence | KY |
| 44489 Town Center Way, Suite A | Palm Desert | CA |
| 1593 Southeast Road | Farmington | CT |
| 499 N. Green River Rd | Evansville | IN |
| 8440 State Highway 121 South | Frisco | TX |
| 9890 Olde Hwy 20 | Rossford | OH |
| 1250 Scenic Hwy Suite 1224 | Snellville | GA |
| 2777 Pacific Coast Highway | Torrance | CA |
| 20008 S Ellsworth Rd Ste 102 | Queen Creek | AZ |
| 870A Old Country Road | GARDEN CITY | NY |
| 6725 W 135th St | Overland Park | KS |
| 196 W Hillcrest Dr | Thousand Oaks | CA |
| 7381 Rivers Ave, Suite 102 | North Charleston | SC |
| Webster Lake Promenade Shopping Center | Northglenn | CO |
| 7878 Montgomery Rd, Unit 415 | Cincinnati | OH |
| 1251 E Southlake Blvd | Southlake | TX |

35

| Address | City | State / Country |
|---|---|---|
| 4460 Kapolei Parkway, Space 410 | Kapolei | HI |
| 3597-C Washtenaw Avenue | Ann Arbor | MI |
| 740 Bethlehem Pike | Montgomeryville | PA |
| 690 West Dekalb Pike | King of Prussia | PA |
| 10115 Louetta Road | Houston | TX |
| 1 Worcester Rd. | Framingham | MA |
| 909 E WHITESTONE BLVD STE A | CEDAR PARK | TX |
| 2100 Hamilton Place Blvd. | Chattanooga | TN |
| 364 Maine Mall Road, S160 | South Portland | ME |
| 3363 Nobel Dr, Suite 101 | La Jolla | CA |
| 7301 S Santa Fe Dr | Littleton | CO |
| 1500 S. Willow Street | Manchester | NH |
| 3357 Brunswick Pike, Suite 59 | Lawrenceville | NJ |
| 915 Hartford Turnpike, Suite 28B | Waterford | CT |
| 320 W. 100th Ave | Anchorage | AK |
| 895 S. Colorado Boulevard | Denver | CO |
| 3603 NE 1st Avenue | Miami | FL |
| 2945 South Rochester Road | Rochester Hills | MI |
| 1601 66th Street | St. Petersburg | FL |
| 700 Commerce Boulevard, #11A | Dickson City | PA |
| 6600 Menaul Blvd. NE | Albuquerque | NM |
| 11035 Lavender Hills Drive, Ste 100 | Las Vegas | NV |
| Mall of Lousiana | Baton Rouge | LA |
| 6950 France Avenue South | Edina | MN |
| 9205 E 71st Street | Tulsa | OK |
| 4205 East 82nd Street | Indianapolis | IN |
| 8707 U.S. 31 South | Greenwood | IN |
| 34761 Emerald Coast Parkway, Suite 1 | Destin | FL |
| 8912 Unit C Pineville-Matthews Rd | Pineville | NC |
| 1530 Market Place Blvd | Cumming | GA |
| 1680 W Interstate 20 | Arlington | TX |
| 4301 W. Wisconsin Avenue | Appleton | WI |
| 40764 Winchester Road | Temecula | CA |
| 2350 Santa Rosa Ave. | Santa Rosa | CA |
| 403 Brandon Town Center Drive | Brandon | FL |
| 17250 Southcenter Parkway, Suite S100 | Tukwila | WA |
| 877 Blossom Hill Road | San Jose | CA |
| 16091 Beach Blvd. | Huntington Beach | CA |
| 10300 Little Patuxent Parkway | Columbia | MD |
| 1789 Oconee Connector | Athens | GA |
| 6409 S. Westnedge Avenue | Portage | MI |
| 1895 45th St. S., Suites E2 & E3 | Fargo | ND |
| 3210 Crain Hwy | Waldorf | MD |
| 22118 U.S. Hwy. 281 | San Antonio | TX |
| 13976 Towne Center Road | Noblesville | IN |
| 10424 Stockdale Highway | Bakersfield | CA |
| 3600 W 41st Street | Sioux Falls | SD |

