]Hearing Date and Time:    **July 9, 2026 at 10:00 a.m.**[1]
Objection Deadline:    **July 2, 2026 at 12:00 p.m.**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma (*pro hac vice* pending)
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[2] | **(Joint Administration Requested)** |

**NOTICE OF SECOND-DAY HEARING DATE**

**PLEASE TAKE NOTICE** that at a hearing on June 12, 2026 at 3:00 p.m. before the Honorable Kyu Y. (Mike) Peak, the United States Bankruptcy Judge for the Southern District of New York (the "**Court**"), the Court has scheduled an omnibus hearing for **10:00 a.m. on July 9, 2026**, to consider final request with respect to certain motions as set for in the *Notice of Agenda For Hearing on First Day Applications and Motions* [ECF No. 24], in the above-captioned chapter 11 cases (the "**Second Day Hearing**").

**PLEASE TAKE FURTHER NOTICE** that the above-captioned debtors will file an agenda listing the matters to be set for the hearing in accordance with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-kyu-y-mike-paek), as applicable.

---

[1]  All times herein are expressed in prevailing Eastern Time.

[2]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499).  The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

**PLEASE TAKE FURTHER NOTICE** that the Second Day Hearing will be held on **July 9, 2026 at 10:00 a.m.** before the Honorable Kyu Y. Paek.  The Hearing will be conducted in a hybrid format that will permit either in-person attendance at One Bowling Green, New York, NY 10004-1408, Courtroom 610, or remote participation via Zoom for Government.  Hearings participants, whether appearing remotely or in-person, must register their appearance using the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 pm two business days before the Hearing.  Once an appearance is properly registered, the Court will circulate by email the link, Meeting ID, and Password to access the Hearing using Zoom for Government.  A guide for using Zoom for Government is available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the Hearing or a later hearing or by filing a notice with the Court on the docket of the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the relief requested at the Hearing shall be (a) in writing, in English, and in text-searchable format, (b) filed with the Court electronically, and (c) served on the Debtors and the Notice Parties (as defined in the applicable motions) so as to be received no later than **July 2, 2026 at 12:00 p.m.** (the "**Objection Deadline**"), in each case, in accordance with the Bankruptcy Rules and the Local Rules, as applicable.

**PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Second Day Hearing, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that, if no responses or objections are timely filed and served with respect to the motions, the Debtors may, on or after the Objection Deadline, submit the proposed order to the Court, substantially in the form of the proposed order attached to the motions, under certification of counsel or certification of no objection, which order may be entered by the Court without further notice or opportunity to be heard.  **Your rights may be affected.  You should review the motions carefully and discuss it with your attorney.  If you do not have an attorney, you may wish to consult one.**

**PLEASE TAKE FURTHER NOTICE** that copies of the motions and any other document filed publicly in the Chapter 11 Cases are accessible, free of charge, at the Debtors' case website located at https://restructuring.ra.kroll.com/Sleepnumber.

[*Remainder of page intentionally left blank*]

Dated:  June 13, 2026
   New York, New York

           DAVIS POLK & WARDWELL LLP


           */s/ Brian M. Resnick*
           450 Lexington Avenue
           New York, NY 10017
           Tel.: (212) 450-4000
           Brian M. Resnick
           Angela M. Libby
           Stephen D. Piraino
           Richard J. Steinberg
           Sihui (Sophy) Ma (*pro hac vice* pending)
           Mordechai Rivkin

           *Proposed Counsel to the Debtors and Debtors in Possession*