STARK & STARK, P.C.
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Direct: 609-791-7022
Facsimile: 609-895-7395
Email: jlemkin@stark-stark.com
*Attorneys for Tanger*
*Management LLC*


**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>Sleep Number Corporation,<br><br>        Debtor. | Case No. 26-11399-KYP<br><br>Chapter 11 |

**ENTRY OF APPEARANCE,**
**REQUEST FOR NOTICES, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 1109(b), and Fed. R. Bankr. P. 2002 and 9010, the undersigned hereby enters his appearance on behalf of Tanger Management LLC ("Tanger Mgmt"), as counsel to Tanger Mgmt, and requests that copies of all notices, pleadings, motions, applications, responses, objections, and other documents filed or served in this case be sent to or served on:

Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Direct: 609-791-7022
Facsimile: 609-895-7395
Email: jlemkin@stark-stark.com


Neither this Notice of Appearance nor any later appearance, pleading, claim, or suit is intended to waive any rights, including: (a) Tanger Mgmt's rights to have final orders in non-core

matters entered only after *de novo* review by a district court judge; (b) Tanger Mgmt's rights to a jury trial in any proceeding so triable herein or in any case, controversy or proceeding related thereto;  (c) Tanger Mgmt's rights to have the reference withdrawn by the district court in any matter subject to  mandatory  or  discretionary  withdrawal  or  abstention;  or  (d)  any  other  rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which Tanger Mgmt is or may be entitled under any  agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments Tanger Mgmt expressly reserves. Tanger Mgmt does not, by this Notice of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court or any other Court in this case.

Dated: June 15, 2026                              **STARK & STARK, PC**


*/s/ Joseph H. Lemkin*
Joseph H. Lemkin, Esq.
100 American Metro Blvd.
Hamilton, NJ 08619
Direct: 609-791-7022
Facsimile: 609-895-7395
Email: jlemkin@stark-stark.com

*Attorneys for Tanger*
*Management LLC*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of June, 2026, a true and correct copy of the foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS** was transmitted by electronic means on all parties noted to receive the Court's CM/ECF notices.

*/s/ Joseph H. Lemkin*
JOSEPH H. LEMKIN, ESQ.