DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma (*pro hac vice* pending)
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

> **PARTIES RECEIVING THIS NOTICE SHOULD CHECK <u>SCHEDULE 1</u> ATTACHED HERETO FOR THEIR NAMES AND THEIR CONTRACTS OR LEASES AND READ THE CONTENTS OF THIS NOTICE CAREFULLY.**

**NOTICE OF ABANDONMENT, UTILIZATION AND DISPOSAL OF PERSONAL PROPERTY LOCATED AT CERTAIN OF THE DEBTORS' LEASED PROPOSED TO BE REJECTED PURSUANT TO THE OMNIBUS MOTION FOR AN ORDER (I) APPROVING THE REJECTION OF CERTAIN REAL PROPERTY LEASE AGREEMENTS, (II) APPROVING THE ABANDONMENT OF CERTAIN EXCESS <u>PROPERTY, AND (III) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that, on June 12, 2026 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**"). The Debtors' chapter 11

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

cases are being jointly administered under the lead case *In re Sleep Number Corporation*, No. 26-11399 (KYP).

**PLEASE TAKE FURTHER NOTICE** that on the Petition Date, the Debtors filed the *Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 18] (the "**Rejection Motion**"),[2] with the Court seeking authority to, among other things, reject certain real property lease agreements and abandon certain personal property therein.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to abandon certain personal property, furniture, fixtures and equipment that may be located on the leased premises subject to a Rejected Lease (any such property, the "**Abandoned Property**"), which Abandoned Property is generally described in **Schedule 1** attached hereto.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the relief requested shall be (a) in writing, in English, and in text-searchable format, (b) filed with the Court electronically, and (c) served on the Office of the United States Trustee for Southern District of New York; Davis Polk & Wardwell, as counsel to the Debtors; counsel to any statutory committee of unsecured creditors appointed in the Chapter 11 Cases; and if the objecting party is not the affected counterparty to such Rejected Lease, the affected counterparty to such so as to be received no later than July 2, 2026 at 12:00 p.m. (the "**Objection Deadline**"), in each case, in accordance with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-kyu-y-mike-paek), as applicable. Please note that the Objection Deadline may be extended with respect to a particular Rejected Lease by the Debtors upon written notice to the applicable counterparty (email being sufficient).

**PLEASE TAKE FURTHER NOTICE** that copies of the Rejection Motion as well as all related exhibits, are available: (a) by visiting the website maintained in these Chapter 11 Cases at https://restructuring.ra.kroll.com/Sleepnumber; or (b) for a fee via PACER by visiting http://www. https://pacer.uscourts.gov.

---

[2] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Rejection Motion.

Dated: June 17, 2026

/s/ *Brian M. Resnick*

DAVIS POLK & WARDWELL LLP

Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma (*pro hac vice* pending)
Mordechai Rivkin
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
brian.resnick@davispolk.com
angela.libby@davispolk.com
stephen.piraino@davispolk.com
richard.steinberg@davispolk.com
sophy.ma@davispolk.com
mordechai.rivkin@davispolk.com

*Proposed Counsel to the Debtors and Debtors in Possession*

## Schedule 1

**Property to be Abandoned**

| STORE NUMBER | STORE ADDRESS | GENERAL DESCRIPTION OF PERSONAL PROPERTY TO BE ABANDONED |
|---|---|---|
| 10870 | 826 10th Avenue S. Great Falls, MT 59405 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10885 | 60-B S. Waukegan Road, Suite 90A Deerfield, IL 60015 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10889 | 1731 Martin Luther King Jr. Blvd. Suite C Houma, LA 70360 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10894 | 2302 NE Bob Bullock Loop, Suite 201 Laredo, TX 78045 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10903 | 3333 Northlake Blvd. Suite 5 Palm Beach Gardens, FL 33410 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10908 | 177 West Army Trail Road Glendale Heights, IL 60139 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10917 | 10155 W McDowell Rd Avondale, AZ 85392 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10929 | 4185 William Penn Hwy. Monroeville, PA 15146 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 10938 | 4281 24th Avenue, Suite 300 Fort Gratiot, MI 48059 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11012 | 9727 E. Independence Blvd Matthews, NC 28105 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11065 | 1090 Crossings Circle, Suite 2 Spring Hill, TN 37174 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and |

| | | Maintenance Equipment, Other Miscellaneous Fixtures |
|---|---|---|
| 11068 | 5501 Capital Blvd, Ste 100 Raleigh, NC 27616 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11074 | 420 E. Altamonte Dr. Suite 1030 Altamonte Springs, FL 32701 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11093 | 2443 W Ridge Rd.  Rochester, NY 14626 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11117 | 164 Belterra Village Way, Suite X100 Austin, TX 78737 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11127 | 2455 N. Franklin Street Christiansburg, VA 24073 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11143 | 1420 109th Ave NE, Suite 100 Blaine, MN 55449 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11144 | 1702 Prien Lake Rd.  Lake Charles, LA 70601 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11151 | 27291 Newport Rd, Suite 100 Menifee, CA 92584 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11167 | 12533 Jefferson Davis Highway Chester, VA 23831 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11175 | 2675 El Camino Real, Suite B Palo Alto, CA 94306 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11186 | 1840 Lindberg Dr.  Slidell, LA 70458 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and |

| | | Maintenance Equipment, Other Miscellaneous Fixtures |
|---|---|---|
| 11200 | 7000 Hollister Ave., Ste 101 Goleta, CA 93117 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11208 | 3831 N Expressway 77/83, Suite 2 Brownsville, TX 78520 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11209 | 2049 W. Grand River Ave., STE 100 Okemos, MI 48864 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11210 | 400 Pooler Parkway, Ste 200 Pooler, GA 31322 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11219 | 319 State Road N. Dartmouth, MA 02747 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11220 | 2101 S. 31st Street, Suite 100 Temple, TX 76504 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11222 | 27800 Juban Rd., STE 6 Denham Springs, LA 70726 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11224 | 12408 NW 10th Street Oklahoma City, OK 79099 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11229 | 1813 Marketplace Dr Burlington, WA 98233 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11242 | 2805 Naglee Rd, Ste 110 Tracy, CA 95304 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11247 | 1751 S Commons, Ste M28 Federal Way, WA 98003 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and |

| | | Maintenance Equipment, Other Miscellaneous Fixtures |
|---|---|---|
| 11257 | 7080 Orchard Lake Road West Bloomfield, MI 48322 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11268 | 1735 Trancas Street Napa, CA 94558 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11271 | 7425 Dodge Street Omaha, NE 68114 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11272 | 2327A Burlington Mount Holly Rd.  Burlington, NJ 08016 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11274 | 4089 N. Shiloh Drive Fayetteville, AR 72703 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11278 | 5885 West Baseline, Ste. 140 Laveen, AZ 85339 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11279 | 20461 Interstate 30 Benton, AR 72015 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11281 | 12601 South Fwy, Ste 120 Burleson, TX 76028 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11287 | 2149 Badger Drive Hudson, WI 54016 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11289 | 1905 Whiskey Road Aiken, SC 29803 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and Maintenance Equipment, Other Miscellaneous Fixtures |
| 11303 | 10901 N Dale Mabry Highway, Space A Tampa, FL 33607 | IT Equipment, Office Furniture, Signage, Miscellaneous Items, Cleaning and |

| | | Maintenance Equipment, Other Miscellaneous Fixtures |
|---|---|---|