**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
| SLEEP NUMBER CORPORATION, *et al.*, | Case No. 26-11399 (KYP) |
| Debtors.[1] | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE**, that the undersigned is appearing as counsel for Westfield, LLC, and certain of its affiliates (the "Creditors") in the above captioned cases.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Fed. R. Bankr. P. Rules 2002 and 9010, the undersigned hereby demands that notice of all matters herein be served upon:

>Niclas A. Ferland
>Barclay Damon LLP
>555 Long Wharf Drive, 13th Floor
>New Haven, CT 06511
>Telephone:  (203) 672-2667
>Email:  nferland@barclaydamon.com

**PLEASE TAKE FURTHER NOTICE** that demand is also hereby made for service of copies of all papers, notices, reports, pleadings, motions, applications, disclosure statements, plans, and answering or reply papers in these cases and in all contested matters.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth above be added to any service list in these cases.

This Notice of Appearance and Request for Service shall not be deemed or construed to be a waiver of rights of Creditors to (i) have final orders in non-core matters entered only after *de*

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows:  Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

*novo* review by a District Judge, (ii) trial by jury in any proceeding so triable in this case or any

case, controversy, or proceeding related to this case, (iii) have the District Court withdraw the

reference in any matters subject to such withdrawal, or (iv) any other rights, claims, setoffs, or

recoupments to which Creditors may be entitled, which they expressly reserve.

Dated:   June 23, 2026
       New Haven, Connecticut         **BARCLAY DAMON LLP**

By*:*   */s/Niclas A. Ferland*
Niclas A. Ferland
555 Long Wharf Drive, 13th Floor
New Haven, CT 06511
Telephone:  (203) 672-2667
Email:  nferland@barclaydamon.com

*Counsel for Westfield, LLC, and certain of its*
*affiliates*

## CERTIFICATE OF SERVICE

I certify that on June 23, 2026 I caused a copy of the foregoing document to be served by

the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District

of New York.

*/s/Niclas A. Ferland*
Niclas A. Ferland