DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.[2]** | **Jointly Administered** |

**NOTICE OF HEARING REGARDING APPLICATION OF THE DEBTORS FOR
ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND
EMPLOYMENT OF VINSON & ELKINS LLP AS COUNSEL TO THE SPECIAL
INVESTIGATION COMMITTEE OF EACH OF THE DEBTORS EFFECTIVE AS
OF THE PETITION DATE**

**PLEASE TAKE NOTICE** that on June 12, 2026 ( the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on June 25, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special*

---

[1]  All times herein are expressed in prevailing Eastern Time.

[2]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

*Investigation Committee of Each of the Debtors Effective as of the Petition Date* (the "**V&E Application**").

      **PLEASE TAKE FURTHER NOTICE** that a hearing (the "**Hearing**") to consider the V&E Application will be held on **July 9, 2026 at 10:00 a.m.** before the Honorable Kyu Y. Paek. The Hearing will be conducted in a hybrid format that will permit either in-person attendance at One Bowling Green, New York, NY 10004-1408, Courtroom 610, or remote participation via Zoom for Government. Hearings participants, whether appearing remotely or in-person, must register their appearance using the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by **4:00 p.m. two business days before the Hearing**.  Once an appearance is properly registered, the Court will circulate by email the link, Meeting ID, and Password to access the Hearing using Zoom for Government. A guide for using Zoom for Government is available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

      **PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time by an announcement of the adjourned date or dates at the Hearing or a later hearing or by filing a notice with the Court on the docket of the Chapter 11 Cases.

      **PLEASE TAKE FURTHER NOTICE** that responses or objections to the relief requested at the Hearing shall be (a) in writing, in English, and in text-searchable format, (b) filed with the Court electronically, and (c) served on the Debtors and the Notice Parties (as defined in the V&E Application) so as to be received no later than **July 2, 2026 at 12:00 p.m.** (the "**Objection Deadline**"), in each case, in accordance with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-kyu-y-mike-paek), as applicable.

      **PLEASE TAKE FURTHER NOTICE** that all objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

      **PLEASE TAKE FURTHER NOTICE** that, if no responses or objections are timely filed and served with respect to the V&E Application, the Debtors may, on or after 48 hours after the Objection Deadline, submit the proposed order to the Court, substantially in the form of the proposed order attached to the V&E Application, under certification of counsel or certification of no objection, which order may be entered by the Court without further notice or opportunity to be heard.

      **PLEASE TAKE FURTHER NOTICE** that copies of the V&E Application and any other document filed publicly in the Chapter 11 Cases are accessible, free of charge, at the Debtors' case website located at https://restructuring.ra.kroll.com/Sleepnumber.

*[Remainder of page intentionally left blank]*

Dated:  June 25, 2026
        New York, New York

                        DAVIS POLK & WARDWELL LLP

                        By:       */s/ Brian M. Resnick*
                        450 Lexington Avenue
                        New York, New York 10017
                        Tel.: (212) 450-4000
                        Brian M. Resnick
                        Angela M. Libby
                        Stephen D. Piraino
                        Richard J. Steinberg
                        Sihui (Sophy) Ma
                        Mordechai Rivkin

                        *Proposed Counsel to the Debtors and Debtors in Possession*

Hearing Date and Time: 10:00 a.m.[1] on July 9, 2026
Objection Deadline: 12:00 p.m. on July 2, 2026

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.[2]** | **Jointly Administered** |

**APPLICATION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP**
**AS COUNSEL TO THE SPECIAL INVESTIGATION COMMITTEE**
<u>**OF EACH OF THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**</u>

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**," the

"**Company**," or "**Sleep Number**") [3], each of which is a debtor and debtor-in-possession in the

above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), hereby file this *Application of the*

---

[1] All times herein are expressed in prevailing Eastern Time.

[2] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[3] Capitalized terms used but not immediately or otherwise defined herein shall have the meanings ascribed to them elsewhere herein or in the *Declaration of Amy O'Keefe in Support of the Chapter 11 Proceedings and First Day Pleadings* [ECF No. 3] (the "**First Day Declaration**").

*Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of the Petition Date* (the "**Application**") seeking entry of an order (the "**Order**"), substantially in the form attached hereto as **Exhibit A** (the "**Order**"), authorizing the Debtors to retain and employ Vinson & Elkins LLP ("**V&E**") as counsel to the special investigation committee ("**Special Investigation Committee**") for each of the Debtors effective as of the Petition Date (as defined below). In support of this Application, the Debtors submit the *Declaration of David S. Meyer in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of the Petition Date*, attached hereto as **Exhibit B** (the "**Meyer Declaration**") and the *Declaration of Colin M. Adams in Support of the Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of the Petition Date*, attached hereto as **Exhibit C** (the "**Adams Declaration**"), and respectfully submit the following:

### JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the Southern District of New York (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The Debtors confirm their consent, pursuant to rule 7008 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent

consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

3.    Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

4.    The statutory bases for the relief requested herein are sections 327(e), 328(a), and 330 of title 11 of the United States Code (the "**Bankruptcy Code**"), Bankruptcy Rules 2014 and 2016 (the "**Bankruptcy Rules**"), and rules 2014-1 and 2016-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York (the "**Local Rules**").

## BACKGROUND

5.    On June 12, 2026 (the "**Petition Date**"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors remain in possession of their property and continue to operate and manage their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Chapter 11 Cases are being jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b), as ordered by the Court [ECF No. 42]

6.    On June 23, 2026, the United States Trustee for Region 2 (the "**U.S. Trustee**") appointed an Official Committee of Unsecured Creditors (the "**Committee**") pursuant to section 1102 of the Bankruptcy Code [ECF No. 110].  No request has been made for the appointment of a trustee or examiner.

7.    Additional information about the events leading up to the Petition Date and the Debtors' businesses, affairs, capital structure, and prepetition indebtedness can be found in the First Day Declaration.

## SPECIAL INVESTIGATION COMMITTEE BACKGROUND

8.      The Special Investigation Committee was initially formed on June 6, 2026 with Colin M. Adams as the sole member thereof and was delegated the authority to evaluate certain potential claims the Debtors may hold.  The Special Investigation Committee was also authorized to retain and terminate, in its sole discretion, legal and other advisors as it, in its sole discretion, deems appropriate to assist it in discharging its responsibilities.

## RELIEF REQUESTED

9.      By this Application, the Debtors seek entry of the Order, substantially in the form attached hereto as **Exhibit A**, authorizing the retention and employment of V&E as counsel to the Special Investigation Committee in accordance with this Application and the terms and conditions set forth in the engagement letter between the Debtors and V&E (the "**Engagement Letter**").

## SERVICES TO BE PROVIDED BY V&E

10.      The Debtors seek to retain V&E, in accordance with the terms of the Engagement Letter and pursuant to section 327(e) of the Bankruptcy Code, to serve as counsel to the Special Investigation Committee to (a) conduct an investigation (the "**Investigation**") into whether the Company may hold any colorable claims or causes of action with respect to (i) certain parties, including but not limited to the Company's current or former directors, officers, agents, or any other person affiliated with the Company, and (ii) any prior transactions involving insiders or affiliates of the Company, and (b) take any and all other actions the Special Investigation Committee deems necessary or advisable in light of the Investigation.

11.      Pursuant to a separate retention application filed with this Court, the Debtors seek to retain Davis Polk & Wardwell LLP ("**Davis Polk**") as general bankruptcy counsel to the Debtors to conduct the Chapter 11 Cases.  The services proposed to be rendered and functions proposed to

4

be performed by V&E during the Chapter 11 Cases are not duplicative of work performed by Davis Polk or any other law firm retained by the Debtors and are limited to the matters set forth herein.

## V&E'S QUALIFICATIONS

12. V&E has represented the Special Investigation Committee with respect to the Investigation pursuant to the Engagement Letter, which became effective as of June 7, 2026. Since that time, V&E has continued to provide the services set forth in the Engagement Letter to the Special Investigation Committee with respect to the Investigation.

13. The Debtors seek authority to retain V&E as counsel to the Special Investigation Committee because, among other reasons, (a) V&E has significant experience conducting investigations in conjunction with financial restructurings, and also has broad knowledge and experience in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely recognized for its expertise in handling corporate governance, capital markets, litigation, investigations, and other transactional matters for companies in many industries, and (c) V&E has become familiar with the Debtors' operations, business, and capital structure during the course of its Investigation work.

14. The Debtors submit that V&E is both well-qualified and uniquely able to represent the Special Investigation Committee in these Chapter 11 Cases pursuant to section 327(e) of the Bankruptcy Code.

## PROFESSIONAL COMPENSATION

15. V&E intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of

the Court. V&E also intends to make a reasonable effort to comply with the U.S. Trustee's

*Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed*

*Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**Guidelines**").

16.     The hourly rates and corresponding rate structure V&E will use in these Chapter 11

Cases are the same as or similar to the hourly rates and corresponding rate structure that V&E uses

in other complex restructuring matters and in many complex corporate, securities, and litigation

matters, whether in court or otherwise, regardless of whether a fee application is required.

17.     V&E operates in a national marketplace for legal services in which rates are driven

by multiple factors relating to, among other things, the tenure, experience, and specialization of

the individual lawyer, V&E's performance and reputation, and the nature of the work involved.

18.     V&E's current hourly rates for matters related to the Debtors range from $1,700 to

$2,695 per hour for partners, $1,550 to $2,245 per hour for counsel, $920 to $1,580 per hour for

associates, and $645 to $685 per hour for paraprofessionals and other timekeepers. V&E's hourly

rates are set at a level designed to compensate V&E fairly for the work of its attorneys and

paraprofessionals and to cover fixed and routine expenses. V&E's hourly rates vary with the

experience and seniority of the individuals assigned. These hourly rates are subject to periodic

adjustments to reflect economic and other conditions.[4]

19.     V&E represented the Debtors prior to the Petition Date using the hourly rates

described above. These hourly rates are set forth in the Meyer Declaration and are the same as or

similar to the rates that V&E charges for other similar representations and are consistent with the

hourly rates that other comparable counsel would charge to do work substantially similar to the

---

[4]     For example, V&E increases the hourly billing rate of attorneys and paraprofessionals in the form of (a) step
increases historically awarded in the ordinary course of business on the basis of advancing seniority and
promotion and (b) periodic increases within each attorney's and paraprofessional's current level of seniority.

work V&E will perform as counsel to the Special Investigation Committee in these Chapter 11 Cases.

20.     V&E has agreed to continue its standard or customary billing arrangements for this engagement.  None of the professionals included in this engagement will vary their rates charged to the Debtors based on the geographic location of these Chapter 11 Cases.  In addition, the Debtors have reviewed V&E's rate structure, and V&E represents that it is not significantly different from (a) the rates that V&E charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

21.     It is V&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also V&E's policy to charge its clients only the amount actually incurred by V&E in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.

## V&E'S PREPETITION COMPENSATION

22.     In the 90 days prior to the Petition Date, the Debtors paid V&E an initial "advance payment retainer" of $100,000 and an additional advance payment retainer of $50,000, totaling $150,000 in the aggregate.  To the extent there are fees and expenses that were incurred prepetition but not processed through V&E's billing system as of the Petition Date and not yet applied against V&E's advance payment retainer, V&E intends to apply the advance payment retainer to any such amounts in accordance with the Order.  In the event there is a retainer shortfall, V&E will write off any excess/unpaid fees or expenses for such prepetition services.

7

23.      Pursuant to Bankruptcy Rule 2016(b), V&E has neither shared nor agreed to share (a) any compensation it has received or may receive from the Debtors with another party or person, other than with V&E's professionals or (b) any compensation another person or party has received or may receive.

### BASIS FOR RELIEF REQUESTED

24.      The Debtors submit that the retention of V&E under the terms described herein is appropriate under sections 327(e), 328(a), and 1107 of the Bankruptcy Code.  Section 327(e) of the Bankruptcy Code provides, in relevant part that a debtor, subject to court approval:

> [M]ay employ, for a specified special purpose, other than to represent the trustee in conducting the case, an attorney that has represented the debtor, if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed.

11 U.S.C. § 327(e).  Retention of an attorney under section 327(e) of the Bankruptcy Code does not require the same searching inquiry required for a debtor to retain general bankruptcy counsel under section 327(a).  *See In re W. Delta Oil Co., Inc.*, 432 F.3d 347, 357 (5th Cir. 2005) ("As we have noted, special counsel employed under § 327(e) need only avoid possessing interests adverse to the debtor or to the estate *with respect to the matter on which such attorney is to be employed*.") (emphasis in original) (internal quotation marks and citation omitted).[5]

25.      Nevertheless, the phrase "does not represent or hold any interest adverse to the debtor or to the estate" requires a factual determination of "all relevant facts surrounding the debtors' case, including, but not limited to, the nature of the debtor's business, all foreseeable employment of special counsel, [and] the expense of replacement counsel." *In re Woodworkers*

---

[5]   Section 1107(b) of the Bankruptcy Code provides that a person is not disqualified for employment under section 327 of the Bankruptcy Code by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case.  11 U.S.C. § 1107(b).

8

*Warehouse, Inc.*, 323 B.R. 403, 406 (D. Del. 2005); *see also* 3 Collier on Bankruptcy ¶ 327.04 (16th ed. 2020) (same).  Generally, however, subject to the requirements of sections 327 and 1107 of the Bankruptcy Code, a debtor in possession is entitled to the counsel of its choosing.  *See, e.g.,* *In re Gem Tire & Service Co.*, 117 B.R. 874, 876 (Bankr. S.D. Tex. 1990) ("[A] trustee has wide latitude in selecting the legal counsel he wishes to employ, although prior approval from the bankruptcy court must be obtained.  The right to choose one's attorney stems from the confidentiality of the attorney-client relationship and the position of trust held by one's counsel.  Only in the rarest cases should the trustee be deprived of the privilege of selecting his own counsel.") (internal citations omitted).  In considering whether to approve counsel under section 327(e), courts generally consider whether "(1) the representation is in the best interest of the estate, (2) the attorney represented the debtor in the past, (3) the attorney is for a specific purpose approved by the court, other than to represent the debtor in conducting the case, (4) the attorney does not represent or hold an interest adverse to the debtor or the debtor's estate." *Woodworkers Warehouse*, 323 B.R. at 406; *accord In re Johnson*, 433 B.R. 626, 635 (Bankr. S.D. Tex. 2010) ("Section 327(e) therefore allows the Debtor to employ special counsel with the court's approval subject to the four-prong test.").

26.     Further, section 328(a) of the Bankruptcy Code further provides that a debtor, "with the court's approval, may employ or authorize the employment of a professional person under section 327 . . . on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed percentage basis, or on a contingent fee basis."  11 U.S.C. § 328(a).

27.     The Debtors submit that for all the reasons stated herein, in the Meyer Declaration, and in the Adams Declaration, the retention and employment of V&E as counsel to the Special

Investigation Committee is warranted, necessary, and in the best interests of the Debtors' estates and is authorized under section 327(e) of the Bankruptcy Code.

## RETAINING V&E IS IN THE BEST INTERESTS OF THE ESTATES

28.     The Debtors submit that section 327(e) is satisfied and the Application should be approved because the employment and retention of V&E is in the best interest of the Debtors' estates.

29.     First, it is in the best interest of the Debtors' estates to retain V&E as counsel to the Special Investigation Committee because it is in the Debtors' estates' best interest to retain separate counsel with no involvement in the events that led to the Investigation so that counsel may independently assess the subject matter and determine whether the Debtors have any potential colorable claims or causes of action.  Second, the Debtors are seeking to retain V&E to assist the Special Investigation Committee in carrying out its duties regarding the Investigation.  If the Debtors were required to retain different counsel to replace V&E to conduct the Investigation, the Debtors would need to find, onboard, and integrate new counsel in these matters, all of which would require the expenditure of significant resources by the Debtors rather than devoting their time and focus to their restructuring efforts.  Retaining V&E will avoid unnecessary administrative expense and delays while providing valuable services to the Special Investigation Committee in furtherance of the Investigation.

30.     Furthermore, the services requested to be provided by V&E will not duplicate or overlap with the services that other professionals will be providing to the Debtors in these Chapter 11 Cases.  Specifically, V&E will not act as the Debtors' general bankruptcy counsel in these Chapter 11 Cases, but instead will only act as counsel to the Special Investigation

Committee. V&E will use reasonable efforts to work cooperatively with the Debtors and their other professionals to avoid any duplication of services with the Debtors' other professionals.

## V&E HAS NO ADVERSE INTEREST WITH RESPECT TO MATTERS ON WHICH IT IS TO BE EMPLOYED

31.     The Debtors submit that section 327(e) is further satisfied and the Application should be approved because V&E does not represent or hold any interest adverse to the Debtors or the estates with respect to the matters on which V&E is to be employed.

32.     To the best of the Debtors' knowledge, the partners, counsel, associates, and other attorneys and paraprofessionals of V&E (a) do not have any connection with any of the Debtors, their affiliates, their creditors, any other party in interest, the U.S. Trustee or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the Southern District of New York or any person employed in the offices of the same, except as otherwise set forth in this Application and in the accompanying Meyer Declaration and (b) do not hold or represent any interest adverse to the Debtors' estates with respect to the Investigation.

33.     The Debtors understand that V&E will continue to conduct periodic conflicts analyses to determine whether it is performing or has performed services for any significant parties in interest in these chapter 11 cases with respect to the matters on which V&E is to be employed and will promptly update the Meyer Declaration to disclose any material developments regarding the Debtors or any other pertinent relationships that come to V&E's attention.

## NOTICE

34.     Notice of this Application will be provided to the following parties (or their counsel) (collectively, the "*Notice Parties*"): (a) the U.S. Trustee; (b) the Committee; (c) Faegre Drinker Biddle & Reath LLP, as counsel to the agent under the Debtors' prepetition credit facility

11

and DIP Agent[6]; and (d) any other party that is identified on Sleep Number's master service list,[7] is entitled to notice under rule 9013-1(c) of the Local Bankruptcy Rules for the Southern District of New York (the "**Local Rules**"), or has requested notice pursuant to Bankruptcy Rule 2002. A copy of this Application and any order entered in respect thereto will also be made available on the Debtors' case information website located at https://restructuring.ra.kroll.com/SleepNumber. Based on the circumstances surrounding this Application and the nature of the relief requested herein, the Debtors respectfully submit that no other or further notice is required.

## <u>NO PRIOR REQUEST</u>

35.     No prior application for the relief requested herein has been made to this Court or any other court.

*[Remainder of page intentionally left blank]*

---

[6]    As defined in the Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief. [ECF No. 74].

[7]    Accessible by visiting https://restructuring.ra.kroll.com/Sleepnumber.

## **PRAYER**

36.     The Debtors respectfully request that the Court enter the Order substantially in the

form attached hereto as **Exhibit A** and grant them such other and further relief to which the Debtors

may be justly entitled.

