**<u>Exhibit 2</u>**

**Form of Sale Notice**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF SALE OF SUBSTANTIALLY ALL OF THE**
**DEBTORS' ASSETS FREE AND CLEAR OF ANY AND ALL**
**LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") on June 12, 2026.

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2026, in connection with the proposed sale (the "**Sale Transaction**") of substantially all of the assets of the Debtors (the "**Assets**") to SNBR Inc. (the "**Stalking Horse Bidder**") or any other successful bidder (a "**Successful Bidder**") subject to an auction process (the "**Auction**"), if any, for the Assets, the Debtors filed a motion (the "**Motion**") with the Court seeking entry of an order, among other things, approving (a) procedures for (i) the solicitation of bids in connection with the Sale Transaction and the Auction, free and clear of any and all liens, claims, interests, and encumbrances, and (ii) holding the Auction if applicable in connection therewith (the "**Bidding**

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

**Procedures**"),[2] (b) payment of the Bid Protections to the Stalking Horse Bidder in accordance with the terms and conditions set forth in the Stalking Horse Agreement, (c) the form and manner of notice related to the Sale Transaction, and (d) procedures for the assumption and assignment of contracts and leases in connection with the Sale Transaction.

**PLEASE TAKE FURTHER NOTICE** that, on July 2, 2026, the Court entered an order (the "**Bidding Procedures Order**") approving, among other things, the Bidding Procedures, which establish the key dates and times related to the Sale Transaction and the Auction, the Debtors' entry into the Stalking Horse Agreement, and the Assumption and Assignment Procedures. All parties interested in bidding should carefully read the Bidding Procedures Order and the Bidding Procedures in their entirety.[3]

## <u>Contact Persons for Parties Interested in Submitting a Bid</u>

The Bidding Procedures set forth the requirements for submitting a Qualified Bid, and any person interested in making an offer to purchase the Assets must comply strictly with the Bidding Procedures. Only Qualified Bids will be considered by the Debtors, in accordance with the Bidding Procedures.

**Any interested bidder should contact, as soon as practicable:**

**Guggenheim Securities, LLC**[4]
330 Madison Avenue
New York, NY 10017
Attn: Michael Gottlieb (Michael.Gottlieb@guggenheimpartners.com) and Stuart Erickson
(stuart.erickson@guggenheimpartners.com)

## <u>Obtaining Additional Information</u>

Copies of the Motion and the Bidding Procedures Order, as well as all related exhibits (including the Stalking Horse Agreement and the Bidding Procedures) and all other documents filed with the Court, are available free of charge on the Debtors' case information website located at https://restructuring.ra.kroll.com/Sleepnumber or can be requested by email at SleepNumberInfo@ra.kroll.com.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion or the Bidding Procedures, as applicable.

[3] To the extent of any inconsistencies between the Bidding Procedures and the summary descriptions of the Bidding Procedures in this notice, the terms of the Bidding Procedures shall control in all respects.

[4] Guggenheim Securities, LLC, in its capacity as the Debtors' proposed investment banker, is referred to herein as "**Guggenheim Securities**."

**Important Dates and Deadlines**[5]

1. **Bid Deadline**.  The deadline to submit a Qualified Bid and Required Bid Documents is **July 8, 2026 at 4:00 p.m.**[6]

2. **Sale Objection Deadline**.  The deadline to file an objection with the Court to the Sale Order or the Sale Transaction (including objections relating to the Stalking Horse Bidder) (the "**Sale Objection**") is **July 10, 2026 at 4:00 p.m.** (the "**Sale Objection Deadline**").