| Address | City | State / Country |
|---|---|---|
| 699 Baltimore Pike, Unit 1 | Baltimore | MD |
| 217 Robert C Daniel Jr. Parkway, Ste 27B | Augusta | GA |
| 1219 Veterans Pkwy. | Clarksville | IN |
| 16802 Meridian East | Puyallup | WA |
| 4205 W Wendover Ave, Suite A | Greensboro | NC |
| 3 Wolf Rd, Suite 440 | Albany | NY |
| 2801 Memorial Parkway South | Huntsville | AL |
| 7728 Mentor Ave | Mentor | OH |
| 3700 US Hwy 98 N, #109 | Lakeland | FL |
| 11066 Pacific Crest Place NW | Silverdale | WA |
| 12027 Rockville Pike | Rockville | MD |
| 5270 Elmore Avenue, Suite 2 | Davenport | IA |
| 1332 Wilshire Blvd | Santa Monica | CA |
| 4884 Larimer Pkwy, Ste 100 | Johnstown | CO |
| 4400 Sharon Rd, Suite G21A | Charlotte | NC |
| 528-6 Blanding Blvd | Orange Park | FL |
| 8694 Concord Mills Blvd., Suite 40 | Concord | NC |
| 8889 Gateway W Blvd | El Paso | TX |
| 2100 Dallas Parkway, Suite 124 | Plano | TX |
| 1321 N. Columbia Center Blvd. | Kennewick | WA |
| 1125 Valley River Dr | Eugene | OR |
| 6311 N. Decatur Blvd., Ste 160 | Las Vegas | NV |
| 12000 SE 82nd Ave | Portland | OR |
| 6444 Carlisle Pike | Mechanicsburg | PA |
| 205 Dorset St | South Burlington | VT |
| 7525 147th Street West, Suite 100 | Apple Valley | MN |
| 1084 North Du Pont Highway, | Dover | DE |
| 2 Commerce Dr. | Victor | NY |
| 11747L Fair Oak Malls, Ste J117 | Fairfax | VA |
| 3485 Erie Blvd E | Syracuse | NY |
| 4730 W. State Road 46 | Sanford | FL |
| 189 Harbison Blvd, Ste B | Columbia | SC |
| 14025 W Colfax Drive | Lakewood | CO |
| 5425 South Padre Island Drive | Corpus Christi | TX |
| 1 Garden State Plaza | Paramus | NJ |
| 2300 Bernadette Drive | Columbia | MO |
| 1160 E. Imperial Hwy Ste E | Brea | CA |
| 14860 Hall Road | Sterling Heights | MI |
| 27002 Northwest Freeway, Suite 100 | Cypress | TX |
| 7310 Walton Street Suite B | Rockford | IL |
| 22903 Lyden Drive | Estero | FL |
| 701 Gravois Rd. | Fenton | MO |
| 3891G Medina Road | Akron | OH |
| 2916 Golf Rd | Delafield | WI |
| 3196 Northdale Boulevard NW | Coon Rapids | MN |
| 2721 Tittabawassee Rd | Saganaw | MI |
| 66 West 11400 South | Sandy | UT |

| Address | City | State / Country |
|---|---|---|
| 4170 Division Street | St. Cloud | MN |
| 1801 N Clybourn Ave | Chicago | IL |
| 5903 N. Division Street | Spokane | WA |
| 4540 Ivanrest Ave, SW | Grandville | MI |
| 326 N. Alafaya Trail | Orlando | FL |
| 4400 Midland Drive | Midland | TX |
| 23641 Katy Freeway, Suite 100 | Katy | TX |
| 1851 Tamiami Trail, Unit 102 | Port Charlotte | FL |
| 145 Alexander Avenue | Lake Grove | NY |
| 3435 Lenox Road NE | Atlanta | GA |
| 1731 Wilmington Pike, Suite Ex-A | Glen Mills | PA |
| 520 Walt Whitman Road | Melville | NY |
| 6695 Las Vegas Blvd. S. | Las Vegas | NV |
| 2790 NW 188th Avenue | Hillsboro | OR |
| 6759 Veterans Parkway | Columbus | GA |
| 7731 KINGSTON PIKE, SUITE 101 | Knoxville | TN |
| 1760 Dunlawton Ave. Ste 101 | Port Orange | FL |
| 7607 Shelbyville Road | Louisville | KY |
| 570 Stilwater Avenue, Suite 556 | Bangor | ME |
| 310 Chimney Rock Road | Bound Brook | NJ |
| 859 Providence Hwy. | Dedham | MA |
| 4231 Ambassador Caffery Pkwy, Ste 3 | Lafayette | LA |
| 2406 W. Memorial Road | Oklahoma City | OK |
| 820 Spectrum Center Drive | Irvine | CA |
| 4852 Veteran Memorial Blvd | Metairie | LA |
| 400 Center Boulevard, Suite  401 | Newark | DE |
| 400 South Baldwin | Arcadia | CA |
| 4412 East New York St | Aurora | IL |
| Sterling Commings | Peoria | IL |
| 2700 US 19 Suite 2020 | Clearwater | FL |
| 309 Gellert Blvd Suite A | Daly City | CA |
| 14511 Clay Terrace Blvd | Carmel | IN |
| 1822 No. Westshore Blvd | Tampa | FL |
| 6507 W Loop 1604 N | San Antonio | TX |
| 11400 South Street | Cerritos | CA |
| 229 FM 306, Suite 105 | New Braunfels | TX |
| 12636 N Kendall Dr | Kendall | FL |
| 4910 E Ray Road, Ste G-1 | Phoenix | AZ |
| 2375 Sand Creek Road,  #108 | Brentwood | CA |
| 1431 South Interstate 35, Unit 110 | Georgetown | TX |
| 1910 U.S. Hwy. 1 S | St. Augustine | FL |
| 252 Jim Street | Morgantown | WV |
| 9239 US Highway 19 | Port Richey | FL |
| 6295 South Main St Suite 101 | Aurora | CO |
| One Walden Galleria | Buffalo | NY |
| 2656 E Main Street, Ste 115 | Plainfield | IN |
| 11530 W. Burleigh St. | Wauwatosa | WI |