Dated: June 25, 2026

**SLEEP NUMBER CORPORATION** (for itself and on behalf of its affiliates that are debtors and debtors in possession)

*/s/ Amy O'Keefe*
Amy O'Keefe
Executive Vice President and Chief Financial Officer

## **Exhibit A**

### **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

### ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP AS COUNSEL TO THE SPECIAL INVESTIGATION COMMITTEE OF EACH OF THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

Upon the application ("**Application**")[2] of the above-referenced debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order (the "**Order**") authorizing the Debtors to retain and employ Vinson & Elkins LLP ("**V&E**") as counsel to the special investigation committee ("**Special Investigation Committee**") of each of the Debtors effective as of the Petition Date; and the Court having reviewed the Application, the Meyer Declaration, and the Adams Declaration; and the Court having jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found, based on the representations made in the Application, the Meyer Declaration, and the Adams Declaration, that V&E's employment is in the best interests of the Debtors' estates and that V&E (a) has no connection to the Debtors, their creditors, or other parties in interest except

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] Capitalized terms used but not otherwise defined shall have the meanings set forth in the Application.

1

as set forth in the Meyer Declaration and (b) does not represent, and does not hold, any interest adverse to the Debtors' estates with respect to the matters on which V&E is to be employed by the Debtors; and the Court having found that proper and adequate notice of the Application has been given and that no other or further notice is necessary; and the Court having found that good and sufficient cause exists for the granting of the relief requested in the Application after having given due deliberation upon the Application and all of the proceedings had before the Court in connection with the Application,

IT IS HEREBY ORDERED THAT:

1.      Pursuant to section 327(e) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1, the Debtors are authorized to employ and retain V&E as counsel to the Special Investigation Committee, effective as of the Petition Date in accordance with the terms and conditions set forth in the Application, the Meyer Declaration, and the Engagement Letter, as modified by this Order.

2.      V&E shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.  For billing purposes, V&E will keep time records in one-tenth of an hour increments.  V&E shall also make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* in connection with interim and final fee applications to be filed by V&E in these Chapter 11 Cases.

3.      Without further order of the Court, V&E may apply amounts from the prepetition

2

advance payment retainer to compensate and reimburse V&E for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practice.  At the conclusion of V&E's engagement by the Debtors, if the amount of any advance payment retainer held by V&E is in excess of the amount of V&E's outstanding and estimated fees, expenses, and costs, V&E will pay to the Debtors the amount by which any advance payment retainer exceeds such fees, expenses, and costs.

4.      V&E shall provide ten business days' notice to the Debtors, the U.S. Trustee, and the Committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court.

5.      V&E shall use reasonable efforts to avoid any duplication of services provided by any of the Debtors' other retained professionals in these Chapter 11 Cases.

6.      To the extent there is any conflict between this Order and the Application, the Engagement Letter, the Meyer Declaration, or the Adams Declaration, the terms of this Order shall control.

7.      V&E shall not charge a markup to the Debtors with respect to fees billed by contract attorneys who are hired by V&E to provide services to the Debtors and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

8.      V&E shall review its files periodically during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, V&E shall use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

9.      The Debtors and V&E are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

10.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

11.     The Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

## Exhibit B

**Meyer Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

**DECLARATION OF DAVID S. MEYER**
**IN SUPPORT OF APPLICATION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP**
**AS COUNSEL TO THE SPECIAL INVESTIGATION COMMITTEE**
**OF EACH OF THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, David S. Meyer, hereby declare as follows:

1.       I am a partner of the law firm of Vinson & Elkins LLP ("**V&E**").  I am one of the lead attorneys from V&E working with the Special Investigation Committee in these Chapter 11 Cases.  I am a member in good standing of the State Bar of New York and the State Bar of Connecticut.  There are no disciplinary proceedings pending against me.

2.       I submit this declaration (the "**Declaration**") in support of the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of*

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

*the Petition Date* (the "**Application**").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## SERVICES TO BE PROVIDED BY V&E

3.      The Debtors seek to retain V&E, in accordance with the terms of the Engagement Letter and pursuant to section 327(e) of the Bankruptcy Code, to serve as counsel to the special investigation committee ("**Special Investigation Committee**") to (a) conduct an investigation (the "**Investigation**") into whether the Company may hold any colorable claims or causes of action with respect to (i) certain parties, including but not limited to the Company's current or former directors, officers, agents, or any other person affiliated with the Company, and (ii) any prior transactions involving insiders or affiliates of the Company, and (b) take any and all other actions the Special Investigation Committee deems necessary or advisable in light of the Investigation.

4.      Pursuant to a separate retention application filed with this Court, the Debtors seek to retain Davis Polk & Wardwell LLP ("**Davis Polk**") as general bankruptcy counsel to the Debtors to conduct the Chapter 11 Cases.  The services proposed to be rendered and functions proposed to be performed by V&E during the Chapter 11 Cases are not duplicative of work performed by Davis

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Application.

Polk or any other law firm retained by the Debtors and are limited to the matters set forth herein and in the Engagement Letter.

### V&E'S QUALIFICATIONS

5. The Engagement Letter became effective as of June 7, 2026. Since that time, V&E has provided the services set forth in the Engagement Letter to the Debtors with respect to the Investigation.

6. The Debtors seek authority to retain V&E as counsel to the Special Investigation Committee because, among other reasons, (a) V&E has significant experience conducting investigations in conjunction with financial restructurings, and also has broad knowledge and experience in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely recognized for its expertise in handling corporate governance, capital markets, litigation, investigations, and other transactional matters for companies in all industries, and (c) V&E has become familiar with the Debtors' operations, business, and capital structure during the course of its investigation work.

7. V&E is both well-qualified and uniquely able to represent the Debtors as counsel to the Special Investigation Committee in these Chapter 11 Cases pursuant to section 327(e) of the Bankruptcy Code.

### PROFESSIONAL COMPENSATION

8. V&E intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of

8

the Court.  V&E also intends to make a reasonable effort to comply with the U.S. Trustee Guidelines.

9.      The hourly rates and corresponding rate structure V&E will use in these Chapter 11 Cases are the same as or similar to the hourly rates and corresponding rate structure that V&E uses in other complex restructuring matters and in many complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

10.     V&E operates in a national marketplace for legal services in which rates are driven by multiple factors relating to, among other things, the tenure, experience, and specialization of the individual lawyer, V&E's performance and reputation, and the nature of the work involved.

11.     V&E's current hourly rates for matters related to the Debtors range from $1,700 to $2,695 per hour for partners, $1,550 to $2,245 per hour for counsel, $920 to $1,580 per hour for associates, and $645 to $685 per hour for paraprofessionals and other timekeepers.  V&E's hourly rates are set at a level designed to compensate V&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  V&E's hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[3]

12.     V&E represented the Debtors prior to the Petition Date using the hourly rates described above.  These hourly rates are set forth in this Declaration and are the same as or similar to the rates that V&E charges for other similar representations and are consistent with the hourly

---

[3]     For example, V&E increases the hourly billing rate of attorneys and paraprofessionals in the form of (a) step increases historically awarded in the ordinary course of business on the basis of advancing seniority and promotion and (b) periodic increases within each attorney's and paraprofessional's level of seniority.

9

rates that other comparable counsel would charge to do work substantially similar to the work

V&E will perform as counsel to the Special Investigation Committee in these Chapter 11 Cases.

13. V&E has agreed to continue its standard or customary billing arrangements for this engagement. None of the professionals included in this engagement will vary their rate charged to the Debtors based on the geographic location of these Chapter 11 Cases. In addition, V&E represents that its rate structure is not significantly different from (a) the rates that V&E charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

14. It is V&E's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also V&E's policy to charge its clients only the amount actually incurred by V&E in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, computer-assisted legal research, photocopying, airfare, meals, and lodging.

### V&E'S PREPETITION COMPENSATION

15. In the 90 days prior to the Petition Date, the Debtors paid V&E an initial "advance payment retainer" of $100,000 and an additional advance payment retainer of $50,000, totaling $150,000 in the aggregate. To the extent there are fees and expenses that were incurred prepetition but not processed through V&E's billing system as of the Petition Date and not yet applied against V&E's advance payment retainer, V&E intends to apply the advance payment retainer to any such amounts in accordance with the Order. In the event there is a retainer shortfall, V&E will write off any excess/unpaid fees or expenses for such prepetition services.

16. Pursuant to Bankruptcy Rule 2016(b), V&E has neither shared nor agreed to share (a) any compensation it has received or may receive from the Debtors with another party or person,

other than with V&E's professionals or (b) any compensation another person or party has received or may receive.

## STATEMENT REGARDING THE U.S. TRUSTEE GUIDELINES

17.    V&E will apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.  V&E also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the U.S. Trustee Guidelines both in connection with the Application and in any fee applications to be filed by V&E in these Chapter 11 Cases.

## ATTORNEY STATEMENT PURSUANT TO THE U.S. TRUSTEE GUIDELINES

18.    The following are provided in response to the request for additional information set forth in Paragraph D.1 of the U.S. Trustee Guidelines:

a.  **Question**: Did V&E agree to any variations from, or alternatives to, V&E's standard or customary billing arrangements for this engagement?

   **Answer**:  No.

b.  **Question**: Do any of the V&E professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case?

   **Answer**:  No.

c.  **Question**: If V&E has represented the client in the 12 months prepetition, disclose V&E's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition.  If V&E's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

   **Answer**:   V&E will use the same hourly rates for services rendered on behalf of the Debtors during the pendency of these chapter 11 cases as it used during the 12 months prior to the Petition Date.  In the twelve months preceding these Chapter 11 Cases, V&E's hourly rates for services rendered on behalf of the Debtors were the hourly rates

11

that took effect on January 1, 2026, which ranged as follows:

| Timekeeper | U.S. Range |
|---|---|
| Partners | $1,700-$2,695 |
| Counsel | $1,550-$2,245 |
| Associates | $920-$1,580 |
| Paraprofessionals | $645-$685 |

V&E will continue to apply these rates during the pendency of these Chapter 11 Cases, as set out in the Engagement Letter.[4]

d. **Question**: Have the Debtors approved your prospective budget and staffing plan, and, if so, for what budget period?

**Answer**:   V&E is only performing specific tasks as and when requested by the Special Investigation Committee in connection with the Investigation.

## SEARCH METHODS FOR POTENTIAL CONFLICTS

19.     V&E used its standard procedures (the "**Firm Procedures**") to review its relationships to parties that may have connections to the Debtors.  V&E searched for the parties in interest listed on **Schedule 1** in its conflicts databases, which contain the names of any person or entity for which V&E has provided services or has otherwise billed for services and which are designed to reveal conflicts of interest and other connections to existing and former clients and to non-client third parties.  The search results were reviewed for conflicts by V&E attorneys.  To the extent that my team and I have been able to ascertain that V&E has been retained to represent and performed work in the last three years for any potential parties in interest in these chapter 11 cases, such parties are disclosed on **Schedule 2** attached hereto.[5]  To the extent any possible conflicts

---

[4]    As described in the Engagement Letter V&E reviews its billing rates annually, usually in January.  If V&E changes its rates, V&E will apply those new rates thereafter and provide notice to the U.S. Trustee, and the attorneys for [any] Committee of such increase.

[5]    As referenced in **Schedule 2**, the term "current client" means an entity listed in V&E's conflicts system regarding which there are one or more open matters.  As referenced in **Schedule 2**, the term "former client" means an entity listed in V&E's conflicts system regarding which there are no open matters and regarding which one or more matters were closed within the 36 months preceding the Petition Date.  Whether an actual client relationship exists can only be determined by reference to the documents governing V&E's representation rather than its potential listing in V&E's conflicts search system.  As a general matter, V&E does not disclose connections if there are no open matters for an entity and any closed matters were closed more than 36 months before the Petition Date.  For

12

were identified, I, or an attorney working under my supervision, contacted (as necessary) attorneys at V&E who were listed on the report as having previous or current connections to persons or entities that may be either related to the Debtors or connected to these Chapter 11 Cases in any way. To the extent needed, I obtained information and guidance with regard to the particular connections reflected from these attorneys.

20. V&E searched the parties listed on **Schedule 1** hereto.[6] The following is a list of the applicable categories that V&E has searched:

| |
|---|
| Accounting Software Providers |
| Bank Account Institutions |
| Banks |
| Benefit Providers / Third Party Administrators |
| Consigned Inventory Warehouses |
| Contract Counterparties |
| Corporate Card Providers |
| Corporate Expenses Processors |
| Creditor Professionals |
| Customer Programs |
| Debtors |
| Debtors' Bankruptcy Professionals |
| Directors and Officers |
| Former Payment Processors |
| Insurance Brokers and Insurance Providers |
| Insurance – Sureties |
| Lenders |
| Letter of Credit Providers |
| Letters of Credit |
| Letters of Credit Banks |
| Litigation Parties |
| Litigation Parties – Administrative Agency |
| Litigation Parties – Claimant Counsel |
| Litigation Parties – Court |
| Litigation Parties – Defense Counsel |
| Litigation Parties – Defense (Company) Counsel |

---

the avoidance of doubt, time cannot be recorded in V&E's system to any closed matter.

[6]   V&E's inclusion of parties herein and on **Schedule 1** is solely to illustrate V&E's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described herein and on **Schedule 1**.

13

| |
|---|
| Litigation Parties – Plaintiff Counsel |
| Merchant Services |
| Non-Debtor Affiliates |
| Ordinary Course Professionals |
| Payment Processors |
| Potential Purchasers / Investors |
| Purchase Cards |
| Real Estate Landlords |
| Storage Providers |
| Taxing Authorities (Business Licensing and Fees) |
| Taxing Authorities (Customs and Imports) |
| Taxing Authorities (Income, Corporate, and Franchise Taxes) |
| Taxing Authorities (Personal Property) |
| Taxing Authorities (Sales) |
| Temporary Labor / Staffing Agencies |
| Top Unsecured Creditors |
| UCC Search |
| United States Bankruptcy Judges (Southern District of New York) |
| United States Bankruptcy Law Clerks (Southern District of New York) |
| United States Trustee's Office (Region 2, Manhattan) |
| Utility Providers |
| Vendors |

**V&E DOES NOT REPRESENT OR HOLD
INTERESTS ADVERSE TO THE DEBTORS' ESTATES WITH
RESPECT TO THE SPECIAL INVESTIGATION COMMITTEE MATTERS**

21.     To the best of my knowledge, and as required by section 327(e) of the Bankruptcy Code, V&E (a) has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration and (b) does not hold or represent an interest adverse to the Debtors' estates with respect to the matters on which V&E is to be employed.

22.     V&E previously has represented, currently represents, and might in the future represent entities that are stakeholders or parties in interest in these Chapter 11 Cases; however, except as described below, V&E's representation of those entities is in matters that are unrelated to the Debtors and the matters on which V&E is to be employed.  V&E has approximately 700 attorneys and a large and diversified legal practice that encompasses the representation of many financial institutions and commercial organizations.  Some of these institutions and organizations

14

are or might consider themselves to be creditors, stakeholders, or parties in interest in these Chapter 11 Cases.  The results listed on **Schedule 2** hereto are the product of implementing the Firm Procedures described above and are based on the relationship of the indicated persons, entities, or their affiliates with the Debtors and V&E.

23.     The results of V&E's conflicts searches of the above-listed entities are listed on **Schedule 2** to this Declaration.  For the avoidance of doubt, V&E will not commence a cause of action in these Chapter 11 Cases against the entities listed on **Schedule 2** that are current clients of V&E unless V&E has an applicable waiver on file or first receives a waiver from such entity allowing V&E to commence such an action.

24.     For the 12-month period ending in May 2026, JPMorgan Chase Bank, N.A. and affiliates ("**JPMorgan**") and Wells Fargo Bank, National Association and affiliates ("**Wells Fargo**") each represented more than 1% of V&E's revenues, on a consolidated basis.  For the calendar year 2025, JPMorgan and Wells Fargo as well as Google LLC ("**Google**") each represented more than 1% of V&E's revenues, on a consolidated basis.  None of these client revenues exceeded 2% of V&E's revenues for either time period.  All of these client matters and representations are unrelated to the Debtors, the Chapter 11 Cases, and the matters for which V&E is to be employed pursuant to the Application.

25.     Except as set forth in this Declaration, V&E has not, does not, and will not represent any of the entities or individuals listed on **Schedule 2** hereto, or any of their respective subsidiaries

15

or affiliates, adverse to the Debtors or related to the matters on which V&E is to be employed pursuant to the Application.[7]

26. In addition to appearing as counsel in cases in the Southern District of New York, some V&E attorneys (and members of their immediate families) are active, and some hold leadership positions, in state and local bar activities, participate in continuing legal education activities, have affiliations through law school or other organizations, and might have other social interactions in the community that might involve some incidental contact with judges and other personnel of the Court, the United States District Court for the Southern District of New York, the U.S. Trustee for Region 2, or any attorney for or employee of the U.S. Trustee for Region 2.

27. Based on the conflicts search conducted to date and described in this Declaration, to the best of my knowledge, neither I, V&E, nor any V&E attorney, insofar as I have been able to ascertain, has any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the U.S. Trustee, any person employed in the Office of the U.S. Trustee, or any Bankruptcy Judge currently serving on the Court, except as disclosed or otherwise described in this Declaration.

28. To the best of my knowledge, and based on the foregoing, V&E (a) has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration, and (b) does not hold or represent an interest adverse to the Debtors' estates with respect to the matters on which V&E will be employed.

29. V&E will use reasonable efforts to see that no conflicts or other disqualifying circumstances exist or arise during the pendency of these Chapter 11 Cases. If any new material

---

[7] The information listed on **Schedules 2 and 3** is subject to change and may change during the pendency of these chapter 11 cases. Accordingly, V&E will update this Declaration as necessary when V&E becomes aware of additional material information.

facts or relationships are discovered or arise, V&E will use reasonable efforts to identify them and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

30.      The foregoing constitutes the statement of V&E pursuant to sections 327, 328(a), 329, and 504 of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Bankruptcy Local Rules 2014-1 and 2016-1.