3. **Auction**.  In the event that the Debtors timely receive more than one Qualified Bid for the Assets in addition to the Stalking Horse Bid, and subject to the satisfaction of any further conditions set forth in the Bidding Procedures, the Debtors intend to conduct an Auction therefor.  The Auction, if one is held, will commence on **July 13, 2026 at 10:00 a.m.** at the offices of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017. If the Debtors hold the Auction, the Debtors will, as soon as reasonably practicable after selecting the Successful Bid and Back-Up Bid (if any), file (but not serve) and publish on the Case Website a notice of the results of the Auction (such notice, the "**Notice of Auction Results**").  Objections related solely to (i) the conduct of the Auction must be filed with the Court no later than **July 14, 2026 at 4:00 p.m.** (the "**Post-Auction Objection Deadline**") and (ii) the identity of the Successful Bidder on the basis of adequate assurance of future performance by such Successful Bidder (other than the Stalking Horse Bidder) must be filed with the Court no later than fourteen (14) days after the filing of the Notice of Auction Results (collectively, the "**Post-Auction Objections**"); provided that, in the event the Stalking Horse Bidder is not the Successful Bidder, any non-residential real property lease on the Potential Assumption and Assignment Notice shall be deemed a Designated Contract and shall be subject to the Assumption and Assignment Procedures provided for during the Designation Rights Period (including, for the avoidance of doubt, any objection to the identity of the Successful bidder). The Notice of Auction Results will set forth the specific deadline and procedures for filing any objections in response to the Notice of Auction Results.

4. **Sale Hearing**.  A hearing to consider the proposed Sale Transaction will be held before the Court on **July 15, 2026 at 10:00 a.m.**, or such other date as determined by the Court.

**Filing Objections**

A Sale Objection or Post-Auction Objection, if any, must (a) be in writing, (b) state, with specificity, the legal and factual bases thereof, (c) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (d) be filed with the Court no later than the applicable deadline, and (e) be served on the following parties so that it is received no later than the applicable deadline: (i) proposed counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Angela M. Libby, Richard J. Steinberg, and Mordechai Rivkin; (ii) counsel to the DIP Agent, Faegre Drinker Biddle & Reath LLP, 2200

---

[5]  The following dates and deadlines may be extended by the Debtors or the Court pursuant to the terms of the Bidding Procedures and the Bidding Procedures Order.

[6] All times herein are expressed in prevailing Eastern Time.

Wells Fargo Center, 90 S. 7th Street, Minneapolis, MN 55402, Attn: Michael R. Stewart and Adam C. Ballinger; (iii) counsel to the Stalking Horse Bidder, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Kizzy Jarashow, Joshua Zachariah, Harrison Freeman, and Benjamin Loveland; (iv) counsel to any statutory committee appointed in the Chapter 11 Cases; and (v) the U.S. Trustee (the "**Objection Notice Parties**").

### CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

*Any party or entity who fails to timely and properly raise a Sale Objection or Post-Auction Objection on or before the applicable deadline in accordance with the Bidding Procedures Order and this notice shall be forever barred from asserting any objection to the Sale Transaction, including with respect to the transfer of the assets free and clear of all liens, claims, encumbrances, and other interests.*

### NO SUCCESSOR LIABILITY

*The assets sold in the Sale Transaction will be sold free and clear of, among other things, any claim arising from any conduct of the Debtors prior to the closing of the Sale Transaction, whether known or unknown, whether due or to become due, whether accrued, absolute, contingent, or otherwise, so long as such claim arises out of or relates to events occurring prior to the closing of the Sale Transaction.  Accordingly, as a result of the Sale Transaction, the Successful Bidder will not be a successor to any of the Debtors by reason of any theory of law or equity, and the Successful Bidder will have no liability, except as expressly provided in a definitive agreement reached between the Debtors and the Successful Bidder, for any liens, claims, encumbrances, and other interests against or in any of the Debtors under any theory of law, including successor liability theories.*

[*Remainder of page intentionally left blank*]

Dated:    [●], 2026
          New York, New York

                                        DAVIS POLK & WARDWELL LLP

                                        */s/ DRAFT*
                                        450 Lexington Avenue
                                        New York, NY 10017
                                        Tel.: (212) 450-4000
                                        Brian M. Resnick
                                        Angela M. Libby
                                        Stephen D. Piraino
                                        Richard J. Steinberg
                                        Sihui (Sophy) Ma
                                        Mordechai Rivkin

                                        *Proposed Counsel to the Debtors
                                        and Debtors in Possession*