38

| Address | City | State / Country |
|---|---|---|
| 200 N Orlando Ave | Winter Park | FL |
| 3300 S. Soncy Rd, Suite 100 | Amarillo | TX |
| 346 South Magnolia Drive | Tallahassee | FL |
| 201 Evergreen Way | South Windsor | CT |
| 2310 W Happy Valley Road | Phoenix | AZ |
| 2095 Diamond Blvd. | Concord | CA |
| 2735 West University Drive | Denton | TX |
| 2515 Evergreen Rd, Suite 105 | Odenton | MD |
| 7944 Dublin Blvd. | Dublin | CA |
| Long Grove Road | Deer Park | IL |
| 2080 Mackenzie Way, Suite 400 | Cranberry Township | PA |
| 1205 Port Washington Rd | Grafton | WI |
| 3019 Preyde Blvd | Lansing | MI |
| 1137 Fording Island Rd | Bluffton | SC |
| 1 West FlatIron Crossing Drive | Broomfield | CO |
| 4602 E. Washington | Madison | WI |
| 1431 SEMINOLE TRL | Charlottesville | VA |
| 940 NW Blue Parkway | Lee's Summit | MO |
| 489 River Hwy. Suite B | Mooresville | NC |
| 3820 SW Archer Road, Suite 30 | Gainesville | FL |
| 1685 S. Pleasant Valley Road | Winchester | VA |
| 1412 E. Golf Rd | Schaumburg | IL |
| 275 Crocker Park Buolevard | Westlake | OH |
| 300 S Stratford Road | Winston-Salem | NC |
| 8620 W Sunset Rd, Suite 110 | Las Vegas | NV |
| 1480 Harrisburg Pike | Lancaster | PA |
| 2496 Troy Road | Edwardsville | IL |
| 2193 Cumming Hwy. Suite 120 | Canton | GA |
| 1861 Adams Street | Mankato | MN |
| 160 East University Parkway | Orem | UT |
| 801 W. Riverdale Road | Ogden | UT |
| 2030 Hwy 70 SE, Suite A | Hickory | NC |
| 12235 S Dixie Hwy | Pinecrest | FL |
| 3664 N US 31 South, Unit 1 | Traverse City | MI |
| 1100 S Preston Rd, Suite 10 | Prosper | TX |
| 300 E. Central Texas Expressway | Harker Heights | TX |
| 357 S 24th Street W | Billings | MT |
| 4275 Dowlen Rd | Beaumont | TX |
| 3220 Sheridan Drive, Suite 100 | Amherst | NY |
| 1191 SW Wanamaker Road | Topeka | KS |
| 296 N El Camino Real | Encinitas | CA |
| 225440 Rib Mountain Drive | Wausau | WI |
| 2808 West Expressway 83, Suite 100 | McAllen | TX |
| 650 E Townline Rd | Vernon HIlls | IL |
| 4822 Valley View Blvd NW | Roanoke | VA |
| 19206 SE 1st Street | Camas | WA |
| 10 Via Toscana, Suite 900 | Salem | NH |

| Address | City | State / Country |
|---|---|---|
| 196 St. Clair Square | Fairview Heights | IL |
| 1003 Edwards Ferry Rd NE | Leesburg | VA |
| 1621 24th Ave NW | Norman | OK |
| 2401 State Hwy 121, Suite 700 | Euless | TX |
| 578 Route 46 | Totowa | NJ |
| 70 Worcester-Provident Turnpike | Millbury | MA |
| 5254 Monroe Street | Toledo | OH |
| 462 N Lone Hill Ave | San Dimas | CA |
| 5096 South 76th St | Greenfield | WI |
| 12229 N Center Ave, Suite 105 | Portland | OR |
| 15069 IH 35 N, #102 | Selma | TX |
| 415 Pleasant Run Rd | Cedar Hill | TX |
| 3165 Commercial Street SE | Salem | OR |
| 1499 E LaSalle Dr | Bismarck | ND |
| 3600 Highway 528 NW | Albuquerque | NM |
| 1615 Boston Post Road | Milford | CT |
| 1933 Baltimore-Reynoldsburg Road | Reynoldsburg | OH |
| 350 North Glendale Ave | Glendale | CA |
| 4635 Point Fosdick Dr., Suite 100 | Gig Harbor | WA |
| 1520 Main Street | Warrington | PA |
| 3255 Airport Blvd. Suite 10 | Mobile | AL |
| 5605 Slide Road | Lubbock | TX |
| 709 Route 70 | Brick | NJ |
| 432 East Shaw Ave | Fresno | CA |
| 4734 Golf Road | Eau Claire | WI |
| 1516 S. Hanley Road | St Louis | MO |
| 16 Mall Road | Barboursville | WV |
| 14021 Lunar Dr. Unit 3 | Jacksonville | FL |
| The Promenade at Virginia Gateway | Gainsville | VA |
| 3868 Promenade Parkway | Biloxi | MS |
| 506 1AA Drive, Suite 105 | Bloomington | IL |
| 1051 Amber Lane, Suite 101 | Hoover | AL |
| 17721 Chenal Parkway | Little Rock | AR |
| 4225 Southwest Dr | Abilene | TX |
| 3310 W. Braker Lane | Austin | TX |
| 4595 Ashford Dunwoody Road, Ste A | Dunwoody | GA |
| 340 E Basse Road | San Antonio | TX |
| 3710 Route 9 | Freehold | NJ |
| 810 Eastgate North Drive, Ste 300 | Cincinnati | OH |
| 9158 W Stockton Blvd | Elk Grove | CA |
| 210 W Blackstock Road | Spartanburg | SC |
| 2535 S State Road 7, Ste 120 | Wellington Green | FL |
| 7333 S Lindbergh Blvd, Ste B | St Louis | MO |
| 278 Daniel Webster Highway | Nashua | NH |
| 10777 US 15 501 HWY | Southern Pines | NC |
| 3580 Justin Rd., Ste 100 | Highland Village | TX |
| 13540 University Blvd | Sugar Land | TX |