31.      Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information, and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  June 25, 2026

/s/ *David S. Meyer*
David S. Meyer
Partner, Vinson & Elkins LLP

## SCHEDULE 1

**Potential Parties in Interest**

## SLEEP NUMBER CORPORATION

### POTENTIAL PARTIES IN INTEREST

**Accounting Software Providers**
iPayables
onPhase
Oracle
Siebel Systems

**Bank Account Institutions**
Bank of America
Bank of Hawaii
BMO Harris Bank
China Construction Bank
Fifth Third
Huntington Bank
JPMorgan/Chase
M & T Bank
PNC Bank
Regions Bank
Sunflower Bank
TD Bank
US Bank
Wells Fargo

**Banks**
Bank of America, N.A.
Bank of Hawaii Corp
BMO Bank N.A. (f.k.a. BMO Harris Bank N.A.)
China Construction Bank
Fifth Third Bank, National Association
JPMorgan Chase Bank, N.A.
Manufacturers and Traders Trust Company
PNC Bank, National Association
Regions Bank
Sunflower Bank, N.A.
TD Bank, NA
The Huntington National Bank
U.S. Bank National Association
Wells Fargo Bank, National Association

**Benefit Providers / Third Party Administrators**
Amma Parenting
Calm Health
Captrust
Concur Solutions
Delta Dental of Minnesota

Department of Labot & Industries (L&I)
Dr. on Demand
Equifax
Health Advocate
Kaia Health
Mayo Clinic
Mercer
Milliman
North Dakota Workforce Safety and Insurance (WSI)
Ohio Bureau of Workers' Compensation (BWC)
One Pass Select
OSV - OneSource Virtual
Prudential
Real Appeal
Relocation Today
Schwab
Sentry Casualty Company
Talkspace
The Work Number
ThrivePass
UnitedHealthcare / Surest
Unum
USAble
Virta Health
Vision Service Plan
Wellthy
Workday
Wyoming Department of Workforce Services

**Consigned Inventory Warehouses**
Brisk Heat Corporation
Creation Technologies
Flextronics
Leggett & Platt (L&P)
PCI Limited

**Contract Counterparties**
Adyen N.V.
Bekaert Deslee USA Inc
DCI 1001 Minneapolis Venture, LLC (then Legacy 1001 Minneapolis Venture, LLC)
Diverse Logistics and Distribution Inc
Electropedic Manufacturing Corporation
Elite Comfort Solutions

1

Engie Insight Services Inc
Federal Express Corp
Flextronics International Europe BV
Future Textiles dba Design Weave
Google Payment Corp
Gumotex
Horizon Media LLC
Leggett & Platt
Meta Platforms Inc
PCI Private Ltd
ProLogis Development Services Inc.
Surest
Synchrony Bank
Truluck Industries, Inc.
U.S. Bank National Association

**Corporate Card Providers**
US Bank National Association
BMO Harris Bank N.A.

**Corporate Expenses Processors**
Concur

**Creditor Professionals**
Berkeley Research Group (BRG)
Faegre Drinker Biddle & Reath LLP

**Customer Programs**
Affirm Holdings
CareCredit
Fortiva Financial, LLC
Synchrony Financial
Atlanticus Holdings Corporation
Bernhardt Furniture Company
Ergomotion, Inc.
Extend, Inc.
Infosys BPM Limited
Leggett & Platt, Incorporated

**Debtors**
Select Comfort Retail Corporation
Select Comfort SC LLC
Selection Comfort Canada Holding Inc
Sleep Number Corporation
Sleep Number Health Corporation

**Debtors' Bankruptcy Professionals**
A&G Real Estate Partners
A&G Realty Partners, LLC
AlixPartners LLP
Davis Polk & Wardwell LLP

Guggenheim Securities
Kroll Restructuring Administration, LLC

**Directors and Officers**
Amber Minson
Amy O'Keefe
Angel Mendez
Christopher Krusmark
Colin Adams
Deborah Kilpatrick
Hilary Schneider
Julie Howard
Kelly Baker
Linda Findley
Melissa Barra
Phillip Eyler
Samuel R. Hellfeld
Stephen Macadam
Tanya Skogerboe

**Former Payment Processors**
HELPcard
Shift4
Vive Financial

**Insurance Brokers and Insurance Providers**
Ace USA (a.k.a. Chubb)
Affiliated FM Insurance Company
AIG (a.k.a. National Union Fire)
Aon
AWAC
AXA XL
Axis
Beazley
C N A
Chubb
Crum & Forster
Great American
Hartford (a.k.a. Twin City Fire Ins Co)
Hiscox (on Great American Ins Co paper)
Magna Carta (Bermuda)
MSIG
Nationwide (a.k.a. Scottsdale Ins Co)
Old Republic
RLI
Sentry
Sompo (a.k.a. Endurance Risk Solutions
    Assurance Co)
Swiss Re (a.k.a. North American Specialty Ins
    Co)
Tango

2

Travelers
USI
Vantage

**Insurance – Sureties**
Southwest Marine and General Insurance

**Lenders**
Associated Bank, N.A.
Bank of America, N.A.
BMO Bank N.A.
Capital One, National Association
Citizens Bank, National Association
Huntington National Bank
KeyBank National Association
PNC Bank, National Association
U.S. Bank National Association

**Letter of Credit Providers**
Sentry Insurance a Mutual Company
Synchrony

**Letters of Credit**
Sentry Insurance Company
Synchrony Bank
U.S. Bank National Association

**Letters of Credit Banks**
US Bank
Keybank

**Litigation Parties**
Adams, Wakema
Aguilar, Edwin
Aldama, Samuel S
Andrew Marquz
Angela Moan
Bailey, Trevon
Banks, Michael Jacob
Barbara Matas
Barone, Nicholas
Baum, Christopher D
Berry, Rumaine
Berry, Troy
Blackmon, William
Blankenship, Stephen
Blash, Antonio
Boucher, Patricia
Brandon McGhee
Brenda Lauderback
Brillantes, Heather

Brion, Mitchell
Brooks, Russell
Carpenter, Jasmine
Clary Lewis
Clay, Brandon
Cody Stephens
Communication Interface Technologies, LLC
Coronna Lewis
Curigliano, John
Dancel, Brandon
Daniel Alegre
Daniel Forrester
Dantonio, John
Daugherty, Deborah
David Callen
Day, Rodney
Deborah Kilpatrick
Dellenbach, Seth
Doohan, Shaun
Eric Choi
Espinoza Vasquez, Juan Miquel
Estevez, Rosa
Farrell, Richard
Freelove, Cathy A
Gaya Jr., Frankie
Gerardo Preito; Athena Lonich
Gittinger, Mark
Graham, Andre
Grauer, Paul
Grizzle, Jon-Paul
Gutti Rao
Gwendolyn Moore
Hall, Dakota
Hamilton, Benny
Harvey Casebeer
Hernandez, Juan
Hogue, Dennis
Huckabay, Marcee
Hughes, Frederick L
Janoczkin, Alexis
Jean-Michel Valette
John Baxter
Johnsey, Jay
Johnson, Brock
Johnson, Rickey
Jones, Devin
Jones, Marcelle
Jon-Paul Grizzle
Joseph Ramos
Juan Barbosa
Juan I. Barbosa, Jr.

3

Julie Howard
June Evans
Kaewwiset-Engel, Siriwan
Kathleen Nedorostek
Keith, Shelly
Kern, Aaron
Kevin Brown
Kirkley, Stephen
Klipp, Lynn
Kollarits, Maria
Lauren Gryniewski
Leger, Billus
Lewis, Clary
Lewis, Coronna
Lewis, Kizzy M
Lisa Phillips
Lopez, Angel
Lucia Tawasha
M&M Delivery Express
Maani, Zayed
Macle Nyavor
Magee, Dontaye
Marcelle Jones
Marin, Victor
Mark A. Morgan, U.S. Customs & Border
   Protection Acting Commissioner
Marquez, Bobby
Martin Jr., Lloyd
Martin, Michael
Massey, Barbara
Matherne, Logan
Matthews, Susan
McClendon, Ronald
Mcshan, Kendall
Michael Brackett
Michael Estrada
Michael Harrison
Michael Sandoval
Miller, Nicholas
Miltita Casillas
Milyo Anderson, Ellen
Moore, Anthony
Munoz, Alice
Najar, Louis
National General as subrogee of Christo
   Vardakis
Navarrete, Bryan
Nix, Odies
Norsworthy, Todd
Office of the United States Trade Representative
Omri Shalom

Paris, Michael
Perry, Genevieve
Pierce, Dillon
Preacher, Valare D
Quackenbush, Eric N
Racasi, Gerrard
Rainer-Jones, Rayshon
Ramusovic, Adem
Rebecca Cooley
Rebecca Pomeroy
Redisi, Louis Dominic
Richard Salmon
Rivera, Edwin
Robert E. Lighthizer, U.S. Trade Representative
Rodriguez, Jesus
Rueda, Fabian
Ryan Hargraves
Ryke, Jamie
Sanabria, Cesar A
Sanchez, Juan
Sanders, Troy
Sandoval, Eric
Scott Gruver
Shelly Ibach
Sleep Number Corporation
Sloss, Jerrletta
Spires, Corey A
Stamps, Keshia
Stephen Gulis, Jr.
Steve Bustraan
Stowe, James
Streitmatter, Brianne R
Sura, Tim
Sweetness Lough, Orien Dashing
Tauvell, Tyler
Tempur World, LLC
Thompson, Eric
Trawick, Jackson F
Trujillo, Megual M
United State of America
Valadez, Jorge
Valdner-Grice, Jacqueline
Valerie Zambran
Vansy Soeng
Vazquez, George
Victor Ariza
Victoria Anthony
Wadlington, Eric
Walker, Rosalind
Watts, Kurt
WB Waste Solutions

4

Whiteley, Georgia L
Williams, Charles
Williams, Lonniece
Williams, Mounsouk
Winters, Michael
Yarbrough, James

**Litigation Parties – Administrative Agency**
EEOC
Idaho Human Rights Commissions
Maryland Commission of Civil Rights
Seattle Office for Civil Rights
State of California Civil Rights Department
State of Michigan Dept of Civil Rights
Texas Workforce Commission - Civil Rights
  Division
Trademark Trial and Appeal Board (TTAB)

**Litigation Parties – Claimant Counsel**
Britto & Herman
Bursor & Fisher
Carter Arnett
Clark Newby
Colby Law Firm, P.C.
Dombroski Hillis
Employee Justice Legal Group, P.C.
Fox Rothschild LLP
Gianaris Trial Lawyers
Harmon, Claytor, Corrigan & Wellman
J.P. Ward & Associates
Jones, Gregg, Creehan & Gerace
Justice Law Corporation
Law Office of David Deal
Law Offices of Rachel Vicari
Lisa A. Elizondo
Manning Law
Matthew Pope
Pacific Trial Attorneys
Renaldo and Ruf
Robin Cockey
Roderick Hannah
Shea Beaty
Troutman Pepper
William Day Law Group
Xogistix Corporation

**Litigation Parties – Court**
Federal District Court for the District of
  Minnesota
Superior Court of California for the County of
  Los Angeles

Superior Court of California in Alameda County
Superior Court of California, County of Santa
  Clara
Superior Court of New Jersey, Chancery
  Division
Superior Court of the State of Washington for
  King County
United States Court of International Trade
United States District Court for the Eastern
  District of California
United States District Court for the Eastern
  District of Missouri
United States District Court for the Western
  District of Pennsylvania
US District Court for the District of Minnesota

**Litigation Parties – Defense Counsel**
Berens & Miller
Fish & Richardson PC
Fox Rothschild LLP
Reed Smith
Sheppard, Mullin, Richter & Hampton LLP
Sidley Austin LLP
Troutman Pepper
Vice Cox & Townsend
Weil, Gotshal & Manges
Winson Elser

**Litigation Parties – Defense (Company)
Counsel**
Affanato Marut LLC
Britto & Herman Injury Lawyers
Chartered
Civerolo Gralow & Hill PA
Craig Terrill Hamm Grossman & Erwin LLP
Dolenga & Dolenga LLC
Fain Major & Brennan PC
Flahive Ogden & Latson PC
Fox Rothschild LLP
Giannaris Trial Lawyers LLC
Goldberg Segalla LLP
Goldman Magdalin Straatsma LLP
Jenkins Fenstermaker LLC
Laughlin Falbo Levy & Moresi LLP
Lewis Brisbois Bisgaard & Smith LLP
McAnany Van Cleave & Phillips PA
Mehr & Associates
Mullins & McMillan PA
Ritcher Head Shinall & White LLP
Selman Leichenger Edson HSY Newman &
  Moore LLP

5

Turner Padget Graham & Laney PA
Vaughan Baio & Partners LLC
Webb Sanders & Williams LLC
Wiedner & McAuliffe
Wintersteen Casarez a Professional Law
Corporation
Zauner & Mtmet PA

**Litigation Parties – Plaintiff Counsel**
Abramson Labor Group Burbank
Ankin Law Office LLC
Aronova & Associates
Bolt Law Firm
Brian C Thomas PC
Burnetti PA
Butler Weihmuller Katz Craig LLP
Carrey Knapp
CH Crispin Hannon
Christian & Manno
Connolly Injury Law LCL
Cozen O' Connor
Crawford & Brown Law Firm LLP
Crim & Villalpando PC
Crosner Legal
Daniel J Newlin PA
Daven P Cameron
David Berns & Associates LLC
D'Elia Gillooly DePalma LLC
Doar Drill & Skow SC
Dudley DeBosier APLC
Edgar Snyder & Associates
Executive Law Partners, LLC
Faust Goetz Schenkjer & Blee LLP
Favil David Bern & Associates
Fighting for Fairness
Flynn Law Firm LLC
Fontes Law Group PC
Forrest C Wilkerson Jr.
Gilber Earl Fisher
Gilbert Blaszcyk & Milburn LLP
Grungo Law
Hodge & Langley Law Firm
Holly Saleeby Atkins LLC
Housman Garatt Duncan & Mann LLC
Janjik Law Glendale
Jeffries Law Firm
John Michael Bailey PC
Joseph Brown & Associates LLC
Joseph M Rooth
Joye Law Firm
Justice Law Office LLC

Kanoski & Associates
Kaplan Young
Kenneth G Macleay
Keshishi Law APC
Khirallah Trial Attorneys
Killian Davis Richter & Kraniak PC
Knafo Law Offices LLC
Kotler Law
Law Office of Carl A Feldman
Law Office of Cyrus A Jamehdor APC
Law Office of Fernando D Vargas
Law Office of G. Patrick Jacobs LC
Law Office of Lisa A Wiebusch LLC
Law Office of Raphael B Hedwat APC
Law Office Williams Beck & Forbes
Law Offices of Joseph D Ryan
Law Offices of Steven D Weier, PS
Lieske Lieske & Ensz LLC
Long & Long PC
Lowe Law Group LLC
Lucero Law Office LLC
Morgan & Morgan
Mottaz & Sisk Injury Law LLC
Muaina Injury Law
MVP
Nathanial F Hansford LLC
OOT & Associates LLC
Pacific Workers Compensation Law Center
Paliwoda Law Firm
Pat Heffron
Patterson Legal Group LC
Perona Langer Beck Serbin & Harrison APC
Quirk Law Firm LLP
Richard Harris Law Firm
Riley Law Offices Inc.
Shook & Stone
Smith & Holder LLC
Sobo & Sobo
Sookasian Amirkhanian Law
Spencer Gleason Hebe &Rague PC
Spiros Law PC
Stephen Suggs
Stephen Vicari
Tad K Morlan
Terrell Firm
The Barber Law Firm PC
The Burlington Law Practice LLC
The Flood Law Firm LLC
The Law Firm of William & Davis
The Law Office of Robert Ozeran
The Law Offices of Todd Cash Alofs

6

The May Firm Inc.
The MVP Law Group
Von Briesen & Roper SC
WCA Law Group
Whibbs Stone Barnett PA
Whitener Law Firm, PA
Willaim B Gerwig III
Wintersteen Casarex Professional Law
    Corporation
Zamler Shiffman & Karfis PC

**Merchant Services**
Adyen N.V.
American Express Travel Related Services
    Company, Inc.
Certegy Check Services, Inc.
DocuPhase, LLC (d/b/a onPhase, f/k/a
    iPayables, Inc.)
Legal Systems Holding Company (d/b/a
    Serengeti Law**)**
Oracle America, Inc.
Paymode

**Non-Debtor Affiliates**
Comfortaire
Select Comfort COSC Canada ULC
Select Comfort Limited
Select Comfort Retail Corporation dba Sleep
    Number
Select Comfort SC Corporation
Sleep Number Foundation

**Ordinary Course Professionals**
Arnold & Porter
Arthur Chapman Kettering Smetak & Pikala
Axley Brynelson LLP
Baker McKenzie
Baylor Evnene Wolfe & Tannehill LLP
Black Helterline LLP
Borene Law Firm
Campolo, Middleton & McCormick, LLP
Chelus Herdzik Speyer and Monte PC
Cole Scott & Kissane
Daniel P Costello and Associates PC
Dewitt, LLP
Dietz Gilmor & Chazen APC
Evans and Dixson LLC
Fish & Richardson
Fox Rothschild
Fredrikson
Garofalo Schreiber Storm & Grant Chartered

Griffin and Smith Law Office
Hamberger & Weiss LLP
Hooks Meng & Clement PLLC
Kopka Pinkus & Dolin PC
Larson King LLP
Littler Mendelson
Manning Gross & Massenburg LLP
McCaslin Imbus & McCaslin
Michael Sullivan and Associates
Newman, Anzalone & Newman LLP
Norton Rose Fullbright
Peddicord Lillis LLP
Pierson Ferdinand LLP
Ritsema Law LLC
Robinson Gray Stepp & Laffitte LLC
Sather Byerly & Holloway LLP
Sheppard Mullin
Sidley
Strunk Dodge Aiken Zovas LLC
The Chartwell Law Offices LLP
The Fuentes Firm
Thomas Kinsey LLP
Troutman Pepper
Vantage Law Group
Vaughan McLean & Partners LLC
Vinson & Elkins
Walsh & Hacker
Whitlow Roberts Houston & Straub PLLC
Wilson Elser Moskowitz Edelman & Dicker
    LLP

**Payment Processors**
American Express
Bottomline Technologies
Paymentech
Paymode

**Potential Purchasers/ Investors**
Cerberus / 3Z Brands
Nexus Capital Management
Purple
Serta
Sleep Country Canada

**Purchase Cards**
Bank of Montreal
BMO Bank N.A. (f.k.a BMO Harris Bank N.A.)
U.S. Bank National Association

**Real Estate Landlords**
11 North Classen Curve Owner, LLC

7

1401 Kenneth Road York, LLC
17800 Royalton Rd., LLC
1838 East 4 Street LLC
1860 Atherton LLC
1936 MacArthur Road LLC
2 Props, LLC
201 West Neider LLC
2057-59 Story Ave. LLC
2101 University LLC
2121 Abbott Martin Partners, LLC
2200 West Holdings LLC
2330 Oneida LLC
2496 Troy Road, LLC
2ML Vintage Marketplace LLC
306-338 N Alafaya Trail, LLC
3186 SD, LLC
34 Holdings - Kyle Crossing, LP
34th & Soncy #2, Ltd.
380 & 289, LP
3z's Building Co LLC
45th St. Market Place Ltd
4990 Dressler Road NW Property LLC
5 G Properties, LLC
5104 Jonestown Road LLC
590 Prairie Center LLC
5903 N Division, LLC #416
59th & Baseline, LLC
5S Partnership
6405 SW, LLC
700 Jefferson Road II, LLC
701 Gravois, LLC
74 Partners, LLC
7525 Apple Valley LLC
7525 Cedar LLC
7708 W. Bell Road, LLC
811 E. Oak Street Investments, LLC
811 OAK, LLC
8650 Villa La Jolla, Inc.
8912 Pineville-Matthews Road, LLC
895 South Colorado Boulevard, LLC
9040-9050 NE Barry Rd, LLC
9961 Trust
A.E. Peterson Enterprises, Inc.
Abraham Properties, LLC
Acadia Merrillville Realty, LP
Acadia Realty Trust
Access Commercial LLC
Across Lenox Associates, LLC
Across Lenox Partnership
AEI National Income Property Fund VII LP
AIMS, LLC

Airex Portfolio 7 Master Tenant LLC
Alamance Crossing, LLC
Alderview Real Estate
Alderwood Mall LLC
Alexander & Baldwin, LLC, Series R
Allen-Born Shopping Center, LLC
Allied Development of Cincinnati LLC
Alria USA Development
Ambassador Crossing LLC
Amerant Bank, N.A.
AMKT Lake Orion Realty LLC
AMKT Novi Realty LLC
Ammon Properties, L.C.
Anchor Realty Investments, LLC
Ann B. Wingren, Trustee of the Ann B Wingren
    Trust, U/D/T October 23, 2002
Annapolis Mall
Antelope Valley Shops
Arcadia on France, LLC
Arcore Real Estate Group
ARG Saabitx001, LLC
ARIS 16000 Pines, LLC
Arizona Gateway Village, LLC
Artha Holdings LLC
A-S 71 Sherman Phase III, LP
Aspen GRF2, LLC
At Colonie Center 2024 LLC
Atlantic Capital Holyoke Retail LLC
Augusta Exchange
Avison Young
Azor Advisory Services
B33 Woodfield Village Green III LLC
Baker Katz
Bakshi Burlington LLC
Bangor Retail Management, LLC
Battlefield, L.L.C.
Baybrook LPC, LLC
Baycare JAL Investments, LLC
BBVA USA
BCI IV Operating Partnership LP
Bellevue Square Managers
Bellevue Square, LLC
Belterra Lot 1B, Ltd.
Belterra SN, LLC
Benderson Development
Bialow
Birnbaum Property Group
Bishop Co.
BJV Nagawaukee LLC
BK Zhu, LLC
Blackhawk Clybourn LLC