| Address | City | State / Country |
|---|---|---|
| 3609 Business Center Drive | Pearland | TX |
| 9930 Katy Freeway, Suite 600 | Houston | TX |
| 2755 N Reserve St, Ste 130 | Missoula | MT |
| 505 Dr. Calvin Jones Highway, Suite 130 | Wake Forest | NC |
| 2855 Stevens Creek Blvd | Santa Clara | CA |
| 675 15th St. S. Suite A | Arlington | VA |
| 1477 Hilltop Dr., Unit H2 | Redding | CA |
| 9250 76th Street, Suite B | Pleasant Prairie | WI |
| 705 Cross Creek Mall, Ste 200 | Fayetteville | NC |
| 14 Hillside Road | Cranston | RI |
| 215 North Pottstown Pike | Exton | PA |
| 915 W. Big Beaver Road | Troy | MI |
| 5001 Sergeant Road | Sioux City | IA |
| 1734 Eglin Street | Rapid City | SD |
| 3088 North Eastman Road, Ste 104 | Longview | TX |
| 2065 Dr. Martin Luther King Jr. Parkway | Chico | CA |
| 4048 Hillsboro Pike | Nashville | TN |
| 7895 Eastchase Pkwy | Montgomery | AL |
| 5240 Donald Ross Rd #110 | Palm Beach Gardens | FL |
| 51 Commerce Way, Unit B1 | Plymouth | MA |
| 2768 Watson Boulevard | Centerville | GA |
| 290 Routh 10 West | East Hanover | NJ |
| 2002 N. Prospect | Champaign | IL |
| 2504 Hwy 6 & 50 | Grand Junction | CO |
| 794 Olson Drive | Papillion | NE |
| 2631 172nd Street NE, Suite 101 | Marysville | WA |
| 3539 Grand Oaks | Corona | CA |
| 5819-A Kirby Drive | Houston | TX |
| 4444 1st Ave NE | Cedar Rapids | IA |
| 10254 Two Notch Road | Columbia | SC |
| 2020 Marlton Pike W, Suite C | Cherry Hill | NJ |
| 2104 Maple Grove Road | Duluth | MN |
| 6569 Rogers Ave | Fort Smith | AR |
| 6600 Topanga Canyon Road | Canoga Park | CA |
| 5000 E. Main Street | Farmington | NM |
| 18841 FM 685, Suite 130 | Pflugerville | TX |
| 157 Siemers Drive, Suite #108 | Cape Girardeau | MO |
| 27889 Chagrin Blvd | Woodmere | OH |
| 2905 Cobb Parkway SE, Ste 120 | Atlanta | GA |
| 6030 Elon Lane, Unit 102 | Vero Beach | FL |
| 3550 Gateway Park Blvd, Suite 100 | Natomas | CA |
| 1233 West Avenue P. | Palmdale | CA |
| 7257 S. Olympia Avenue W | Tulsa | OK |
| 1765 N. Riverside Ave | Medford | OR |
| 24461 Magic Mountain Parkway | Santa Clarita | CA |
| 1507 Froom Ranch Way | San Luis Obispo | CA |
| 1271 Alabama St. | Redlands | CA |