8

Block Holding, LLC
BMA Joliet Commons Outlot I LLC
BOSC Rockford LLC
Boston Trader 2121, LLC
Bowie Legacy Holdings LLC
BPREP Passport Business Park I LP
BQ 4720 Spruce, LLC
Bradford Northwoods Development, LLC
Bradley Commons Investment
Braeside Rental Properties I LLC
Brandicorp
Brandon (Tampa) LP
BRE DDR Woodfield Village LLC
Brenken Properties, LLC
Bridgewater Regency, LLC
Bristol North Retail, LLC
Brixmor
Broadstone AVF Michigan, LLC
Broadstone Land LLC
Broadstone Partners
Brookfield
Brooklyn 55, LLC
Brookside Properties, Inc.
Bruce Bradley
Bru's Manhattan Beach, LLC
BSOP-3, LLC
Buena-Hayden, LLC
Buffalo-Pike Associates
Bullfirm LLC
Burnsville Retail, LLC
BV CenterCal Owner, LLC
BWP Douglas Park Pad Owner LLC
Byblos Development, Inc.
C & W Group, LLC
C and Ned Hulen Venture, LLC
Cameron Poughkeepsie, LLC
Camino Village, LLC
Canyon Creek Phase Eight LLC
Canyon Park West, LLC
Capital Augusta Properties, LLC
Carroll/1709, Ltd
Cash Henry, LLC
Castle & Cooke Commercial-CA, Inc.
Castle & Crooke Corona Crossings, LLC
Caswell Development, LLC
Catherine Lycouris Properties, LLC
CBI Partnership & BB-CB Partnership
CBI Partnership & BB-CP Partnership
CBL & Associates
CBRE
Cedargrove Opportunities LLC

Centennial
Centennial Real Estate Management, LLC
Center Pointe LLC
CenterCal
CenterCal Properties, LLC
Centergy Retail LLC
CentraCal Properties
Central Mall Partnership
Central Park Retail, LLC
CFT NV Developments, LLC
CH Realty
CH Realty III
CH Retail Fund I/Vestal Shops, LLC
Chadds Ford Investors, LP
Chadwell Supply, Inc
Charles Wayne Properties, Inc.
Charter Realty
Cherry Hill Retail partners LLC
Chico Crossroads, LP
Chino Dunhill LLC
Chipotle Mexican Grill, Inc.
Christie Development Assoc
CL Shops at Framingham MA LLC
CL Shops on Polairs I OH LLC
Clackamas Mall LLC
CLAR Minneapolis MN Lessee LLC
Clarks, GP
Claude Shiloh, LLC
Clovis Commons LLC
Coastal Care Centers, Inc.
Coastal Grand CMBS, LLC
Coldwell Banker
Collett & Associates
Colmont Portage, LLC
Columbia Mall Partnership
Columbia Mall, LLC
Commercial Reality Advisors Northwest LLC
Commonweal Development Corp
Concord CenterCal Owner, LLC
Condon Tobin Sladek Thornton PLLC
Cool Springs Lot 29 Thomasville Retail Partners
Coral Galleria, LLC
Coral Shoppes 3
Core Deerbrook, LLC
Corner Marketplace Partners
Cornerstone at Kelley Lane, LLC
Coronado Center LLC
Corsair Abilene Owner, LLC
Cort Coconut LLC
Countryside Mall LLC
Courtyard Holdings, LP

9

CP Commercial Delaware, LLC
CP Venture Five-Av, LLC
CPD Properties - 1593 NEW Britain Avenue LLC
CPM Lake Grove, LLC
CR Property Services, Inc.
CR Webb Gin LLC
Crawford Retail 1, LLC
Creekstone Holdings, LLC
Cross Creek Mall SPE 2025, LLC
Cross Development NTP Sleep Number, LLC
Crossings North, LLC
Crown City Sports Center, LLC
Crystal Run Galleria LLC
CSM Real Estate Holdings, LLC
Cushman & Wakefield of California, Inc.
CW Park Hills Plaza, LP
CWD Grandville-1, LLC
Cymill Partners, Ltd.
Cypress Creek Atlantic LLC
D&J Realty Corp
D3 Elizabethtown, LLC
Daly City Partners I, L.P.
Daly City Partners, LP
Daphne Jubilee, LLC
Darbex Holdings, LLC
Daspin & Aument, LLP
Davenport One, LLC
Davenport Two, LLC
Davis Development, LLC
Dawdy & Associates
DDR
DDR Deer Park Town CTR, LLC
Decatur Palm Plaza LLC
Dedham 865 Realty Ventures, LLC
Dedham Realty Ventures Nominee Trust
DEL MAR Construction of Oklahoma, LLC
Delaney Realty Group, LLC
Delaware Marketplace, LLC
Deno Dikeou
Deog Jae Lim and Jung Im Kim
Developers Diversified
Diakos Properties, LLC
Dimension Development Partners, LLC
DIV Middlesex Marketplace, LLC
Diversified Companies
DND Capital, LLC
Dolphin, LLC
Doran MGC III, LLC
Drake Promenade Sleep LLC
DRE Norman I, LLC

DRP Tulsa Hills Property Owner, LLC
Drury Land Development, Inc.
Dublin Gate LLC
DuBois, Bryant & Campbell, LLP
Dulles 28 Centre Retail Group, LLC
Duluth Retail 4 Guys, LLC
Dunlawton Yorktowne Unit 4, LLC
Durhman & Bassett Realty Group, Inc.
Dynamic Development III LLC
Dynamic Rockwall Investments, LLC
Eagle Falls Place Florida Becknell Investors II LLC
Eagles Properties, Inc.
Eastgate Shopping Center, Inc.
Easton Gateway Prop Co LLC
Eastwood Mall, LLC
Eatontown 36, LLC
ECC Camelback Partners, LLC.
ECC Mount Pleasant LLC
ECC Plaza North III LLC
ECC Troy LLC
ECP LLC
Eden Court Capital, LLC
Edens
Edifice GC, LLC
EFP Investments, LLC
EGW Louisville, LC
Eidi Family Properties, LLC
Element Commercial
Elias Properties Champaign, LLC
Ellis Hedaya
EP Equities, LLC
Epps Bridge Centre Property Company, LLC
Equity ONE (Westport Village Center) LLC
Equity ONE LLC
Erving Ridge Consulting and Development, LLC
Evans Elder & Brown
Evergreen Walk Capital Partners II, LLC
ExactDistribution, LLC
F & H Sinclair Properties
F & L Fiduciary Services LLC
Fadl Rabi, LLC
Fairfax Company of Virginia LLC
Fameco Real Estate, LP
Farmers Branch, LLC
Fayette Mall SPE, LLC
FCPT Holdings, LLC
Federal Realty Investment Trust
Federal Realty OP LP
Federal Realty OP LP (sn11005)

10

Federal Realty OP LP (sn11055)
Federal Realty OP, LP - Virginia Gateway-
  Promenade
Fidelis Realty Partners
Finard Properties
First Allied Corporation
First and Main South No 1, LLC
Fisher Investment LLC
Five For All Ventures LLC
Flame Development Company, LLC
Flame Development Company, LLP
Flatiron Property Holding, LLC
Florida Investments 9, LLC
Flournoy & Calhoun
Foothills Shopping Center, LLC
Fort Gratiot Management LLC
Fortune Park Retail, LLC
Foundry Row Owner LLC
Four Corners Florida Land Trust
Fox River Owner, LLC
Fox River Shopping Center LLC
Fox River TEI Equities LLC
FR Montrose Crossing, LLC
Fredericksburg 35, LLC c/o Rappaport
  Management Company
Freemall Associates LLC
Freeway Firestone, LLC
Frit Escondido Promenade, LLC
Frontier Bel Air, LLC
Frontier Development
Frontier Mall CMBS 2026, LLC
Frontier Ocala LLC
Furst V.C., LLC
FVR Subsidiary OP LP
G&I XI Central TX Marketplace LP
Gabriel Schuchman
Galleria Investment LLC
Garden City Owner, LLC
Garret Real Estate Development, LLC
Gary Taylor Investments
Gateway Capital, LLC
Genecov Investments, Ltd.
General Financial Services, Inc.
Geneva Commons, LLC
GG Odyssey, LP
GGP Staten Island Mall, LLC
GGP-Maine Mall LLC
GH Holdings of Indiana, LLC
Giammarco Properties, LLC
GITP Properties I, Ltd.
GITP TX Realty, LLC (Series B)

GITP TX Realty, LLC (Series E)
GKT O Street Center, LLC
Glades Butts Associates, Ltd
Glascott & Associates / 1801 N Claybourn LLC
Glendale Gardens Center, LLC
GMX Real Estate Group Acquisitions, LLC
GNH Real Estate Investment LLC
Golden Orchard Properties, LLC
Golden Triangle Development, LLC
Goleta Hollister, LLC
GOP #2, LLC
Gordon Cornerstone Partners, LP
Gordon Partners
Grand Ridge Plaza II, LLC
Graves Crossing, LLC
Greene Town Center, LLC
Greenwood Plaza, LLC
Greenwood Properties, LLC
Grey Skies Properties, LLC
GWME, LLC
H&P INV, LLC
H&S Partnership, LLC
Hallmark Real Estate Holdings, LLC
HAM Prien, LLC
Hamilton Place Mall CMBS, LLC
Hamilton TC, LLC
Hamra Gateway, LLC
Hanley LM Properties, LLC
Hanson Industries, Inc.
Harrison Properties Erie LLC
Harrisonburg Car Wash Investments, LLC
Harsch Investment Properties
Harsch Investment Realty, LLC, Series F
HART Pacific Commons Block 5, LLC
Hassapis Family Trust
Hawthorn CP, LLC
HD Northglenn, LLC
HGIT Clay Terrace LLC
Highline HH, Ltd
Highway 58 Market, LLC
Holrob-Schaffler Partnership I
Horizon Group, LLC
Hot Glazed Enchantment Inc.
Howard Hughes
HPC Robinhood Investors, LP
HS Land Company, LLC
HSC Holdings, LLC
Hudson Center Holdings II, LLC
Hughes Watters Askanase, LLP
Hulen Venture, LLC
Hung Tsung-Lieh Revocable Trust

11

Hunt Valley Towne Centre, LLC
Hutton Growth OFP Pueblo EX, LLC
Hutton Team, LLC
Hwy 50 PR, LLC
Hyrosen Properties, Inc
I35 Kyle Crossing Lot 15, Ltd., I35 Kyle Crossing Lot 16, Ltd., I35 Kyle Crossing Lot 17, Ltd.
Imperial Delaware, LLC
Inland Commercial Real Estate Services LLC/BLDG #75055
Insite Mishawaka
IPT Salt Lake City DC II LLC
IRC Joliet Commons I and II, LLC
Irish Hills Plaza West II, LLC
Irvine Market Place II LLC
Irvine Spectrum Center LLC
Irving J Sherman Revocable Trust
IVT Kennesaw Marketplace, LLC
IVT Shoppes at Fairview, LLC
J. Larry Fugate Revocable Trust
J.B. Levert Land Company LLC
J2 Properties, Inc.
J3 Generations, LLC
Jack White Commercial
JAL Realty Advisors, LLC
James Fenton Company, Inc.
James T Carter
Janm Holding, LLC
Jarbou Canton Real Estate LLC
JAZ Development
JBL Chatham Plaza Fashion, LLC
JBL Commercial
Jeffery Realty
Jerry Poulos
JHB Holdings, LLC
JMC Properties LOC 180 LLC
Johnnie E. Ertle, II
Johnstown 3425, LLC
Jones Lang Lasalle
JPS/Orland, LLC
JTECC Investment, LLC
Juban Square, LLC
K&D Endeavors, Inc.
Kahl Goveia
Karraa Management, LLC
KAS Rentals, LLC
Kawips Delaware Tulsa, LLC
KB Asset Management
Keegan & Coppin
Kelly Retail, LLC

Kenwood Square SC, LLC
Keystone 1916 - 5, LLC
Keystone Corporation
KF Partners, GP
Kiemle & Hagood Co.
Kimco
Kimco Realty OP, LLC
King of Prussia Associates
KIR Copiague LP
Kirby Center Partners, LLC
Kite Realty Groug (KRG)
Knapp Properties
Knox Enterprises, LLLP
Kokomo MZL LLC
Kosoy Kendall Associates, LLC
KP IV Navy, LLC
KRC Property Management I, Inc.
Kreisner Properties, LLC
KRG Cedar Park Town Center, LLC
KRG Lansing Eastwood, LLC
KRG Oak Brook Promenade I, LLC
KRG Tucson Corner, LLC
Lacamas Northeast LLC
Ladco Development, LLC
Ladendorf Equities 1, LLC
Lagy Properties, LLC
Lakeshore Enterprises Homestead, LLC
Lakeside Investments, LLC
Landmark Real Estate Management
Landmark TR, LP
LARC Asset Management and Realty, Inc.
Latipac Property Management, Inc.
Lawrenceville Properties 222, LLC
LBBF, LLC
Leader Investments, LLC
Legend Retail
Lerner Enterprises
Liberty Center Land Trust
Lightfoot Land Company
Lincoln Property Company
Linda Sue Lipner, Trustee of the Linda Sue Lipner Revocable Trust, U/D/T August 22, 2011
Lindale Mall Realty Holding LLC
London and Stetelman, Inc
Lone Cattle Ithaca, LLC
Longview Towne Crossing, LP
Longview Younger LLC
LPF Geneva Commons, LLC
LRC Realty, Inc.
LS Miller Linden, LLC

12

Luna Re Mentor LLC
Luna Re Mentor LLC; ME Mentor Ave 1 LLC;
  Johnnie E. Ertle, II; Vicki L. Ertle
Lynnhaven Mall LLC
M & M Sleep Number LLC
M&J Wilkow
Macerich
Macerich Crabtree LP
Macerich Partnership LP
Madison-Veni, LLC
Magnolia Park Greenville, LLC
Magnolia Park, LLC
Magnolia Texas LLC
Magnolia Walk, LLC
Mall at Northshore, LLC
Mall at White Oaks, LLC
Mall of Louisiana LLC
Mark and Mary Judd
Marlea Waddell Irrevocable Trust
Marlton Plaza Associates, LP
Maryland Square, LLC
Mayfaire Town Center, LP
MC Preston, LP
MCA Promenade Owner LLC
McFam Property Rte 3 LLC
McKinney 380 North Retail/MF, Ltd
MCM Valdosta, LLC
McMillan Properties LLC
MD7 Indianapolis LLC
ME Mentor Ave 1 LLC
Mechanicsburg Developers, LLC
Menard, Inc
MERCHO GRJT Investments, LLC
Meridian CenterCal Owner LLC
Mersho GRJT Investments, LLC
Mershops Market SQ Office LLC
Messner Reeves, LLP
Metro Commercial
Metro Woodhaven Builders, Llc
MFK International
MG Commercial, LLC
MGP XI Commons West, LLC
Micha Mottale
Michael Saunders and Company
Mid America Asset Management, Inc
Mid Rivers Investment Partners, LLC
Mid Rivers Partners, LLC
Midland Burnsville & Commander Habersham,
  LLC
Midwest Expansion, LLP
Mikailian Baywood, LLC

Milan Real Estate Investments, LLC
Miller Linden Realty Group, LLC
Mission Valley Shoppingtown LLC
MK Kapolei Commons LLC
MNH Mall, LLC
Monroeville Investors LLC
Montgomery Mall Owner LLC
Montgomeryville Realty Associates, LLC
Moore Properties Capital Blvd LLC
MP Shops at Highland Village LLC
MPC IV, LLC
MR/288-59 Retail Partners, Ltd.
MREG NE36 Owner, LLC
Mt. Shasta Anchor, LLC
Murray Hill Place, LLC
MV Town Center Parcel 4, LP
MVP Clermont, LLC
MVV Owner LLC
NADG NNN SN (OH) LP
NADG/Brock (Alton PBG), LP
NADG/Brock, LP
Namakan Properties, LLC
National Retail Partners, LP
National Retail Properties, LP
NC Jacksonville CGP, LLC
Nella NT, LLC
Net3 (Gurnee), LLC
Net3, LLC
Nevada Holding Co., LP
New Plan Hampton Village, LLC
Newmark Grubb Acres
NMMC Twin Peaks, LLC
NMMS Twin Peaks, LLC
NNN Reit, LP
NNN Solutions Indiana II, LLC
Nogle and Black, Inc
Norterra West SPE, LLC
North Novi Investors, LLC
Northwoods Retail LLC
Novi Retail Management, LLC
NPMC Retail, LLC
Oak Park KS, LLC
Oakridge Mall LLC
Oakwood Square (E&A) LLC
Ocean Front Walk, LLC
Old Bridge Regency-Village, LLC
Old Orchard Urban Ltd Partnership
Olshan Properties
On Veterans, LLC
OneFourteen LLC
OP III-Eigf Promenade Retail, LP

13

OZH, LLC
P&P Acquisitions, LLC
Pacific / Lewis Properties
Pacific Commerce, LLC
Pacific Development Group
Pacific Development Group II
PAL Properties
Pappas Laguna No. 2, LP
Paramount Realty
Park Meadows Mall, LLC
Parkdale Crossing CMBS, LLC
Parkway Place SPE, LLC
Patel Hoover, LLC
Pave Properties
PDG Prestige Inc.
Peaks Center, LLC
Pennwood A, LLC
PF Portfolio 2, LP
PGP Jacksonville, TC, LLC
Phoenix Commercial Advisors
Piero W. Selvaggio, Trustee of the Piero W.
   Selvaggio Living Trust
Pinewinds Investments, LLC
Pinnacle Hills, LLC,
PL Pentagon, LLC
Platzer Family Limited Partnership
Pleasant Run and 67, Ltd (Cedar Hill Pointe)
Plymouth Commerce Way, LLC
Polo Towne Crossing, Plano TX, LLC
Pooler First Watch & Sleep Number JV
Powell-Bend LLC
PR Financing Limited Partnership
PR WS Garden City Property Owner LLC
PRC Investments, Ltd.
Preit-Rubin
Prien Lake Shopping Center
Priority Property Management, LLC
ProLogis
Prov 21 5 Group, LLC
Providence Group
Public Service Towers, Inc
Pyramid
Quail Springs Mall, LLC
Quatrro Development
Quattro
Quattro Development, LLC
Quattro Great Falls, LLC
Quattro Mobile, LLC
Queen Bee Properties, LLC
Quivira CTR, LLC
Racquet Square Center LLC