| Address | City | State / Country |
|---|---|---|
| 3031 Wilma Rudolph Blvd, Suite A | Clarksville | TN |
| 3851 N Lakewood Boulevard | Long Beach | CA |
| 4574 Miller Rd | Flint | MI |
| 5854 N. Classen Blvd, Suite C | Oklahoma City | OK |
| 305 A Indian Lake Boulevard, Ste 120 | Hendersonville | TN |
| 17318 Valley Mall Rd., Suite B | Hagerstown | MD |
| 1527 Highlands Drive NE, Suite 110 | Issaquah | WA |
| 855 Boughton Road, Suite B | Bolingbrook | IL |
| 2501 W. Wabash Ave. | Springfield | IL |
| 7805 Abercorn Street | Savannah | GA |
| 5104 Jonestown Road, Ste B | Harrisburg | PA |
| 1767 N Hwy 17 | Mt. Pleasant | SC |
| 90 Middlesex Turnpike | Burlington | MA |
| 20135 Highway 59, Suite B | Humble | TX |
| 13855 City Ctr Dr, Suite 3025 | Chino Hills | CA |
| 4325 Glenwood Avenue | Raleigh | NC |
| 125 Westchester Ave, Space 2280 | White Plains | NY |
| 811 E. Oak Street, Suite 101 | Conway | AR |
| 1936 MacArthur Road, Suite A | Whitehall | PA |
| 1846 E. Camelback Road | Phoenix | AZ |
| 2141 North Federal Highway | Fort Lauderdale | FL |
| 116 Shawan Rd. Suite 4 | Hunt Valley | MD |
| 3700 Liberty Hwy | Anderson | SC |
| 622 South Mt. Juliet Road, Suite A | Mt. Juliet | TN |
| 12203 Ventura Blvd. | Studio City | CA |
| 1434 Hwy 20 West | McDonough | GA |
| 3645-C Stone Creek Towne Blvd | Colerain Township | OH |
| 5500 Buckeystown Pike Space 0670 | Frederick | MD |
| 4840 McKnight Rd, Ste A | Pittsburgh | PA |
| 1232 Vann Dr | Jackson | TN |
| 15094 Dellwood Dr. | Baxter | MN |
| 60 Route 36 | Eatontown | NJ |
| 4300 E Black Horse Pike, Suite 2200 | Mays Landing | NJ |
| 613 E. North Drive | Sherman | TX |
| 2740 Portico Way | Oxnard | CA |
| 5251 Harvey Street | Norton Shores | MI |
| 2272 E. Franklin Blvd | Gastonia | NC |
| 2655 James Street | Coralville | IA |
| 12717 Main Street | Hesperia | CA |
| 395 County Rd 661, Ste T08B | Rockaway | NJ |
| 1530 Texas Ave S | College Station | TX |
| 12601 120th Ave NE | Kirkland | WA |
| 4999 Old Orchard Center | Skokie | IL |
| 1060 West Park Lane | Farmington | UT |
| 3431 Montgomery Highway | Dothan | AL |
| 2808 W Loop 340 | Waco | TX |
| 45 W. Hillside Blvd | San Mateo | CA |

| Address | City | State / Country |
|---|---|---|
| 3638 Bristol Street | Santa Ana | CA |
| 430 Cabela Drive | Triadelphia | WV |
| 2131 Sagamore Parkway South | Lafayette | IN |
| 10602 Westport Road | Louisville | KY |
| 2549 Vestal Pkwy. East Suite 1 | Vestal | NY |
| 11 Galleria Shopping Center | Greenville | NC |
| 3 Sugar Hollow Road Suite 3B | Danbury | CT |
| 11144 Rancho Carmel Drive | San Diego | CA |
| 1401 Kenneth Road, Suite 400 | York | PA |
| 44 Holyoke Street | Holyoke | MA |
| 880 W Red Cliffs Dr. Suite D | Washington | UT |
| 3297 Cerrillos Road | Santa Fe | NM |
| 1860 N. Atherton Street | State College | PA |
| 705 NE Coronado Drive | Blue Springs | MO |
| 2928 South Mooney Blvd | Visalia | CA |
| 2251 S El Camino Real, Suite D | Oceanside | CA |
| 10010 Reistertown Rd, Suite 10 | Owings Mills | MD |
| 7101 Democracy Blvd. | Bethesda | MD |
| 550 Country Rd. 42 W | Burnsville | MN |
| 1919 West Main Street, Suite 2 | Bozeman | MT |
| 5931 N Elizabeth Street | Pueblo | CO |
| 12 Stephen King Drive, Suite 4 | Augusta | ME |
| 710 Woodland Road | Wyomissing | PA |
| 6005 O Street | Lincoln | NE |
| 640 Jefferson Road, Ste 50 | Henrietta | NY |
| 7060 Peach Street | Erie | PA |
| 1280 Western Boulevard, Suite 100 | Jacksonville | NC |
| 390 N Congress Ave | Boynton Beach | FL |
| 2880 Center Valley Pkwy | Allentown | PA |
| 5128 Hinkleville Rd | Paducah | KY |
| 70415 Hwy 21 Suite D | Covington | LA |
| 2001 S 25th E | Ammon | ID |
| 1980 N. National Road | Columbus | IN |
| 9824 Mission George Road, Suite E | Santee | CA |
| 3911 Wards Road Suite C | Lynchburg | VA |
| 2609 South Street, Ste 10 | Poughkeepsie | NY |
| 2641 Plainfield Road | Joliet | IL |
| 1919 N Diers Avenue | Grand Island | NE |
| 5756 Pacific Ave #E-1 | Stockton | CA |
| 13662 Jamboree Rd Ste B | Irvine | CA |
| 1397 McFarland Blvd. E | Tuscaloosa | AL |
| 15542 Emerald Way, B-03A | Bowie | MD |
| 20785 NW Henry Ave | Bend | OR |
| 210 Malcom Dr. | Westminster | MD |
| 7050 Camino Arroyo, Suite 101 | Gilroy | CA |
| 105 Ridge Way | Flowood | MS |
| 1400 Dell Range Blvd, Space 86 | Cheyenne | WY |