RAJDC Raleigh Real Estate, LLC
Randy Price & Co
RCG-Colorado Springs VIII, LLC
RCG-Gainesville PM, LLC
RCG-Stroud Township PM, LLC
RCR Bristol, LLC
Realty Income Corporation
Rebkee Partners Short Pump, LLC
RED Development
Red Mill Properties LLC
RedTex Retail Center, LLC
Regency Centers - Chimney Rock East
Regency Centers LP (Prop#80042)
Regency Centers, LP
Regency Land Company, LLC
Reinhold Jacksonville ABC Properties, LLC
Retail Equity Development 2, LLC
Retail Equity Development 9, LLC
Retail Main/OST Associates, LP
Retail Specialist
Retail Strategies, LLC
Revest 2, LLC
RGMS Investments, LLC
RGV II, LLC
Rhys
Rick Schmit Rentals, Inc.
Riderwood USA, Inc.
Ridgedale Center, LLC
Risen Star, LLC
Riverside Crossing Three Development, LLC
RJ Milford, LLC
RJ Two Notch LLC
RK Centers
RK Stuart, LLC
Robert M. Niemann
Rockaway Town Plaza, LLC
Roseville Fountains, LP
Ross Realty
Rouse Properties
Route 146 Millbury, LLC
Royal Credit Union
RPAI
RR Town Center Associates, LLC
RSS Jpmbb2014-C25 - MS T4C, LLC
RubiGroup LLC
S.J. Collins
Sahee Heights, LLC
SAI Orlando Ave, LLC
San Isidro North, Ltd.
San Tan AZ LLC
Sanford Exchange LLC

14

Santee Trolley Square 991, LP
Saucon Valley Lifestyle Center, LP
Saul Centers, Inc.
Scannell Properties #500, LLC
Scherer & Scherer
Schlanger, Silver, Barg & Paine, LLP
SCM International, Inc.
SCP II Oaks, LLC
SDP Development, LLC
Sea Island-Staples, Ltd.
Sealy Xylon Ave S, LLC
Second SDK, LLC
Select Strategies Realty
Selma Retail, Ltd
Serota Islip Bluffton, LLC
Shapiro Properties Associates LLC
Shasta Realty LLC
Shawnick Macon, LLC
Shea Properties
Sherman-Phase III, LP
SHI Owner, LLC
Shibo Investment Group, LLC
Shoppes at Stroud
Shoppes of Harker Heights, LLC
Shops at 29, Ltd.
Shops at Emerald LLC
Shops at Lakeport Commons Investors, LLC
Shops at River Ridge, LLC
Shops at Saddle Creek, Inc.
Shops of Lakeport Commons Investors, LLC
Short Pump Investors, LLC
Shreve Center DE, LLC
Silver Leaf Limited Partnership
Silverdale CenterCal Owner LLC
Silverdale Property Owner, LLC
Simon Property Group LP
SimonCRE Stetson III, LLC
SKAQSSC 2014, LLC
Skinny Properties, LLC
SkiSleep LLC
Sleep Rogers, LLC
Sleeper Hold LLC
SM RET EIV, LLC
Smart Growth-Cumming, LLC
Smart Growth-Gastonia, LLC
Smithco 306, LLC
Smokey Point Commercial, LLC
SMTP LLC
SNFT 2, LLC
SNX, LLC
SOCM I, LLC

Somera Road - 17800 Royalton, LLC
South Anchorage SB, LLC
South Texas Land Limited Partnership
Southeast Investments, Inc.
Southern Real Estate Partners, LLC
Southlands TC LLC
Southpark Mall Limited Partnership
Southpont Mall, LLC
SP East, LLLP
Spartanburg SMS LLC
Spectra Development Co.
Springdale Commerce Park Owner, LLC
Springdale Commercial Park Owner, LLC
SR 60 Vero LLC
SRMF Town Square Owner, LLC
St Clair Square SPE, LLC
Starion Financial
Stark Enterprises
Station Park CenterCal Owner, LLC
Steiner
Stephen and Anne NT, LLC
Sterling Commons, LLC
Sterling Retail
Stewart Services, LLC
Stone Real Estate, LLC
Stonebriar Mall, LLC
Stonebridge PTC 2476, LLC
Storage Ventures, LLC
STP SUB FM2, LLC
Su Dixie Belle, LLC
Su Investment
Sugar Hollow Associates LLC
SUSO 4 Galleria LP
Swift Creek Capitol, LLC
Synergy Investment Group of MN, LLC
T.J. O'Brian, LLC
Tailwind 1861 Adams, LLC
Tanasbourne South LLC
Tanger Little Rock, LLC
TAR Heel Investments, LLC
Taubman
Taylor Leasing Enterprises, Inc.
TCB Mayfair Hotel-Outlots LLC
Temecula Towne Center Associates, LLC
Terra Equities, LLC
Texas American Ranch Georgetown, LLC
TFP Limited IV, LP
TGA Redlands Industrial Center LLC
The Accinelli-Cantrock Family Trust dated July
    15, 2009, Paul Accinelli and Joan Cantrock as
    Trustees

15

The Fountains at Farah, LP
The Legacy Trust, Brian Gerald Little Trustee
THE Mall in Columbia LLC
The Roseville Fountains, LP
The Shops at Summerlin South, LP
THF Chesterfield Two Development, LLC c/o THF Management, Inc.
THF Realty
THH Tract 5, LLC
Thomas A. Brocato Living Trust
Thruway Shopping Center LLC
Tidemark Capital, Inc.
TJ O'Brian, LLC
TKG Christiana Center, LLC
TKG Management, Inc.
TMC Property Management
Tocu XIV LLC
Torrance Towne Center Associates, LLC
Tower NT, LLC
Trademark
Trahwen, LLC
Trailside Liberty Way, LLC
TREA River Oaks Owner, LLC
Triple Net Equities, Ltd.
Truluck Industries, Inc
Tuscan Brands
Tuscan South Village LLC
Two Notch Enterprises
Tysons Corner Holdings LLC
U.S. Reif Artessa SAN Antonio Texas, LLC
UAP-Canton Shops, LLC
UCR
Universal Commerce, LLC
University Parkway, LLC
Urbahns Companies
UTC East Alton LLC
Valley Fair
Valley Mall, LLC
Valley River North LLC
Valley View Mall SPE, LLC
VAN 1615 Clermont, LLC
Verus-Puyallup, LLC
Vestar Queen Creek Crossing, LLC
Vicki L. Ertle
Victor Square Retail, LLC
Victoria Gardens Rancho Cucamonga LLC
Victory Village II, LLC
Village at Totem Lake, LLC
Villages Plaza, LLC
Vintage Marketplace II, Ltd
Visionworks Sublease

Vista University Drive, Ltd
W.C.S., LLC
Waldorf Shopping Mall, Inc
Walter Pietrazak
Ware Vista Southgate #1, LP
Washington Prime Group (WPG)
Wausau Trifecta LLC
Wayu Property Group
WCS Properties Business Trust
WCT Florida Properties LLC
Weingarten Realty
Weitzman Group
Wendover Village Greensboro II, LLC
West Bloomfield Ventures Unit 2 LLC
West Bloomfield Ventures, LLC
West Market Plaza Ltd Partnership
Westchester Mall, LLC
Westcor Surprise RSC, LLC
Western Springs Shopping Center
Westfield
Westfield Topanga Owner LLC
Westlake Retail Limited Partnership
Westland Garden State Plaza Limited Partnership
WF Call Field, LLC
WG Mall Company, LLC
WIG Properties LLC-SS
WIN Cary, LLC
WIN Development, LLC
WIN Preferred Vestal, LLC
Winchester RT, LLC
WLPX Hesperia, LLC
Woodbury Corporation
Woodmont Company
Woodmont Hay Creek, LP
X & W Enterprises, LLC
YAM Norterra, LLC
Yukon Outparcel, LLC
Z. V. Pate, Inc.

**Storage Providers**
Bemis
BriskHeat
PCI pte Ltd.
The Bernard Group

**Taxing Authorities (Business Licensing and Fees)**
Alaska Department of Commerce, Community, and Economic Development
Augusta-Richmond County, GA

16

Baldwin County Revenue Commissioner's Office, AL
Berks Earned Income Tax Bureau, PA
Blount County, TN
Borough of Paramus, NJ
Bridgewater Township, NJ
California Bureau of Household Goods and Services
California State Board of Equalization
Carroll County, MD
Chadds Ford Township, PA
City of Aiken, SC
City of Albuquerque, NM
City of Altamonte Springs, FL
City of Altoona, PA
City of Ammon, ID
City of Arcadia, CA
City of Asheville, NC
City of Atlanta, GA
City of Avondale, AZ
City of Bakersfield, CA
City of Bellevue, WA
City of Billings, MT
City of Birmingham, AL
City of Blue Springs, MO
City of Boca Raton, FL
City of Boynton Beach, FL
City of Bozeman, MT
City of Bradenton, FL
City of Brea, CA
City of Brentwood, CA
City of Brownsville, TX
City of Buckeye, AZ
City of Canton, GA
City of Cape Girardeau, MO
City of Cerritos, CA
City of Chandler, AZ
City of Charleston, WV
City of Chattanooga, TN
City of Chico, CA
City of Chino Hills, CA
City of Chula Vista, CA
City of Clearwater, FL
City of Clermont, FL
City of Clovis, CA
City of Clovis, NM
City of Coconut Creek, FL
City of Columbia, MO
City of Columbia, SC
City of Concord, CA
City of Corona, CA

City of Cumming, GA
City of Cupertino, CA
City of Daly City, CA
City of Davenport, IA
City of Des Peres, MO
City of D'Iberville, MS
City of Dothan, AL
City of Douglasville, GA
City of Dover, DE
City of Dublin, CA
City of Dunwoody, GA
City of Elk Grove, CA
City of Escondido, CA
City of Fairview Heights, IL
City of Farmington, NM
City of Fayetteville, AR
City of Fenton, MO
City of Flagstaff, AZ
City of Florence, AL
City of Florence, KY
City of Flowood, MS
City of Folsom, CA
City of Fort Lauderdale, FL
City of Fort Smith, AR
City of Franklin, TN
City of Fremont, CA
City of Fresno, CA
City of Frisco, TX
City of Georgetown, TX
City of Gilroy, CA
City of Glendale, AZ
City of Glendale, CA
City of Glendale, CO
City of Goleta, CA
City of Great Falls, MT
City of Greenville, SC
City of Harrisonburg, VA
City of Hattiesburg, MS
City of Henderson, NV
City of Hesperia, CA
City of Hillsboro, OR
City of Homestead, FL
City of Hot Springs, AR
City of Houston, TX
City of Huntington Beach, CA
City of Huntsville, AL
City of Irvine, CA
City of Jonesboro, AR
City of Joplin, MO
City of Kennesaw, GA
City of Kirkland, WA

17

City of Lake, LA
City of Lakeland, FL
City of Las Vegas, NV
City of Lee's Summit, MO
City of Lenexa, KS
City of Little Rock, AR
City of Long Beach, CA
City of Los Angeles, CA
City of Madison, AL
City of Madison, MS
City of Maryville, TN
City of McDonough, GA
City of Medford, OR
City of Menifee, CA
City of Mesa, AZ
City of Miami, FL
City of Missoula, MT
City of Modesto, CA
City of Monroe, LA
City of Montclair, CA
City of Myrtle Beach, SC
City of Napa, CA
City of Naples, FL
City of North Charleston, SC
City of Ocala, FL
City of Oceanside, CA
City of Oklahoma City, OK
City of Opelika, AL
City of Orange, CA
City of Orem, UT
City of Orlando, FL
City of Oxnard, CA
City of Palm Beach Gardens, FL
City of Palm Desert, CA
City of Palmdale, CA
City of Palo Alto, CA
City of Peachtree Corners, GA
City of Pembroke Pines, FL
City of Pensacola, FL
City of Petaluma, CA
City of Philadelphia, PA
City of Pooler, GA
City of Port Orange, FL
City of Rancho Cucamonga, CA
City of Redding, CA
City of Reno, NV
City of Richmond Heights, MO
City of Richmond, VA
City of Riverside, CA
City of Roanoke, VA
City of Rock Hill, SC

City of Rogers, AR
City of Roseville, CA
City of Sacramento Police Department
City of Sacramento, CA
City of San Diego, CA
City of San Dimas, CA
City of San Jose, CA
City of San Luis Obispo, CA
City of San Mateo, CA
City of Santa Ana, CA
City of Santa Fe False Alarm Reduction
   Program
City of Santa Maria, CA
City of Santa Monica, CA
City of Santa Rosa, CA
City of Slidell, LA
City of Southaven, MS
City of Spanish Fork, UT
City of Spartanburg, SC
City of Springfield, MO
City of St Peters, MO
City of St Petersburg, FL
City of Stockton, CA
City of Stuart, FL
City of Surprise, AZ
City of Tacoma, WA
City of Tampa, FL
City of Temecula, CA
City of Thousand Oaks, CA
City of Tigard, OR
City of Tomball, TX
City of Torrance, CA
City of Tracy, CA
City of Tualatin, OR
City of Tucson, AZ
City of Tupelo, MS
City of Union Gap, WA
City of Vacaville, CA
City of Valdosta, GA
City of Virginia Beach, VA
City of Visalia, CA
City of Walnut, CA
City of Washington, UT
City of Whittier, CA
City of Wilmington, NC
City of Winston-Salem, NC
City of Winter Park, FL
City of Yonkers, NY
City of Yuma, AZ
Columbus Consolidated Government, GA
Commonwealth of Pennsylvania, PA

Commonwealth of Virginia, VA
County of Henrico, VA
County of Orange Agricultural Commissioner's
    Office, CA
County of Orange, CA
Coweta County, GA
Department of Consumer Affairs, CA
Deptford Fire District, NJ
Dickson City Borough, PA
Escambia County, FL
Farmington City, UT
Frederick County, MD
Homestead Borough, PA
Houston County, AL
Jefferson County, AL
Jefferson County, NY
Johnson City, TN
Knox County, TN
Lafayette Consolidated Government
Lauderdale County, AL
Licensing Programs City of Bend, OR
Loudoun County, VA
Macon-Bibb County, GA
Manheim Township, PA
Middletown Township, PA
Missouri Secretary of State, MO
Montgomery County, AL
Montgomery County, MD
Montgomery County, TN
Montgomery Township, PA
Municipality of Monroeville, PA
Murray City Corporation, UT
Nashville and Davidson County, TN
Nassau County, NY
North Hills School District, PA
Oakland County Sheriff's Office, MI
Rhode Island Department of Business
    Regulation
Riverdale City, UT
Saline County, MO
Sandy City, UT
Sioux City, IA
St Johns County, FL
Suffolk County, NY
Town of Babylon, NY
Town of Corte Madera, CA
Town of Davie, FL
Town of Gilbert, AZ
Town of Granville, WV
Town of Huntington, NY
Town of Irmo, SC

Town of Johnstown, CO
Town of Leesburg, VA
Town of Mount Pleasant, SC
Town of Queen Creek, AZ
Township of Lawrence, NJ
Upper Merion Township, PA
Village of Barboursville, WV
Village of Bolingbrook, IL
Village of Bradley, IL
Village of Deer Park, IL
Village of Glendale Heights, IL
Village of Gurnee, IL
Village of Hoffman Estates, IL
Village of Orland Park, IL
Village of Schaumburg, IL
Village of Skokie, IL
Village of Wellington, FL
West Manchester Township, PA
Whitehall Township, PA
Wichita Alarm Program

**Taxing Authorities (Customs and Imports)**
U.S. Customs and Border Protection (CBP)

**Taxing Authorities (Income, Corporate, and
Franchise Taxes)**
Alabama Department of Revenue
Arkansas Department of Finance and
    Administration
Boone County Fiscal Court
City of Bowling Green, KY
City of Cincinnati Finance
City of Columbus, Income Tax Division
City of Dayton, Ohio
City of Elizabethtown, KY
City of Flint Income Tax Department
City of Kansas City, Missouri - Revenue
    Division
City of Lansing Income Tax Department
City of Madeira Tax Office
City of Maumee Division of Income Tax
City of Owensboro and Daviess County Fiscal
    Court
City of Philadelphia Department of Revenue
City of Portland
Collector of Revenue, City of St. Louis
Comptroller of Maryland
Delaware Division of Revenue
Fayette County Public Schools
Florida Department of Revenue
Indiana Department of Revenue

Lexington-Fayette Urban County Government
Louisville Metro Revenue Commission
Michigan Department of Treasury
Mississippi Department of Revenue
Missouri Department of Revenue
New Jersey Division of Taxation
New York State Department of Taxation and Finance
North Carolina Department of Revenue
NYC Department of Finance
Office of Tax and Revenue (District of Columbia)
Oklahoma Tax Commission
Oregon Department of Revenue
Pennsylvania Department of Revenue
Regional Income Tax Agency
State of Connecticut Department of Revenue Services                      State of Georgia Department of Revenue
State of New Mexico Taxation and Revenue Department
State of Rhode Island Division of Taxation
State of South Carolina Department of Revenue
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
Utah State Tax Commission
Vermont Department of Taxes

**Taxing Authorities (Personal Property)**
Adams County Treasurer
Alachua County Tax Collector
Alamance County Tax Collector
Alameda County Treasurer-Tax Collector
Albany Dougherty County Tax Commissioner
Anderson County Tax Collector
Anne Arundel County
Arapahoe County Treasurer
Arlington County Treasurer
Baltimore County, MD
Baybrook M.U.D. #1
Beaufort County Treasurer
Benton County Treasurer
Bernalillo County Treasurer
Bexar County Tax Assessor-Collector
Bibb County
Boone County
Boulder County Treasurer
Brazoria County Tax Assessor-Collector
Brazos County Tax Assessor/Collector
Brevard County Tax Collector
Broward County Tax Collector

Brown County Treasurer
Buncombe County Tax Collector
Butte County Treasurer-Tax Collector
Cabarrus County Tax Collector
Caddo Parish Sheriff's Office Tax Department
Calcasieu Parish Tax Collector
Cameron County Tax Assessor-Collector
Canton Township Treasurer
Cape Girardeau County Collector
Carrollton-Farmers Branch I.S.D.
Cascade County Treasurer
Catawba County Tax Collector
Central Appraisal District of Taylor County
Charles County Treasurer
Charleston County Tax Collector
Charlotte County Tax Collector
Charter Township of Flint
Charter Township of Garfield
Charter Township of Lansing
Chatham County Tax Commissioner
Cherokee County Tax Commissioner
Chesterfield County Treasurer
Cimarron M.U.D.
City & County of Denver
City and County of San Francisco Tax Collector
City of Alexandria Tax Collector
City of Allen Park
City of Alpharetta
City of Ann Arbor Treasurer
City of Augusta
City of Bangor
City of Bowie
City of Bowling Green
City of Broomfield
City of Burlington Tax Collector
City of Cambridge
City of Centerville
City of Chattanooga Treasurer
City of Clarksville
City of Conyers
City of Cranston
City of Delafield
City of Fredericksburg Treasurer
City of Gainesville
City of Garland
City of Germantown
City of Glendale Treasurer
City of Grandville
City of Greenfield
City of Harrisonburg-Treasurer
City of Hendersonville