| Address | City | State / Country |
|---|---|---|
| 6935 U.S. Highway 90, Suite 202 | Daphne | AL |
| 1 Galleria Dr. Suite 80 | Middletown | NY |
| 6156 Hwy 98 West | Hattiesburg | MS |
| 5132 Route 30, Suite 9995 | Greensburg | PA |
| 1277 Lincoln Hwy, Space #41 | Levittown | PA |
| 1570 N Dixie Highway, Suite 104 | Elizabethtown | KY |
| 6631 Grand Avenue, Unit 3 | Gurnee | IL |
| 4210 Meridian Street | Bellingham | WA |
| 330 Del Monte Center, Bldg 3 | Monterey | CA |
| 6511 Lake Andrew Drive | Melbourne | FL |
| 1701 NORMA DRIVE, STE C | VALDOSTA | GA |
| 1595 Glidewell Dr, Suite 101A | Burlington | NC |
| 1917 Main St, Suite A | Madison | MS |
| 4351 Pecanland Mall Dr, Suite 3 | Monroe | LA |
| 4845 E. 2nd Street | Casper | WY |
| 4815 Commercial Drive | New Hartford | NY |
| 3802 Central Avenue, Suite H | Hot Springs | AR |
| 3351 Shoppers Drive | McHenry | IL |
| 1431 S Reed Rd, STE C07B | Kokomo | IN |
| 2711 Canyon Springs Parkway | Riverside | CA |
| 3015 S. 9th St. | Salina | KS |
| 1853 Blue Lakes Blvd N. | Twin Falls | ID |
| 2260 S. Macarthur Dr. | Alexandria | LA |
| 9778 State Route 14 | Streetsboro | OH |
| 380 E Waterfront | Homestead | PA |
| 8807 N Navarro St. Suite 100 | Victoria | TX |
| 251 Mundy Street, Suite 101 | Wilkes-Barre | PA |
| 2070 Hwy 9, Suite 101 | Old Bridge | NJ |
| 2894 E East 3rd Street | Bloomington | IN |
| 19220 Interstate 35 Ste 400 | Kyle | TX |
| 43838 Pacific Commons Blvd | Fremont | CA |
| 2655 Richmond Ave, Suite 1555 | Staten Island | NY |
| 1174 South Washington Street, Ste 102 | North Attleboro | MA |
| 701 S. Capital of Texas Hwy. | West Lake Hills | TX |
| 6700 Douglas Blvd | Douglasville | GA |
| 1780 Campbell Ln. | Bowling Green | KY |
| 12377 James St. Suite 10 | Holland | MI |
| 23040 W Outer Drive, Suite A | Allen Park | MI |
| 4795 Riverside Dr, Unit B-C | Macon | GA |
| 3720 Call Field Rd #200 | Wichita Falls | TX |
| 1760 E Market Street, Ste 101 | Harrisonburg | VA |
| 1270 Auto Park Way | Escondido | CA |
| 1001 Barnes Crossing Road | Tupelo | MS |
| 2511 Main Street | Union Gap | WA |
| 4956 S. Baldwin Rd. | Lake Orion | MI |
| 1431 S Rangeline Road, Suite A | Joplin | MO |
| 1020 S. Milton Rd. | Flagstaff | AZ |

| Address | City | State / Country |
|---|---|---|
| 1050 Hookele Street, Suite 105-106 | Kahului | HI |
| 218 Park Hills Plaza | Altoona | PA |
| 210 Andover Street Ste P123A | Peabody | MA |
| 1045 N. Verrado Way Suite 101 | Buckeye | AZ |
| 606 Post Road East, Suite 200 | Westport | CT |
| 2316 Red Wolf Boulevard | Jonesboro | AR |
| 719 S Meadow Street, #1A | Ithaca | NY |
| 2630 Dawson Rd. Suite 2 | Albany | GA |
| 362 Charles Way | Stroudsburg | PA |
| 901 Sunrise Highway, Ste 6 | Copiague | NY |
| 2086 N State Route 50 | Bourbonnais | IL |
| Rt 64 & Grand Harbour Parkway | Bradenton | FL |
| 177 West Army Trail Road | Glendale Heights | IL |
| 5501 Capital Blvd, Ste 100 | Raleigh | NC |
| 164 Belterra Village Way, Suite X100 | Austin | TX |
| 2049 W. Grand River Ave., STE 100 | Okemos | MI |
| 7425 Dodge Street | Omaha | NE |
| 20461 Interstate 30 | Benton | AR |
| 1751 S Commons, Ste M28 | Federal Way | WA |
| 1905 Whiskey Road | Aiken | SC |
| 2302 NE Bob Bullock Loop, Suite 201 | Laredo | TX |
| 1090 Crossings Circle, Suite 2 | Spring Hill | TN |
| 420 E. Altamonte Dr. Suite 1030 | Altamonte Springs | FL |
| 2443 W Ridge Rd. | Rochester | NY |
| 1420 109th Ave NE, Suite 100 | Blaine | MN |
| 27291 Newport Rd, Suite 100 | Menifee | CA |
| 12533 Jefferson Davis Highway | Chester | VA |
| 2675 El Camino Real, Suite B | Palo Alto | CA |
| 400 Pooler Parkway, Ste 200 | Pooler | GA |
| 2101 S. 31st Street, Suite 100 | Temple | TX |
| 27800 Juban Rd., STE 6 | Denham Springs | LA |
| 12408 NW 10th Street | Oklahoma City | OK |
| 1813 Marketplace Dr | Burnlington | WA |
| 5885 West Baseline, Ste. 140 | Laveen | AZ |
| 12601 South Fwy, Ste 120 | Burleson | TX |
| 2149 Badger Drive | Hudson | WI |
| 10901 N Dale Mabry Highway, Space A | Tampa | FL |
| 9727 E. Independence Blvd | Matthews | NC |
| 3333 Northlake Blvd. Suite 5 | Palm Beach Gardens | FL |
| 1840 Lindberg Dr. | Slidell | LA |
| 4089 N. Shiloh Drive | Fayetteville | AR |
| 60-B S. Waukegan Road, Suite 90A | Deerfield | IL |
| 7080 Orchard Lake Road | West Bloomfield | MI |
| 10155 W McDowell Rd | Avondale | AZ |
| 1702 Prien Lake Rd. | Lake Charles | LA |
| 4185 William Penn Hwy. | Monroeville | PA |
| 1731 Martin Luther King Jr. Blvd. Suite C | Houma | LA |