City of Holyoke
City of Jackson
City of Johnson City
City of Kentwood
City of Kingsport
City of Knoxville
City of Lafayette
City of Laredo Tax Department
City of Livonia
City of Lynchburg
City of Madison Treasurer
City of Marietta
City of Marlborough
City of McAllen Tax Office
City of Memphis Treasurer
City of Mesquite
City of Milford Tax Collector
City of Mt Juliet
City of Murfreesboro
City of Newport News
City of Norton Shores
City of Novi
City of Paducah
City of Peabody
City of Portage
City of Roanoke Treasurer
City of Rochester Hills
City of Salisbury
City of Savannah
City of Shreveport
City of South Portland
City of Spring Hill
City of Sterling Heights
City of Troy
City of Virginia Beach Treasurer
City of Wauwatosa
City of Winchester
Clackamas County Tax Collector
Clark County Assessor
Clark County Treasurer
Clark County Treasurer (IN)
Clay County Collector
Clay County Tax Assessor-Collector
Clear Creek ISD Tax Office
Cleveland County Treasurer
Cobb County
Coconino County Treasurer
Collier County
Contra Costa County Treasurer-Tax Collector
County of Albemarle
County of Fairfax

County of Lexington
County of Loudoun
County of Montgomery
Coweta County Tax Commissioner
Craighead County Treasurer
Cumberland County Tax Collector
Cypress Hill MUD No. 1
Cypress-Fairbanks ISD Tax Assessor/Collector
Dallas County Tax Assessor-Collector
Daviess County PVA
Davis County Assessor
Dekalb County
Denton County Tax Assessor-Collector
Deschutes County Tax Collector
DeSoto County Tax Collector
Douglas County
Douglas County Tax Commissioner (GA)
Douglas County Treasurer
Durham County Tax Collector
Duval County Tax Assessor-Collector
Eau Claire County Treasurer
El Paso County Tax Assessor/Collector
El Paso County Treasurer (CO)
Escambia County Tax Collector
Faulkner County Treasurer
Fayette County Tax Commissioner
Fayette County, KY
Forsyth County
Forsyth County Tax Collector
Fort Bend County Tax Assessor-Collector
Fort Gratiot Township
Framingham Municipal Tax Collector
Fresno County Tax Collector
Fulton County Tax Commissioner
Gallatin County Treasurer
Garland Independent School District
Gaston County Tax Collector
Grand Forks County Treasurer
Grapevine-Colleyville Tax Assessor-Collector
Grayson County Tax Assessor/Collector
Greene County Collector
Greenville County Tax Collector
Gregg County Tax Assessor-Collector
Guadalupe County Tax Office
Guilford County Tax Department
Gwinnett County
Hall County Tax Commissioner
Hall County Treasurer
Hamilton County Treasurer
Hamilton County Trustee
Harford County

21

Harris County M.U.D. #358
Harris County Tax Assessor-Collector
Harris County WCID #468
Harrison County Tax Collector
Hays County Tax Assessor-Collector
Hendricks County Treasurer
Henrico County Tax Collector
Henry County
Hidalgo County Tax Assessor/Collector
Hillsborough County Tax Collector
Holland Charter Treasurer
Horry County Treasurer
Houston County Tax Commissioner
Howard County Director of Finance
Howard County Treasurer
Humble ISD
Indian River County Tax Collector
Iredell County Tax Collector
Irving ISD Tax Office
Jackson County Tax Collector
James City County Treasurer
Jasper County Collector
Jefferson County Tax Assessor-Collector
Jefferson County Treasurer (CO)
Jefferson Parish Sheriff & Ex-Officio Tax
   Collector
Kenneth L Maun Tax Assessor Collector
Kern County Treasurer-Tax Collector
King County Treasury
Kitsap County Treasury
Klein ISD
Knox County Trustee
Lafayette Parish Tax Collector
Lake County Tax Collector
Lake County Treasurer
Lamar County Tax Collector
Lancaster County Treasurer
Lane County Tax Collector
Laramie County Treasurer
Larimer County Treasurer
Lee County Tax Collector
Leon County Tax Collector
Livingston Parish Tax Collector
Los Angeles County Tax Collector
Lowndes County Tax Commissioner
Lubbock Central Appraisal District
Madison County Tax Collector
Madison County Trustee
Maricopa County Treasurer
Marin County Tax Collector
Marion County

Marion County Tax Collector
Martin County Tax Collector
Maury County Trustee
Mccracken County
McLennan County Tax Office
Mecklenburg County Tax Collector
Meridian Township
Metropolitan Trustee
Miami-Dade County Tax Collector
Midland Central Appraisal District
Missoula County Treasurer
Monroe County Treasurer
Monterey County Treasurer-Tax Collector
Montgomery County MD
Montgomery County Tax Assessor/Collector
Montgomery County Trustee
Moore County Tax Collector
Multnomah County Tax Collector
Municipality of Anchorage
Muscogee County
Napa County Treasurer-Tax Collector
Natrona County Treasurer
New Hanover County Tax Collector
Newington Revenue Collector
Nueces County Tax Assessor-Collector
Oakland County Treasurer
Oconee County Tax Commissioner
Okaloosa County Tax Collector
Oklahoma County Treasurer
Onslow County Tax Collector
Orange County Treasurer-Tax Collector
Ouachita Parish Tax Collector
Palm Beach County Tax Collector
Parish of East Baton Rouge Sheriff & Tax
   Collector
Pasco County Tax Collector
Pend Oreille County Tax Collector
Pierce County Treasurer
Pima County Treasurer
Pinellas County Tax Collector
Pitt County Tax Collector
Placer County Tax Collector
Platte County Collector
Polk County Tax Collector
Potter County Tax Assessor-Collector
Prince George's County MD
Prince William County
Pueblo County Treasurer
Pulaski County Treasurer
Randall County Tax Assessor-Collector
Rankin County Tax Collector

22

Rapides Parish Sheriff's Office
Rena Scherer, Tax Assessor-Collector
Richland County Treasurer
Richmond City Tax Collector
Richmond County Tax Commissioner
Riverside County Treasurer-Tax Collector
Rockdale County
Rockwall Central Appraisal District
Rutherford County Trustee
Sacramento County Treasurer-Tax Collector
Saginaw Township Treasurer
Salt Lake County Assessor
San Bernardino County Treasurer-Tax Collector
San Diego County Treasurer-Tax Collector
San Joaquin County Treasurer-Tax Collector
San Juan County Treasurer
San Luis Obispo County Tax Collector
San Mateo County Treasurer-Tax Collector
Santa Barbara County Treasurer-Tax Collector
Santa Clara County Dept of Tax and Collections
Santa Fe County Treasurer
Sarasota County
Sarpy County Treasurer
Sebastian County Treasurer
Seminole County Tax Collector
Shasta County Treasurer-Tax Collector
Shelby County Trustee
Sheriff of Cabell County
Sheriff of Kanawha County
Sheriff of Monongalia County
Sheriff of Ohio County
Smith County Tax Assessor/Collector
Snohomish County Treasury
Solano County Treasurer-Tax Collector
Sonoma County Tax Collector
Spartanburg County Tax Collector
Spokane County Treasurer
Spring Branch I.S.D. Tax Assessor-Collector
St Charles County Collector
St Louis County Collector
St Tammany Parish Tax Collector
St. Johns County Tax Collector
St. Joseph County Treasurer
Stanilaus County Tax Collector
Sullivan County Trustee
Sumner County Trustee
Tarrant County Tax Assessor/Collector
Tax Appraisal District of Bell County
Terrebonne Parish Tax Collector
Thurston County Treasurer
Tomball ISD Tax Office

Town of Barnstable
Town of Bel Air
Town of Braintree
Town of Burlington
Town of Canton
Town of Christiansburg
Town of Danbury
Town of Dartmouth
Town of Dedham
Town of Easton
Town of Fairfield
Town of Grand Chute Treasurer
Town of Millbury
Town of Natick
Town of North Attelborough
Town of Plymouth
Town of Rib Mountain
Town of South Windsor
Travis County Tax Office
Treasurer of Allen County
Tulare County Treasurer-Tax Collector
Tulsa County Treasurer
United ISD Tax Office
Utah County Assessor
Vanderburgh County Treasurer
Ventura County Treasurer-Tax Collector
Village Grafton
Village of Ashwaubenon
Village of Pleasant Prairie Treasurer
Volusia County
Wake County Revenue Department
Warren County
Washington County
Washington County Assessor
Washington County Treasurer
Washington County Trustee
Washoe County Treasurer
Webb County Tax Assessor-Collector
Weber County Assessor
West Bloomfield Township
Whatcom County Treasurer
Wichita County Tax Assessor Collector
Wicomico County
Williamson County Tax Assessor-Collector
Williamson County Trustee
Wilson County Trustee
Woodlands Metro Center MUD
Yakima County Treasurer
Yellowstone County Treasurer
York County Treasurer
Yuma County Treasurer

23

**Taxing Authorities (Sales)**

Acadia Parish School Board
AK Remote Seller Sales Tax Commission
Alabama Department of Revenue
Allen Parish School Board
Arizona Department of Revenue
Ascension Parish
Assumption Parish
Avoyelles Parish Sales Tax Fund
Beauregard Parish Sheriff Office
Bienville Parish School Board
Bossier City - Parish
CA Dept of Tax and Fee Administration
Caddo Shreveport
Calcasieu Parish School System
Catahoula Parish Sales Tax Fund
Centerra Public Improvement Coll. Corp.
City & County of Broomfield
City of Alamosa
City of Arvada
City of Auburn
City of Aurora
City of Bay Minette
City of Boulder
City of Brighton
City of Castle Pines
City of Centennial
City of Colorado Springs
City of Commerce City
City of Daphne
City of Delta
City of Durango
City of Englewood
City of Evans 2324
City of Federal Heights
City of Fort Collins
City of Glendale
City of Golden
City of Grand Junction
City of Greeley
City of Greenwood Village
City of Gunnison Finance Department
City of Helena
City of Hoover
City of Lafayette
City of Lakewood
City of Littleton
City of Lone Tree
City of Longmont
City of Louisville
City of Loveland

City of Loveland Sales Tax
City of Mobile
City of Montgomery
City of Montrose
City of Mountain Brook
City of New Orleans
City of Northglenn
City of Orange Beach
City of Pelham
City of Pell City
City of Prattville
City of Pueblo
City of Rifle
City of Robertsdale
City of Sheridan
City of Sterling
City of Thornton
City of Tuscaloosa
City of Westminster
City of Wheat Ridge
City of Woodland Park
Collector Sales Tax Department
Colorado Department of Revenue
Commissioner of Revenue Services
Commonwealth of Massachusetts
Comptroller of Maryland - SUT
Concordia Parish Sales Tax Fund
County of Mobile
Cullman County
DeKalb County Revenue Department
Delaware Division of Revenue
Department of Finance & Administration
Department of Revenue and Taxation
Desoto Parish
Director of Revenue
District of Columbia Treasurer
East Carroll Parish Sales Tax Fund
East Feliciana Parish Sales Tax Fund
Elk Valley Public Improvement Corp.
Evangeline Parish Tax Commission
Florida Department of Revenue
Foothills Metropolitan District
Franklin Parish Sales Tax
Georgia Department of Revenue
Grant Parish Sheriff's Sales Tax Fund
Hawaii State Tax Collector
Iberia Parish School Board
Iberville Parish Sales Tax Department
Idaho State Tax Commission
Illinois Department of Revenue
Indiana Department of Revenue

24

Iowa Dept of Revenue
Jackson Parish STCA
James Pohlmann
Jefferson Davis Parish School Board
Kansas Department of Revenue
Kenai Peninsula Borough
Kentucky State Treasurer
Lafayette Parish School Board
Lafourche Parish Sales Tax Department
LaSalle Parish Sales Tax Fund
Lincoln Parish
Livingston Parish School Board
Madison County Sales Tax Department
Madison Parish Sales Tax Fund
Manager of Finance
Minnesota Department of Revenue
Mississippi Department of Revenue
Morehouse Sales and Use Tax Commission
Natchitoches Tax Commission
Nebraska Department of Revenue
Nevada Department of Taxation
New Jersey Sales Tax
New Mexico Taxation and Revenue Dept.
North Carolina Department of Revenue
North Dakota Tax Commissioner
NYS Sales Tax Processing
Ohio Treasurer of State
Oklahoma Tax Commission
PA Department of Revenue
Parish and City Treasurer
Parish of Caldwell Sales Tax Fund
Parish of Rapides Sales and Use Tax Dept
Parish Sales Tax Fund
Plaquemines Parish
Pointe Coupee Parish Sales and Use Tax
Promenade Shops RSF LLC
Red River Tax Agency
RI Division of Taxation
Richland Parish Tax Commission
Sabine Parish
Sales and Use Tax Office
SC Department of Revenue
Scott Moore, Director
Sheriff & Tax Collector, Jefferson Par.
South Dakota Department of Revenue
St. Charles Parish School Board
St. Clair County Tax Dept
St. James Parish School Board
St. Landry Parish School Board
St. Martin Parish School Board
St. Mary Parish Sales & Use Tax Dept

State Comptroller
State of Michigan
State Treasurer
Tangipahoa Parish School System
Tax Collector - City of Madison
Tax Collector - Parish of St. Tammany
Tax Trust Acct. - NEUMO
Taxation and Revenue Department
Tennessee Department of Revenue
Town of Avon
Town of Basile
Town of Breckenridge
Town of Castle Rock
Town of Crested Butte
Town of Frisco
Town of Monument
Town of Parker
Town of Silverthorne
Town of Snowmass Village
Town of Windsor
Treasurer of the State of Ohio
Tuscaloosa County Special Tax Board
Union Parish Sales & Use Tax Commission
Utah State Tax Commission
Vermilion Parish School Board
Vermont Department of Taxes
Vernon Parish Sales Tax Department
Virginia Department of Taxation
Washington Parish Sheriff's Office
Washington State Department of Revenue
Webster Parish School Board
West Baton Rouge Parish
West Carroll Parish School Board
West Feliciana Parish
West Virginia State Tax Department
Winn Parish School Board Sales & Use Tax
Wisconsin Department of Revenue
Wyoming Department of Revenue

**Temporary Labor/ Staffing Agencies**
24 Seven Minnesota LLC
44 Degrees North Partners LLC
Actalent Inc
Adecco Employment Services
Ascend Staffing
Birch Brook Advisors LLC
Cached Consulting LLC
Catalyst Coaching Services LLC
Caylor Solutions
Change Masters Inc
Complemar Partners Inc

25

Datavail Corp
Dise Consulting LLC
Employbridge Holding Company
Encore Business Group LLC
Express Services Inc
Frankcrum Staffing
Genesys Works Twin Cities
Global Logic Inc
Hirequest Direct
Horizontal Integration
Horsepower Advisors LLC
Infinite Green Consulting Inc
Infosys BPM Ltd
Infosys Ltd
Innovacx Solutions Inc
Insight Global Finance
Javelin Logistics Company Inc
Jen Stocksmith Creative Inc
Jessica's Executive Management Services LLC
Jmichaeli Consulting LLC
Joele Frank
J-Tech Labworks LLC
Korn Ferry (US)
Korn Ferry Hay Group Inc
KP Staffing
Las Vegas Packaging & Distribution LLC
Line Of Sight, LLC
List Logistics LLC
Loyalytics Consulting LLP
Loyalytics Consulting Private Ltd
Manufacturers Alliance
Martin-Mcallister Consulting Psychologists Inc
MDA Leadership Consulting
Mindfire Digital LLP
Need It Now Ohio
Ocean Blue Logistics Inc
Odinteq LLC
Partners Personnel Management Services LLC
People Ready
Piper Warehouse Inc
Pleasant Avenue Advisors Inc
Populus Group LLC
Pride Staff Inc
Primetime Delivery And Warehouse
Protiviti Inc
Q Consulting Inc
Ranotech LLC
Revel Creative LLC
RKS Group LLC
Robert Half
Russell Tobin & Associates LLC

RXO Last Mile Inc
SD Accounting Consulting LLC
Seven Waves Technologies LLC
Sigma Services Group LLC
Sogeti USA
Solberg LLC
Stratagem Consulting LLC
Sunfish Lake Consulting LLC
Sunny Hill Investment Co LLC
Tata Consulting Services Ltd
Thought Logic Consulting LLC
Transition Technologies PSC Sp. Z o.o.
Viking Staffing
Xgrid Inc
Xoriant Corporation
Zedventures Inc

**Top Unsecured Creditors**
Bay And Bay Transportation Services Inc
Bernhardt Furniture Company
Briskheat Corp
Carpenter Co.
Culp Home Fashions
Diverse Logistics And Distribution LLC
East Rock Limited
Electropedic Manufacturing Corporation
Elite Comfort Solutions LLC
Ergomotion Inc
Federal Express Corp
Fish & Richardson PC
Flextronics International Europe BV
Future Foam, Inc
Future Textiles Inc
Gumotex
Homtex, Inc
Horizon Media, Inc.
Infosys BPM Ltd
Leggett & Platt Inc
Meta Platforms Inc
Microsoft Corp
Microsoft Online Inc
NFL Ventures LLP
PCI Private Ltd
Segerdahl Corp
ServiceNow Inc
SHI International Corp
Springs Creative Products Grp
TCA Logistics Corp

**UCC Search**
Crown Credit Company

26

Crown Equipment Corporation
Dell Financial Services LLC
Dell Financial Services LP
GELCO Corporation DBA GE Fleet Services
KeyBank National Association, as
    Administrative Agent
Lauren Gryniewski
Loftier Companies Inc.
Round Three Photography LLC
State of Minnesota, Commissioner of Revenue
U.S. Bank Equipment Finance, a division of
    U.S. Bank National Association
U.S. Bank National Association, as
    Administrative Agent

**United States Bankruptcy Judges (Southern District of New York)**
David S. Jones
James L. Garrity, Jr.
John P. Mastando III
Kyu Y. (Mike) Paek
Lisa G. Beckerman
Martin Glenn
Michael E. Wiles
Philip Bentley
Sean H. Lane
Shireen A. Barday

**United States Trustee's Office
(Region 2, Manhattan)**
Amanda D. Cassara
Andrea B. Schwartz
Annie Wells
Daniel Rudewicz
Ercilia A. Mendoza
Greg M. Zipes
Ilusion Rodriguez
Linda A. Riffkin
Madeleine Vescovacci
Mark Bruh
Nadkarni Joseph
Paul K. Schwartzberg
Shara Cornell
Sylvester Sharp
Tara Tiantian
Valentina Vlasova
William K. Harrington

**Utility Providers**
ABCWUA
ACC Business

Ace Solid Waste, Inc.
AE Texas
AEP
AES
AES Indiana
AES Ohio
Alabama Power
Alaska Communications
Albany Utilities - GA
Albemarle County Service Authority
All States Mall Services II
All States Services
Alliant Energy/IPL
Alliant Energy/WPL
AM Trans Expedite LLC
Ameren Illinois
Ameren Missouri
American Electric Power
AmeriGas
Anne Arundel County Water and Wastewater
Appalachian Power
APS
Aqua IL
Aqua OH
Aqua Pennsylvania
Arkansas Oklahoma Gas Corp (AOG)
Arlington Utilities
Armstrong
Arnold Line Water Association
Artesian Water Company, Inc.
Ashwaubenon Water & Sewer Utility
Aspen Waste
AT&T
Athens Services
Atlantic City Electric
Atmos Energy
Augusta Utilities Department
Avista Utilities
AW Billing Service LLC
AWS Service Center
Bangor Water District
BCN Telecom
Beaufort-Jasper Water & Sewer Authority
Benton PUD
Benton Utilities
BGE
Black Hills Energy
Blackhorse Recycling
Blue Ridge Communications
Blue Sky Utility
Blueline