| Address | City | State / Country |
|---|---|---|
| 3831 N Expressway 77/83, Suite 2 | Brownsville | TX |
| 319 State Road | N. Dartmouth | MA |
| 2455 N. Franklin Street | Christiansburg | VA |
| 4281 24th Avenue, Suite 300 | Fort Gratiot | MI |
| 7000 Hollister Ave., Ste 101 | Goleta | CA |
| 1735 Trancas Street | Napa | CA |
| 2327A Burlington Mount Holly Rd. | Burlington | NJ |
| 826 10th Avenue S | Great Falls | MT |
| 2805 Naglee Rd, Ste 110 | Tracy | CA |
| 1450-1460 Mountain View Avenue | Redlands | CA |
| 2801 West Rochelle Road, Bldg 100 | DFW Airport | TX |
| 2801 West Rochelle Road, Bldg 100 | DFW Airport | TX |
| 4555 Eagle Falls Place | Tampa | FL |
| 1145 Strategic Parkway, Suite 200 | Springdale | OH |
| North Park Business Center, 10600 Xylon Ave, Suite 100 | Brooklyn Park | MN |
| 630 Western Lane | Irmo | SC |
| 675 N. Wright Brothers Drive | Salt Lake City | UT |
| 1450-1460 Mountain View Avenue | Redlands | CA |
| 4555 Eagle Falls Place | Tampa | FL |
| 1001 3rd Ave S | Minneapolis | MN |
| 1001 3rd Ave S | Minneapolis | MN |
| 111 N Market Street, Suite 500 | San Jose | CA |
| 1333 S. Clearview Parkway | Jefferson | LA |
| 5235 Wayzata Blvd #623 | St. Louis Park | MN |

**Schedule 6**

**Location of Debtors' Substantial Assets, Books, Records, and Assets Outside the United States**

The Debtors' books and records are primarily stored digitally. Sleep Number has assets located in each of the many locations from which it operates its business, including stores in every U.S. state and securities and cash (primarily located in New York). Sleep Number does not own any substantial assets that are located outside the United States.

## Schedule 7

### Senior Management

| Name/Position | Relevant Experience | Position Tenure |
|---|---|---|
| **Linda Findley**<br>President and Chief Executive Officer | Findley served as President, Chief Executive Officer, and Director of Blue Apron Holdings from 2019 to 2024. From 2016 to 2018, she was Chief Operating Officer at Etsy, Inc, where she oversaw product, design, marketing, and customer engagement and acquisition. Findley held a variety of senior executive roles at Evernote Corp. from 2012 to 2015, and led global marketing, business development and customer service for Alibaba.com from 2009 to 2012. She has served on the board of directors of Ralph Lauren since August 2018 and served as board chair for HeliosX from February 2025 through June 2026.  Findley holds a master's degree in Journalism from UNC-Chapel Hill and an undergraduate degree in Corporate Communications from Elon University. | April 2025 - Present |
| **Amy O'Keefe**<br>Executive Vice President and Chief Financial Officer | O'Keefe is a senior finance executive with more than 30 years of experience leading operational, strategic, and financial transformations across public and private companies in the consumer products, technology, and wellness sectors. Most recently, O'Keefe served as Chief Financial and Administrative Officer at Avaya. Prior to this, O'Keefe spent nearly half her career at The Black & Decker Corporation and subsequently served as Chief Financial Officer for multiple public and private companies, including Weight Watchers International, Drive DeVilbiss Healthcare, Savant Systems, and D&M Holdings. O'Keefe serves on the Board of Directors of TruBridge, Inc. where she is the Compensation Committee Chair and serves on the Audit Committee.  O'Keefe holds a BBA in Accounting from Loyola College, graduating Summa Cum Laude, and is an inactive Certified Public Accountant. | December 2025 - Present |
| **Melissa Barra**<br>Executive Vice President and Chief Product and Enterprise Strategy Officer | Barra oversees the company's product portfolio, from development through distribution and is responsible for streamlining research and development efforts. From 2019 to April 2025, Barra served as Executive Vice President, Chief Sales and Services Officer, having initially joined | April 2025- Present |