27

Board of Water Works of Pueblo, CO
BOCC - Hillsborough County Water Resc
Bonita Springs Utilities, Inc
Boro Wide
Bowling Green Municipal Utilities
Brask Mall Services I
Breezeline
BrightRidge
Brightspeed
Brodhead Creek Regional Authority, PA
Brownsville Public Utilities Board
Bucktown Power LLC
Burlington Township Water&Sewer Utility
Burrtec Waste Industries Inc
California American Water Company
California Water Service-Visalia
Carolina Waste & Recycling LLC
Carolina Waste Solutions Inc
Carroll Electric Cooperative Corp
Cascade Natural Gas
Casella Waste Systems Inc
Caseyville Township Sewer System (IL)
Cass County Electric Cooperative
CBL & Assoc. Mgmt
CenterPoint Energy
CenterSquare
Central Electric Cooperative
Central Georgia EMC
Central Hudson Gas & Electric Co
Central Maine Power (CMP)
CenturyLink
CenturyLink Service Group LLC
Charleston Water System
Charlotte County Utilities
Charter Business Spectrum
Charter Township of Meridian, MI
Charter Township of Orion MI
CheckSammy
Cherryland Electric Cooperative
Chesapeake Utilities
Chesapeake Waste Industries, LLC
Chester Water Authority, PA
Chugach Electric Association
Cirra Networks
Citizens Energy Group
City of Aiken, SC
City of Alcoa Utilities, TN
City of Alexandria, LA
City of Altamonte Springs, FL
City of Amarillo - Utility Billing Dept
City of Ammon, ID

City of Austin, TX
City of Baxter, MN
City of Beaumont, TX
City of Billings, MT
City of Bismarck
City of Blue Springs Utility Billing
City of Boynton Beach, FL
City of Burnsville, MN
City of Canton, GA
City of Centerville, GA
City of Cerritos, CA - Water Billing
City of Charlotte, NC
City of Clearwater, FL
City of Clermont, FL
City of Cocoa, FL
City of Coconut Creek, FL
City of Columbia, SC - Water
City of Concord, NC
City of Coralville Utility Billing Depar
City of Corona, CA
City of Corpus Christi
City of Cumming, GA
City of Daly City CA - Utility Billing
City of Davenport, IA
City of Denton, TX
City of Diberville, MS
City of Dover Utility
City of Duluth Comfort Systems
City of Eau Claire, WI
City of Eden Prairie, MN
City of Edwardsville, IL
City of Fargo, ND
City of Farmington, NM
City of Fayetteville, AR
City of Flowood, MS
City of Fort Lauderdale, FL
City of Fort Smith - Water
City of Franklin, TN
City of Fredericksburg, VA
City of Gastonia, NC
City of Geneva, IL
City of Georgetown, TX
City of Glendale, CA - Water & Power
City of Grand Island Utilities - NE
City of Grand Rapids, MI
City of Grandville, MI
City of Great Falls, MT
City of Greensboro, NC
City of Hattiesburg, MS
City of Hickory, NC
City of Homestead FL

28

City of Hot Springs Utility Billing Svcs
City of Hudson, WI
City of Jacksonville, NC
City of Joliet, IL
City of Kokomo, IN
City of Lacey, WA
City of Lafayette, IN
City of Long Beach, CA
City of Longmont, CO
City of Lubbock Utilities, TX
City of Lynnwood, WA
City of Madison Water, MS
City of Mankato, MN
City of Maple Grove, MN
City of Medford, OR
City of Mesa, AZ
City of Missoula, MT
City of Mt Juliet, TN
City of Naples, FL
City of Norman, OK
City of Ocala, FL
City of Oceanside, CA
City of OFallon, IL
City of Oklahoma City, OK
City of Palo Alto Utilities, CA
City of Papillion, NE
City of Pembroke Pines, FL
City of Port Orange, FL
City of Port Richey, FL
City of Rancho Cucamonga, CA
City of Redding, CA
City of Redlands, CA
City of Roseville, CA
City of Santa Ana, CA
City of Santa Fe, NM
City of Savannah, GA
City of Selma, TX
City of Shenandoah, TX
City of Shreveport, LA
City of Slidell, LA
City of Spring Hill, TN
City of St. Augustine, FL
City of St. Petersburg, FL
City of Sterling Heights Water
City of Tallahassee, FL
City of Toledo-Dept of Public Utilities
City of Torrance Utilities
City of Tucson, AZ
City of Tulsa Utilities
City of Tuscaloosa Water & Sewer Dept
City of Tyler, TX

City of Union Gap, WA
City of Valdosta, GA
City of Victoria,TX
City of Visalia, CA - Utility Billing
City of Warner Robins, GA
City of Wichita Falls, TX
City of Winston-Salem, NC
City of Winter Park, FL
City of Woodbury, MN
City Treasurer-Public Utilities Dept
City Utilities of Springfield, MO
City Water & Light (CWL)
Clark Public Utilities
Clarksville Department of Electricity
Clarksville Gas & Water Department
Clarksville Wastewater Treatment Dept, I
Clay County Utility Authority, FL
Clay Electric Cooperative
Cleco Power LLC
Coast Electric Power Association
Cogent
College Station Utilities - TX
Colorado Springs Utilities
Columbia Gas of Maryland
Columbia Gas of Ohio
Columbia Gas of Pennsylvania
Columbia Gas of Virginia
Columbia Power & Water Systems (CPWS)
Columbus - City Treasurer
Columbus Water Works
Comcast
ComEd
Complete Solutions & Sourcing
Con Edison
Connecticut Natural Gas Corp (CNG)
Connexus Energy
Conservice
Consolidated Communications
Consolidated Irrigation Dist #19
Consolidated Waterworks District #1
Consumers Energy
Conway Corporation
CORE Electric Cooperative
Corporate IT Solutions, Inc
Corporate Services Consultants, LLC
Corpus Christi Disposal Svc
CoServ
Coweta County Water & Sewer Authority
Coweta-Fayette EMC
Cox Business
Cox Communications

29

CPS Brokerage Inc
CPS Energy
Crow Wing Power
CWC-The Connecticut Water Company
CWSA - Coplay Whitehall Sewer Authority
Cytranet
Dakota Electric Association
Daphne Utilities
Dead River Company/Brattleboro
Dekalb County
Delisa Waste Service
Delmarva Power DE/MD/VA
Delta Utilities
DEMCO (Dixie Electric Membership Corp)
Denver Water
Destin Water Users, Inc.
Direct Energy
Direct Waste Services Inc
Directv
Dixie Electric Cooperative
Dominion Energy South Carolina
Dominion VA/NC Power
Dothan Utilities
DTE Energy
DTG Recycle
Duke Energy
Duquesne Light Company
Eagle Rock Sanitation
Eagle Sanitation, Inc.
EarthLink Business
El Paso Disposal
El Paso Electric Company
Electric City Utilities
Elizabethtown Gas
Elizabethtown Utilities, KY
Emerald Coast Utilities Authority
Enbridge Gas
Enbridge Gas North Carolina
Enbridge Gas Ohio
Encore Recycling
Energy West - Montana
Enstar
Entergy Arkansas, Inc.
Entergy Gulf States LA, LLC
Entergy Louisiana, Inc.
Entergy Mississippi, Inc.
Entergy Texas, Inc.
Etheric Networks
Eugene Water & Electric Board (EWEB)
Evansville Water and Sewer Utility
Evergreen Disposal Services

Evergreen Paper Recycling
Evergy Kansas Central
Evergy KS MO Metro MO West
Eversource Energy
Evesham MUA
Firgrove Mutual Water Company
First Electric Cooperative Corp
First Utility District of Knox County
Flint EMC
Flood Brothers Disposal & Recycling
Fort Collins Utilities
Fort Gratiot Charter Township - MI
Fort Wayne City Utilities
Fort Worth Water Department
FPL - Florida Power & Light Company
FPL Northwest FL
FR Montrose Crossing LLC
Frontier
FTS Broadband
Future Foam
Gaeta Recycling Co., Inc.
Gainesville Regional Utilities
Garbage Gorilla LLC
Gateway Capital LLC
General Equipment Acceptance Corp
Georgia Natural Gas
Georgia Power
GFL Environmental
Grand Traverse County Dept of Pub Works
Granite Telecommunications
Green Mountain Energy
Green Mountain Power
Green Waste Mall Services
Greenville Utilities Commission, NC
Greenville Water, SC
Grey Forest Utilities
Groot Inc
Guardian
Hardin County Water District # 2
Harford County, MD
Harold Lemay Enterprises Inc-GH
Harrisonburg Electric Commission
Hawaiian Electric
Hawaiian Telcom
Hocutt, Inc.
Holland Board of Public Works
Holyoke Gas & Electric Department
Homestead Borough
Hope Gas Inc
Hudson Energy Services LLC - TX
Huntsville Utilities, AL

30

| | |
|---|---|
| i3 Broadband | Mallory Valley Utility District |
| Idaho Power | Maryland American Water Company |
| IEM Group Inc | MAWC-Municipal Auth of Westmoreland Cty |
| Illinois American Water | McAllen Public Utility -TX |
| Indian River County Utilities, FL | Medford Water Commission, OR |
| Indiana American Water | Megaport (USA) Inc. |
| Indiana Michigan Power | Memphis Light, Gas & Water Division |
| Intermountain Gas Company | Mesa County Landfill |
| International Paper-WA | Met-Ed |
| Interwest Paper Inc | Metropolitan St. Louis Sewer Dist |
| Iowa American Water Company | Metropolitan Utilities District |
| Jackson Energy Authority | MetTel |
| Jackson Purchase Energy Corp | Miami-Dade Water and Sewer Dept |
| JEA | MidAmerican Energy Company |
| Jersey Central Power & Light | Mid-Carolina Electric Cooperative |
| Johnson City Utility System | Midcontinent Communications |
| Just Energy | Middle Tennessee Electric |
| K & L Furniture | Minnesota Energy Resources |
| Kansas Gas Service | Minnesota Power |
| KC Dumpster Company | Mishawaka Utilities, IN |
| Kenergy Corp | Missouri American Water |
| Kens Sanitation & Recycling, Inc. | Mobile Area Water & Sewer System-MAWSS |
| KUB-Knoxville Utilities Board | Modesto Irrigation District |
| KU-Kentucky Utilities Company | Mon Power/Monongahela Power |
| L&L Cleaning & Facilities Management | Monroe County Water Authority |
| Lafayette Utilities Systems (LUS) | Monroeville Municipal Authority |
| Lake County Dept of Public Works, IL | Montana-Dakota Utilities Co |
| Lakeland Electric/City of Lakeland,FL | Montgomery County Environmental Svs, OH |
| Lansing Board of Water & Light | Montgomery Water Works |
| Lee County Utilities, FL | Morgantown Utility Board |
| Lenoir City Utilities Board (LCUB) | Mount Pleasant Waterworks, SC |
| LG&E - Louisville Gas & Electric | Mountaineer Gas |
| Liberty Utilities | MTMSA - Montgomery Township |
| Liberty Utilities - NH | Murray City Corporation, UT |
| Liberty Utilities Georgia | Nashville Electric Service |
| Liberty Utility Missouri | National Fuel |
| Limitless Broker LLC | National Grid |
| Lincoln Electric System | National Grid - Brooklyn |
| Lincoln Water System | National Grid - New York |
| Long Island Waste Service | National Grid - Pittsburgh |
| Los Angeles Dept of Water & Power | Natural Resource Management |
| Loudoun Water | NES |
| Louisville Water Company | New Braunfels Utilities, TX |
| Lower Bucks County Joint | New Mexico Gas Company |
| LRM-Com, Inc | Nicor Gas |
| LRS LLC | NIPSCO - Northern Indiana Public Serv Co |
| Lumberjack Pallet Recycling | NJNG |
| Macon Water Authority, GA | North Alabama Gas Dist, AL |
| Madison Gas and Electric, WI | North Attleborough Electric Department |
| Magnolia Water UOC LLC | North Shore Gas |
| Mahoning County Sanitary | North Wales Water Authority |

31

NorthWestern Energy, MT
Northwestern Water and Sewer District
Novec
NV Energy/North Nevada
NV Energy/South Nevada
NW Natural
NYSEG-New York State Electric & Gas
Oconee County Water Resources
OG&E -Oklahoma Gas & Electric Service
Ohio County P.S.D.
Ohio Edison
Okaloosa Gas District, FL
Oklahoma Natural Gas Co: Kansas City
Olympic III Mall Services
Olympic IV Mall Services
Omaha Public Power District
Optimum
Orlando Utilities Commission
Ozarks Electric Cooperative, OK
Pacific Gas & Electric
Pacific Power-Rocky Mountain Power
Paducah Water Works
Palmetto Electric Coop
Palmetto Utilities - PRC
Pea Ridge Public Serv Dist
Peabody Municipal Light Plant
Pearl River Valley EPA
PECO
Pedernales Electric Cooperative Inc
Penelec
Peninsula Light Company
Penn Power
Pennichuck Water Works, Inc.
Pennsylvania American Water
PenTel
PenTelData
Peoples
Peoples Gas
PEPCO (Potomac Electric Power Company)
Piedmont Natural Gas
Pierce County Refuse
Pierce County Sewer, WA
Pioneer Energy Management
Pleasant Prairie Utilities
PNM
Portland General Electric (PGE)
Portland Water District - ME
Potomac Edison
PPL Electric Utilities/Allentown
Precision Waste Solutions LLC
Pro Waste Services Inc.

PSE&G-Public Service Elec & Gas Co
PSEGLI
Public Service Company of Oklahoma
Puget Sound Energy
Quest Resource Management Group LLC
Rapid City Finance Department
Recology South Valley
Recycling Services of Florida, Inc.
Reliant Energy
Republic Services
Republic Services Strongsville TS
Resort TV Cable
Reynoldsburg Water Dept
RG&E - Rochester Gas & Electric
Rhode Island Energy
Rib Mountain Water Utility
Richland County Finance Dept
Ridgerunner Container Service
River Parish Disposal, Inc.
Riverdale City
Riverside Public Utilities, CA
Riviera Utilities - Daphne, AL
Roanoke Gas Company
Rochester Public Utilities
Rogue Disposal & Recycling
Ross Township, PA
Rumpke
Saginaw Charter Township, MI
Salina Waste Systems
Salt Lake City Public Utilities
San Diego Gas & Electric
Sanitary Service Company, Inc.
SCBWA - State College Borough Water Auth
Seacoast Utility Authority
Semco Energy Gas Company
Seminole County Water & Sewer Utility
Shenandoah Valley Electric Co-Op
Silver Spring Township Authority
SimpleVoip
Sioux Falls Utilities
Smash Franchise Partners LLC
SMECO (Southern Maryland Electric Coop)
Smokey Point Commercial
SMUD
Snohomish County PUD
Sorto Pallet Corp
South Burlington Water Department
South Jersey Gas Company
South Slope
Southern California Edison
Southern California Gas (The Gas Co.)

32

Southern Connecticut Gas (SCG)
Southwest Gas
Southwestern Electric Power
Sparklight
Spartanburg Water System
Spectrum
Spire/Charlotte
Spire/St Louis
Spokane County Environmental Services
Spring Back Colorado Inc
SRP - Salt River Project
STJ Transportation Inc
Suburban Natural Gas Company
Suffolk County Water Authority - NY
Summer Energy, LLC
Summit Energy, LLC
Summit Township Water Authority
Summit Township, PA-Sewer Authority
Summit Utilities Arkansas Inc
TDS
Teco Tampa Electric Company
Texas Gas Service
The Illuminating Company
The United Illuminating Company
The York Water Company
T-Mobile
TOG
Toledo Edison
Tombigbee Electric Power Assoc-Tupelo
Town of Burlington, MA
Town of Cary, NC
Town of Castle Rock, CO
Town of Dartmouth, MA
Town of Dewitt, NY
Town of Fairview, TX
Town of Lady Lake Utilities
Town of Leesburg, VA
Town of Mooresville, NC
Town of Plymouth, MA
Town of Smithtown, NY
Town of Southern Pines, NC
Town of Vestal, NY - Utility Fund
Town of Wake Forest, NC
Township of Freehold, NJ
Tri-County Electric Cooperative/TX
Tucson Electric Power Company
TXU Energy
UGI Penn Natural Gas
UGI Utilities Inc
UNITIL ME
UNITIL ME Gas Operations

UNITIL NH Gas Operations
UNS Gas Inc
Upper Merion Sewer Revenue
US REIF Artessa San Antonio TX LLC
Utility Payment Processing/BR Water
Verizon
Verizon Wireless
Vermont Gas Systems, Inc.
Village of Algonquin, IL
Village of Glendale Heights, IL
Village of Grafton Water & Wastewater
Village of Gurnee, IL
Village of Schaumburg, IL
Virginia Natural Gas
Walton EMC / Walton Gas
Ward 2 Water District, LA
Washington City, UT
Washington Gas
Waste Connections of MO
Waste Harmonics Keter
Waste Management
Waste Management National Services Inc
Waste Pro - Ft Myers
Waste Pro - Pembroke Pines
Wasteless Solutions LLC
Wastewater Management Division
WE Energies/Wisconsin Electric/Gas
Wellington Utilities
West Des Moines Municipal Services
West Penn Power
West View Water Authority
West Virginia American Water Company
West Wilson Utility District
Western Virginia Water Authority
Windsor Sanitation, Inc.
Wisconsin Public Service
Withlacoochee River Electric Cooperative
WOW Business
Wright-Hennepin Coop Electric
Xcel Energy

**Vendors**
A Lava and SON LLC
Airex Portfolio 7 Master Tenant LLC
AIT Home Delivery LLC
Alabama Dept of Revenue
Allegiant Final Mile LLC
Allegro Home Delivery
Allied Home LLC
Amazon Logistics Inc
Amazon WEB Services, Inc

33

Analytic Partners LP
Anaplan Inc
Andover Logistics LLC
Anybill Financial Services Inc
AON Risk Services Central, Inc
Arizona Dept of Revenue
Arkansas, State of
Arrive Logistics
Arundel Crossing VI LLC
Bay and Bay Transportation Services Inc
BDO
Becknell Industrial Operating Partnership LP
Bekaert Deslee USA Inc
Berkshire Blanket & Home Co, Inc
Bernard Group
Bernhardt Furniture Company
Berry Global Inc
BGR Inc
Blue Cross Blue Shield of MN
BMO Harris Bank, NA
Board of Equalization
BPREP Passport Business Park I LP
Briskheat CORP
Burdg Dunham & Assoc. Construction CORP
Calero Software LLC
California, State of
Carpenter CO.
Catalyst Coaching Services LLC
CBS Broadcasting Inc
CBS Interactive Inc
CFT NV Developments LLC
Charles Schwab & Company Inc
CLAR Minneapolis MN Lessee LLC
Colorado Dept of Revenue
Connecticut, State of
Coyote Logistics
Creation Technologies Inc
CT Corporation Systems
Culp Home Fashions
Datavail CORP
Deloitte & Touche LLP
Delta Dental of Minnesota
Diakon Logistics (Delaware) INC
Diametos GMBH
Discovery.com
Disney Advertising Sales LLC
Diverse Logistics and Distribution LLC
Dolan Printing LLC
Downlite
East Rock Limited
Edge Logistics