| Name/Position | Relevant Experience | Position Tenure |
|---|---|---|
| | Sleep Number in 2013 as Vice President, Consumer Insights and Strategy. Prior to joining Sleep Number, Barra held a variety of senior leadership roles in finance, strategy, and corporate development for Best Buy Co., Inc. She also held corporate finance and strategy leadership roles domestically and internationally at Grupo Futuro, Citibank, and GE Capital. Barra serves on the Board of Directors of Pentair PLC, where she serves on the Audit Committee, and on the Board of Trustees of Blue Cross Blue Shield of MN, where she is the Chair of Corporate Investments and Development Committee and serves on the Governance Committee. Barra holds an MBA from the University of Chicago Booth School of Business and an undergraduate degree from the University of Notre Dame. | |
| **Amber L. Minson** Executive Vice President and Chief Marketing Officer | Minson joined Sleep Number in May 2025 and leads the company's integrated marketing strategy. Minson has more than two decades of marketing and brand strategy experience. Most recently, Minson served as CMO of Casper Sleep Inc. under a contract agreement. From 2022 to 2024, she served as Chief Revenue Officer at Blue Apron, where she was responsible for all revenue generating and customer-facing functions. Minson has also built and scaled marketing organizations for companies including Inuit, Alibaba, Home Shopping Network, and Comcast NBCUniversal. | May 2025 – Present |
| **Christopher Krusmark** Executive Vice President and Chief Retail and People Officer | Krusmark leads the retail selling experience and real estate footprint. Previously, Krusmark served Sleep Number as Executive Vice President and Chief Human Resources Officer, Interim Chief Financial Offer and Vice President of Sales Operations, Field Services and Training. Earlier in his career, he held finance leadership positions supporting sales, real estate, marketing, and product. Prior to joining Sleep Number, he served as a certified public accountant with EY and Arthur Andersen. | April 2025 – Present |

49

| Name/Position | Relevant Experience | Position Tenure |
|---|---|---|
| **Samuel R. Hellfeld** Executive Vice President and Chief Legal and Risk Officer and Secretary | Hellfeld leads the Company's legal, risk management and safety and security teams. He previously served as Senior Vice President and Chief Legal and Risk Officer from 2018 to 2022. Hellfeld acted as Vice President, Associate General Counsel from 2015 to 2018. He joined Sleep Number in 2013 as Director, Intellectual Property Counsel. Prior to joining Sleep Number, Hellfeld was Partner at law firm Fox Rothschild LLP practicing in the areas of intellectual property and litigation. He also served as an associate at several national law firms and served as law clerk in the United States Court of Appeals for the Ninth Circuit and the United States District Court, Southern District of California. Hellfeld holds a JD from the University of San Diego School of Law and an undergraduate degree in Political Science and History from the University of San Diego. | March 2022 – Present |
| **Tanya Skogerboe** Senior Vice President & Chief Supply Chain and Transformation Officer | Serves as Vice President & Chief Supply Chain and Transformation Officer, and is responsible for leading all aspects of the company's supply chain operations. At Sleep Number, she has held senior leadership positions in services and strategy, customer experience, and commercial channel operations. Prior to joining Sleep Number, Skogerboe served as manager of global sales for Northwest Airlines. Skogerboe holds an MBA with a focus on marketing and strategy as well as an undergraduate degree in marketing from the University of Minnesota Carlson School of Management. | February 2025 – Present |

**Schedule 8**

**Payroll for the First 30 Days of the Chapter 11 Cases**

| Category | Amount |
|---|---|
| Employees (excluding officers, directors, and stockholders)[14] | $12,840,000 |
| Officers, stockholders, and directors[15] | $340,000 |
| Payments to financial and business consultants | $0 |

---

[14] Information excludes payroll for the officers, directors and stockholders that are subject to reporting requirements under Section 16 of Securities Exchange Act of 1934.

[15] Information includes payroll for the officers, directors and stockholders that are subject to reporting requirements under Section 16 of Securities Exchange Act of 1934.

**Schedule 9**

**Cash Receipts and Disbursements, Net Cash Gain or Loss, Unpaid Obligations, and
Receivables for the First 30 Days of the Chapter 11 Cases**

Pursuant to Local Rule 1007-2(b)(3), the following provides, for the 30-day period following the filing of the chapter 11 petition, the estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| Category | Amount (in millions) |
|---|---|
| Cash receipts | $70.5 |
| Cash disbursements | $114.0 |
| Net cash loss | $(43.5) |
| Unpaid obligations (excluding professional fees) | $1,493.2 |
| Uncollected receivables (excluding professional fees) | $26.7 |

**Exhibit A**

**Corporate Structure Chart**