Electropedic Manufacturing Corporation
Elite Comfort Solutions LLC
Employbridge Holding Company
Engie Insight Services Inc
Enpointe
Ergomotion Inc
ESPN Inc
Extend Inc
Fairfax Co of Virginia LLC
Fallon Group Inc
Federal Express Corp
Federal Realty OP LP
Federal Reserve Bank
Fish & Richardson PC
Flextronics International Europe BV
Florida Dept of Revenue
Four State Properties, LLC
FOX Broadcasting Co.
Fox Rothschild LLP
Future Foam, Inc
Future Textiles
Future Textiles Inc
G & D Integrated Transportation Inc
Georgia, State of
Global Logic INC
Global Textile Alliance Inc
Google Payment Corp
Griffin Archer LLC
Gumotex
HGTV
Homtex, Inc
Horizon Media, Inc.
Horsepower Advisors LLC
Idaho State Tax Commission
Ideal Fastener Corp
Illinois Department of Revenue
Impact Tech Inc
Indiana Dept of Revenue
Infosys BPM Ltd
Infosys Ltd
Iowa, State of
JD Power and Associates
John Roberts Company
Kansas, State of
Kentucky, State of
Korn Ferry (US)
Korn Ferry Hay GRP Inc
LA Cantera Retail Ltd PTRSHP
Legacy 1001 Minneapolis Venture LLC
Leggett & Platt Inc
LJM Group

34

Loadsmart INC
Louisiana, State of
Madsen Fixture & Millwork
Maryland, State of
Massachusetts Dept of Revenue
Mattress Recycling Council, Inc
Meredith Corp.
Mershops Market SA Office LLC
Meta Platform Inc
Michigan, State of
Microsoft Corp
Microsoft Online Inc
Milliken Nonwovens LLC
Minnesota Flexible CORP
Minnesota Revenue
Mississippi Tax Commission
Missouri Department of Revenue
National Project Management Inc
NBC Network
NBC Universal LLC
Nebraska Dept of Revenue
Nest
Nevada, State of
New Jersey, State of
New Mexico Taxation & Revenue
New York, State of
Nextern Inc
NFL Ventures LLP
NNN Reit, LP
North Carolina Dept of Revenue
Odinteq LLC
ODP Business Solutions LLC
Ohio State Treasurer
Oklahoma State of
Oracle America, Inc.
Ovative Group LLC
PCI Private Ltd
Pennsylvania,Commonwealth of
People Ready
Pinterest
Plastech Corporation
Poly-Flex Inc
Postmaster
Precision Custom Coatings LLC
Presidio Networked Solutions LLC
Pride Staff Inc
Regency Centers LP (Prop#80042)
Richland County
RKS Group LLC
Robert Half
RXO Last Mile Inc

Ryder Truck Rental Inc
Salesforce.Com Inc
Scott General Contracting
Sealy Xylon Ave S LLC
Season Malaysia Manufacturing SDN BHD
Segerdahl Corp
Sentry Insurance
Servicenow Inc
SHI International Corp
Sidley Austin LLP
Sogeti USA
South Carolina Dept of Revenue
Spotlight Advisors LLC
Springdale Commerce Park Owner LLC
Standard Fiber LLC
Steam Logistics LLC
Stord Inc
Surest
Synchrony Bank
Tasus Corporation
TCA Logistics Corp
TDI, Inc.
Tennessee, State of
Texas, State of
Tforce Worldwide Inc
Tietex International Ltd
Tik Tok Inc
Transition Technologies PSC SP Z 0 0
True Medicine Inc
Truluck Industries, Inc
Tysons Corner Holding LLC
US Bank National Association
U.S. Customs and Border Protection
USI Insurance Services LLC
Uber Freight LLC
UFP Eatonton LLC
UnitedHealthcare Insurance Company
Unum Life Insurance Company of America
UPS Supply Chain Solutions Inc.
USCIF Redlands Industrial Center LLC
Utah, State of
Vector Security
Verint Americas Inc
Virginia Dept. of Taxation
Washington State
Weber Shandwick
Weiqiao America Inc
Werner Enterprises Inc
Wisconsin Dept of Revenue
Workday Inc
Xgrid Inc

35

Xogistix Corp
Xoriant Corporation
XPO Logistics

Zhejiang Saifang Textile Technology Co Ltd

36

## SCHEDULE 2

### Conflicts Results

The results listed on this **Schedule 2** are the product of implementing the Firm Procedures described in this Declaration and are based on the relationship of the indicated persons, entities, or their affiliates with the Debtors and V&E.

**Client Match List**

| Party[1] | Relationship to Debtors | Relationship to V&E[2] |
|---|---|---|
| Oracle | Accounting Software Providers | Former Client or Affiliate of Former Client |
| Bank of America | Bank Account Institutions | Current Client or Affiliate of Current Client |
| Fifth Third | Bank Account Institutions | Former Client or Affiliate of Former Client |
| JPMorgan/Chase | Bank Account Institutions | Current Client or Affiliate of Current Client |
| PNC Bank | Bank Account Institutions | Former Client or Affiliate of Former Client |
| Regions Bank | Bank Account Institutions | Former Client or Affiliate of Former Client |
| TD Bank | Bank Account Institutions | Former Client or Affiliate of Former Client |
| Wells Fargo | Bank Account Institutions | Current Client or Affiliate of Current Client |
| Mayo Clinic | Benefit Providers / Third Party Administrators | Current Client or Affiliate of Current Client |
| Ohio Bureau of Workers' Compensation (BWC) | Benefit Providers / Third Party Administrators | Former Client or Affiliate of Former Client |
| Prudential | Benefit Providers / Third Party Administrators | Former Client or Affiliate of Former Client |
| Google Payment Corp. | Contract Counterparties | Current Client or Affiliate of Current Client |
| U.S. Bank National Association | Contract Counterparties | Current Client or Affiliate of Current Client |
| Guggenheim Securities | Debtors' Professionals | Former Client or Affiliate of Former Client |
| Kroll Restructuring Administration, LLC | Debtors' Professionals | Current Client or Affiliate of Current Client |
| Aon | Insurance Brokers and Insurance Providers | Former Client or Affiliate of Former Client |
| AIG (a/k/a National Union Fire) | Insurance Brokers and Insurance Providers | Former Client or Affiliate of Former Client |

---

[1]   In certain instances, the precise identity of a party in interest was not readily ascertainable (*e.g.*, only a trade name or a portion of the name was known).  Solely for purposes of this Declaration, and out of an abundance of caution, such party was treated as including affiliates and/or other entities bearing a similar name unless such potential party in interest was believed by V&E to be unrelated.

[2]   Where a party is listed as a current client or affiliate of a current client, it is not also listed as former client or affiliate of a former client, even if closed matters for such party may also exist.  Additionally, where a party has been listed in this schedule as having a particular relationship to the debtors, such party is only listed once even if it also fits a separate category so as to avoid duplication.

1

| Party[1] | Relationship to Debtors | Relationship to V&E[2] |
|---|---|---|
| Chubb | Insurance Brokers and Insurance Providers | Former Client or Affiliate of Former Client |
| RLI | Insurance Brokers and Insurance Providers | Former Client or Affiliate of Former Client |
| Sompo (a.k.a. Endurance Risk Solutions Assurance Co) | Insurance Brokers and Insurance Providers | Current Client or Affiliate of Current Client |
| Travelers | Insurance Brokers and Insurance Providers | Former Client or Affiliate of Former Client |
| Capital One, National Association | Lenders | Current Client or Affiliate of Current Client |
| Citizens Bank | Lenders | Current Client or Affiliate of Current Client |
| KeyBank | Letters of Credit Banks | Current Client or Affiliate of Current Client |
| Reed Smith | Litigation Parties – Defense Counsel | Former Client or Affiliate of Former Client |
| Bank of Montreal | Purchase Cards | Current Client or Affiliate of Current Client |
| BMO Bank (f/k/a BMO Harris Bank N.A.) | Purchase Cards | Current Client or Affiliate of Current Client |
| BBVA USA | Real Estate Landlords | Former Client or Affiliate of Former Client |
| Brookfield | Real Estate Landlords | Current Client or Affiliate of Current Client |
| CBL & Associates | Real Estate Landlords | Former Client or Affiliate of Former Client |
| CBRE | Real Estate Landlords | Current Client or Affiliate of Current Client |
| Centennial Real Estate Management LLC | Real Estate Landlords | Former Client or Affiliate of Former Client |
| Kimco | Real Estate Landlords | Current Client or Affiliate of Current Client |
| Lincoln Property Company | Real Estate Landlords | Former Client or Affiliate of Former Client |
| NNN Reit, LP | Real Estate Landlords | Current Client or Affiliate of Current Client |
| Commonwealth of Virginia, VA | Taxing Authorities (Business Licensing and Fees) | Former Client or Affiliate of Former Client |
| Microsoft Corp. | Top Unsecured Creditors | Former Client or Affiliate of Former Client |
| AE Texas | Utility Providers | Current Client or Affiliate of Current Client |
| AEP | Utility Providers | Current Client or Affiliate of Current Client |

| Party[1] | Relationship to Debtors | Relationship to V&E[2] |
|---|---|---|
| AES | Utility Providers | Former Client or Affiliate of Former Client |
| Alabama Power | Utility Providers | Former Client or Affiliate of Former Client |
| American Electric Power | Utility Providers | Former Client or Affiliate of Former Client |
| Athens Services | Utility Providers | Current Client or Affiliate of Current Client |
| Brightspeed | Utility Providers | Current Client or Affiliate of Current Client |
| CenterPoint Energy | Utility Providers | Current Client or Affiliate of Current Client |
| Chesapeake Utilities | Utility Providers | Former Client or Affiliate of Former Client |
| DirecTV | Utility Providers | Current Client or Affiliate of Current Client |
| Dominion Energy South Carolina | Utility Providers | Current Client or Affiliate of Current Client |
| Enbridge Gas | Utility Providers | Current Client or Affiliate of Current Client |
| Enbridge Gas North Carolina | Utility Providers | Current Client or Affiliate of Current Client |
| Enbridge Gas Ohio | Utility Providers | Current Client or Affiliate of Current Client |
| Enstar | Utility Providers | Current Client or Affiliate of Current Client |
| Entergy Arkansas, Inc. | Utility Providers | Current Client or Affiliate of Current Client |
| Entergy Gulf States LA, LLC | Utility Providers | Current Client or Affiliate of Current Client |
| Entergy Louisiana, Inc. | Utility Providers | Current Client or Affiliate of Current Client |
| Entergy Mississippi, Inc. | Utility Providers | Current Client or Affiliate of Current Client |
| Entergy Texas, Inc. | Utility Providers | Current Client or Affiliate of Current Client |
| FPL – Florida Power & Light Company | Utility Providers | Current Client or Affiliate of Current Client |
| Guardian | Utility Providers | Former Client or Affiliate of Former Client |
| Idaho Power | Utility Providers | Current Client or Affiliate of Current Client |
| Kansas Gas Service | Utility Providers | Current Client or Affiliate of Current Client |

| Party[1] | Relationship to Debtors | Relationship to V&E[2] |
|---|---|---|
| MidAmerican Energy Company | Utility Providers | Current Client or Affiliate of Current Client |
| National Grid | Utility Providers | Current Client or Affiliate of Current Client |
| National Grid - Brooklyn | Utility Providers | Current Client or Affiliate of Current Client |
| National Grid – New York | Utility Providers | Current Client or Affiliate of Current Client |
| National Grid - Pittsburgh | Utility Providers | Current Client or Affiliate of Current Client |
| NES | Utility Providers | Current Client or Affiliate of Current Client |
| Pacific Gas & Electric | Utility Providers | Current Client or Affiliate of Current Client |
| PECO | Utility Providers | Current Client or Affiliate of Current Client |
| PSE&G – Public Service Elec & Gas Co | Utility Providers | Current Client or Affiliate of Current Client |
| San Diego Gas & Electric | Utility Providers | Current Client or Affiliate of Current Client |
| SEMCO Energy Gas Company | Utility Providers | Current Client or Affiliate of Current Client |
| Southern California Edison | Utility Providers | Former Client or Affiliate of Former Client |
| Teco Tampa Electric Company | Utility Providers | Former Client or Affiliate of Former Client |
| T-Mobile | Utility Providers | Former Client or Affiliate of Former Client |
| Washington Gas | Utility Providers | Current Client or Affiliate of Current Client |
| Waste Management | Utility Providers | Current Client or Affiliate of Current Client |
| Waste Management National Services Inc. | Utility Providers | Current Client or Affiliate of Current Client |
| Xcel Energy | Utility Providers | Current Client or Affiliate of Current Client |
| Discovery.com | Vendors | Former Client or Affiliate of Former Client |
| FOX Broadcasting Co. | Vendors | Current Client or Affiliate of Current Client |
| New Jersey, State of | Vendors | Former Client or Affiliate of Former Client |
| NFL Ventures LLP | Vendors | Current Client or Affiliate of Current Client |

| Party[1] | Relationship to Debtors | Relationship to V&E[2] |
|---|---|---|
| Salesforce.com Inc. | Vendors | Former Client or Affiliate of Former Client |
| Spotlight Advisors LLC | Vendors | Former Client or Affiliate of Former Client |
| Standard Fiber LLC | Vendors | Current Client or Affiliate of Current Client |
| Tik Tok Inc. | Vendors | Former Client or Affiliate of Former Client |
| Uber Freight LLC | Vendors | Former Client or Affiliate of Former Client |

## Exhibit C

**Adams Declaration**

4914-2535-6979

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

<table>
<tr><td>

**In re:**

**SLEEP NUMBER CORPORATION,** *et al.*,

**Debtors.**[1]

</td><td>

**Chapter 11**

**Case No. 26-11399 (KYP)**

**Jointly Administered**

</td></tr>
</table>

**DECLARATION OF COLIN M. ADAMS**
**IN SUPPORT OF THE APPLICATION OF THE DEBTORS**
**FOR ENTRY OF AN ORDER AUTHORIZING THE**
**RETENTION AND EMPLOYMENT OF VINSON & ELKINS LLP**
**AS COUNSEL TO THE SPECIAL INVESTIGATION COMMITTEE**
**OF EACH OF THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Colin M. Adams, hereby declare as follows:

1.    I am the sole member of the special investigation committee (the "**Special Investigation Committee**") of each of the Debtors.  I am a Partner and the Chief Operating Officer at Uzzi & Lall LLC.  I have served on boards as an independent director and have advised management teams, boards, and other stakeholders for more than 30 companies experiencing financial or operational dislocation.  I have been involved in several of the largest and most complex chapter 11 cases in U.S. history, including American Airlines, Lernout & Hauspie, Sears, Tronox, TXU, and WorldCom, as an advisor, investor, or attorney.  I hold an A.B. in Economics and History from Duke University and a J.D. and Certificate in Business Law from the UCLA School of Law.  In my capacity as the sole member of the Special Investigation Committee, I am generally familiar with the delegation of authority to the Special Investigation Committee and am authorized to submit this declaration (the "**Declaration**").

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

1

2.     I submit this Declaration in support of the *Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of the Petition Date* (the "**Application**").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## THE DEBTORS' SELECTION OF COUNSEL TO THE SPECIAL INVESTIGATION COMMITTEE OF EACH OF THE DEBTORS

3.     The Debtors seek to retain V&E, in accordance with the terms of the Engagement Letter and pursuant to section 327(e) of the Bankruptcy Code, to serve as counsel to the Special Investigation Committee in order to (a) conduct an investigation (the "**Investigation**") into whether the Company may hold any colorable claims or causes of action with respect to (i) certain parties, including but not limited to the Company's current or former directors, officers, agents, or any other person affiliated with the Company, and (ii) any prior transactions involving insiders or affiliates of the Company, and (b) take any and all other actions the Special Investigation Committee deems necessary or advisable in light of the Investigation.

4.     Pursuant to a separate retention application filed with this Court, the Debtors seek to retain Davis Polk & Wardwell LLP ("**Davis Polk**") as general bankruptcy counsel to the Debtors to conduct the Chapter 11 Cases.  The services proposed to be rendered and functions proposed to be performed by V&E during the Chapter 11 Cases are not duplicative of work performed by Davis Polk or any other law firm retained by the Debtors and are limited to the matters set forth herein.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

2

5. The Engagement Letter became effective as of June 7, 2026. Since that time, V&E has provided the services set forth in the Engagement Letter to the Special Investigation Committee with respect to the Investigation.

6. The Debtors seek authority to retain V&E as counsel to the Special Investigation Committee because, among other reasons, (a) V&E has significant experience conducting investigations in conjunction with financial restructurings, and also has broad knowledge and experience in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code, (b) V&E is widely recognized for its expertise in handling corporate governance, capital markets, litigation, investigations, and other transactional matters for companies in all industries, and (c) V&E has become familiar with the Debtors' operations, business, and capital structure during the course of its investigation work.

7. The Debtors submit that V&E is both well-qualified and uniquely able to represent the Debtors as counsel to the Special Investigation Committee in these Chapter 11 Cases pursuant to section 327(e) of the Bankruptcy Code.

## RETAINING V&E IS IN THE BEST INTERESTS OF THE ESTATES

8. I submit that the Application should be approved because the employment and retention of V&E is in the best interest of the Debtors' estates.

9. First, it is in the best interest of the Debtors' estates to retain V&E as counsel to the Special Investigation Committee because it is in the Debtors' estates' best interest to retain separate counsel with no involvement in the events that led to the Investigation so that counsel may independently assess the subject matter and determine whether the Debtors have any potential claims or causes of action. Second, the Debtors are seeking to retain V&E to assist the Special Investigation Committee in carrying out its duties regarding the Investigation. If the Debtors were

3

required to retain different counsel to replace V&E to conduct the Investigation, the Debtors would need to find, onboard, and integrate new counsel in these matters, all of which would require the expenditure of significant resources by the Debtors rather than devoting their time and focus to their restructuring efforts. Retaining V&E will avoid unnecessary administrative expense and delays while providing valuable services to the Special Investigation Committee in furtherance of the Debtors' restructuring objectives.

10. Furthermore, the services requested to be provided by V&E will not duplicate or overlap with the services that other professionals will be providing to the Debtors in these Chapter 11 Cases. Specifically, V&E will not act as the Debtors' general bankruptcy counsel in these Chapter 11 Cases, but instead will only act as counsel to the Special Investigation Committee. V&E will use reasonable efforts to work cooperatively with the Debtors and their other professionals to avoid any duplication of services with the Debtors' other professionals.

**COST SUPERVISION**

11. In my capacity as the sole member of the Special Investigation Committee, I am ultimately responsible for, among other things, supervising the costs of professionals proposed to be retained by the Debtors on behalf of the Special Investigation Committee, including the services requested to be provided by V&E in connection with their work as counsel to the Special Investigation Committee of each of the Debtors. I review and approve the invoices submitted by V&E, which will be thereafter submitted to the Debtors for payment consistent with the Engagement Letter and paid subject to authorization by the Court, and I understand the hourly rates V&E charged the Debtors in the prepetition period are the same as or consistent with the hourly rates V&E will charge the Debtors during these chapter 11 cases.

12.     V&E will only perform agreed upon tasks as and when requested by me relating to the Investigation.

13.     Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information, and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2026

*/s/  Colin M. Adams*
Colin M. Adams
Sole Member of the Special Investigation Committee of Each of the Debtors