DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al*.,** | **Case No. 26-11399 (KYP)** |
| **Debtors.[1]** | **Jointly Administered** |

## AMENDED HEARING AGENDA FOR SECOND-DAY HEARING ON JULY 9, 2026

| | |
|---|---|
| **Time and Date of Hearing:** | July 9, 2026, at 10:00 a.m.[2] |
| **Location of Hearing:** | The hearing will be conducted in a hybrid format that permits in-person attendance at One Bowling Green, New York, NY 10004-1408, Courtroom 610, and remote participation via Zoom for Government. Hearing participants, whether appearing remotely or in-person, must register their appearance using the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. two business days before the hearing. |

---

[1]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499).  The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2]  All times herein are expressed in prevailing Eastern Time.

**Copies of Motions:**          A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and on the Debtors' case website located at https://restructuring.ra.kroll.com/SleepNumber (free of charge).

The matters set for hearing are divided into the following categories for the purposes of this proposed agenda.

> ### A.  UNCONTESTED MATTERS
> ### B.  ADJOURNED MATTERS

## A.  UNCONTESTED MATTERS

### 1.  FINAL APPROVAL OF CRITICAL VENDORS MOTION

*Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief* [ECF No. 6]

Objection Deadline: July 2, 2026 at 12 p.m.

Responses Received:

A. *Interim Order Signed on 6/15/2026 (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(B)(9) Claimants, (II) Confirming Administrative Status Of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief* [ECF No. 48]

B. *Objection of the United States Trustee to Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Claimants, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief and Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 33]

Related Documents:

    A. *Notice of Filing of Revised Proposed Order (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(B)(9) Claimants, (II) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granting Related Relief* [ECF No. 193]

    B. *Affidavit of Service regarding Interim Order* [ECF No. 113]

    C. *Notice of Second-Day Hearing* [ECF No. 40]

    D. *Affidavit of Service regarding Motion* [ECF No. 36]

    E. *Declaration of Amy O'Keefe in support of Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition Claims of (A) Critical Vendors, (B) Foreign Vendors, (C) Lien Claimants, and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of Outstanding Orders, (III) Authorizing Financial Institutions to Honor and Process Related Checks and Transfers, and (IV) Granting Related Relief* [ECF No. 6, Ex. C]

Status: This matter will go forward as scheduled

## 2. FINAL APPROVAL OF CASH MANAGEMENT MOTION

*Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing (A) the Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 8]

Objection Deadline: July 2, 2026 at 12:00 p.m. (extended for the U.S. Trustee only)

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

    A. ***Notice of Filing of Revised Proposed Final Order Authorizing (A) The Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and Business Forms, (B) The Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 211]***

    B. *Affidavit of Service regarding Interim Order* [ECF No. 113]

    C. *Interim Order Signed on 6/15/2026 (I) Authorizing (A) The Debtors to Maintain Their Existing Cash Management System, Bank Accounts, and*

3

*Business Forms, (B) the Debtors to Open and Close Bank Accounts, and (C) Financial Institutions to Administer the Bank Accounts and Honor and Process Related Checks and Transfers, (II) Waiving Deposit and Investment Requirements, and (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims* [ECF No. 43]

   D. *Notice of Second-Day Hearing* [ECF No. 40]
   E. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled

## 3.  FINAL APPROVAL OF CUSTOMER PROGRAMS MOTION

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 9]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

   A. *Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Order Authorizing (I) The Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and Otherwise to Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 192]
   B. *Affidavit of Service regarding Interim Order* [ECF No. 113]
   C. *Interim Order Signed on 6/15/2026 Authorizing (I) the Debtors to Honor Prepetition Obligations to Customers and Related Third Parties and to Otherwise Continue Customer Practices and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 51]
   D. *Notice of Second-Day Hearing* [ECF No. 40]
   E. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled

## 4.  FINAL APPROVAL OF INSURANCE MOTION

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Corporate Insurance Programs, and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 10]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

A. ***Notice of Filing of Revised Proposed Final Order Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Insurance Programs, and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 212]**

B. *Affidavit of Service regarding Interim Order* [ECF No. 113]

C. *Interim Order Signed on 6/15/2026 Authorizing (I) the Debtors to Continue and Renew Their Liability, Property, Casualty, Surety Bond, and Other Insurance Programs, and Honor All Obligations in Respect Thereof and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 49]

D. *Notice of Second-Day Hearing* [ECF No. 40]

E. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled

## 5. FINAL APPROVAL OF TAXES MOTION

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 11]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

A. *Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 191]

B. *Affidavit of Service regarding Interim Order* [ECF No. 113]

C. *Interim Order Signed On 6/15/2026 Authorizing (I) the Debtors to Pay Certain Prepetition Taxes, Governmental Assessments, and Fees and (II) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 46]

D. *Notice of Second-Day Hearing* [ECF No. 40]

E. *Affidavit of Service regarding Motion* [ECF No. 36]

5

Status: This matter will go forward as scheduled

## 6.   FINAL APPROVAL OF TAX ATTRIBUTES MOTION

*Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors' Estates and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates* [ECF No. 12]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

A.  *Certificate of No Objection Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Establishing Notification and Hearing Procedures for, and Approving Restrictions on, Certain Transfers of and Declarations of Worthlessness with Respect to Interests in the Debtors' Estates and (II) Establishing a Record Date for Notice and Sell-Down Procedures for Trading in Claims Against the Debtors' Estates* [ECF No. 190]
B.  *Notice of Second-Day Hearing* [ECF No. 40]
C.  *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled

## 7.   FINAL APPROVAL OF REDACTION MOTION

*Motion of the Debtors for Entry of an Order (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Waiving the Requirement That Each Debtor File a Separate List of Creditors and Authorizing the Debtors to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, (III) Authorizing Parties to Redact Personal Identifying Information, and (IV) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information* [ECF No. 13]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

A.  ***Notice of Filing of Order Authorizing Parties to Redact Personal Identifying Information* [ECF No. 213]**
B.  *Affidavit of Service regarding Interim Order* [ECF No. 113]

6

    C. *Order Signed on 6/15/2026 (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Waiving the Requirement that Each Debtor File a Separate List of Creditors and Authorizing the Debtors to File a Consolidated List of the Debtors 30 Largest Unsecured Creditors, (III) Authorizing Parties to Redact Personal Identifying Information, and (IV) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases and Other Information* [ECF No. 47]

    D. *Notice of Second-Day Hearing* [ECF No. 40]

    E. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled

**8.   INTERIM COMPENSATION PROCEDURES MOTION**

*Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 174]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

    A. ***Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 218]**

    B. *Affidavit of Service regarding Motion* [159]

    C. *Motion of the Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [ECF No. 118]

    D. *Notice of Second-Day Hearing* [ECF No. 40]

Status: This matter will go forward as scheduled

**9.   ORDINARY COURSE PROFESSIONALS MOTION**

*Motion of the Debtors for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [ECF No. 176]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

A. *Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* **[ECF No. 219]**
B. *Affidavit of Service regarding Motion* [159]
C. *Motion of the Debtors for Entry of an Order Authorizing the Retention and Compensation of Professionals Utilized in the Ordinary Course of Business* [ECF No. 117]
D. *Notice of Second-Day Hearing* [ECF No. 40]

Status: This matter will go forward as scheduled

**10. FIRST LEASE REJECTION MOTION**

*Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 18]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from certain lease counterparties

Related Documents:

A. *Certificate of No Objection Regarding Omnibus Motion of the Debtors for Entry of an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 188]
B. *Notice of Abandonment, Utilization and Disposal of Personal Property Located at Certain of the Debtors' Leased Proposed to be Rejected Pursuant to the Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 81]
C. *Affidavit of Service regarding Motion* [ECF No. 36]
D. *Declaration of Kent Percy in Support of Debtors' Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 82]
E. *Notice of Second-Day Hearing* [ECF No. 40]

Status: This matter will go forward as scheduled

**11. SECOND LEASE REJECTION MOTION**

*Second Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 133]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from various landlord counsel

Related Documents:

    **A. *Declaration of Kent Percy in Support of Debtors' Second Omnibus Motion for an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 209]**

    B. *Certificate of No Objection Regarding Second Omnibus Motion for Entry of an Order (I) Approving the Rejection of Certain Real Property Lease Agreements, (II) Approving the Abandonment of Certain Excess Property, and (III) Granting Related Relief* [ECF No. 189]

    C. *Affidavit of Service regarding Motion* [ECF No. 159]

Status: **This matter will go forward as scheduled with respect to certain leases**.

## 12. FINAL APPROVAL OF UTILITIES MOTION

*Motion of the Debtors for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 19]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received:

    A. Informal comments received from the Creditors' Committee.

    B. *Notice of Withdrawal of Objection of Certain Utility Companies to the Motion of the Debtors for Entry of An Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Requests For Additional Adequate Assurance* [ECF No. 182]

    C. *Objection of Certain Utility Companies to the Motion of the Debtors for Entry of an Order (I) Prohibiting Utilities From Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 104]

Related Documents:

    A. *Certificate of No Objection Regarding Motion of the Debtors for Entry of an Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and*

*(III) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [ECF No. 187]

    B. *Notice of Second-Day Hearing* [ECF No. 40]

    C. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: This matter will go forward as scheduled.

## B. ADJOURNED MATTERS

### 1. FINAL APPROVAL OF WAGES MOTION

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers.* [ECF No. 5]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the U.S. Trustee and the Creditors' Committee

Related Documents:

    A. *Affidavit of Service regarding Interim Order* [ECF No. 113]

    B. *Interim Order Signed on 6/15/2026 Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 44]

    C. *Notice of Second-Day Hearing* [ECF No. 40]

    D. *Affidavit of Service regarding Motion* [ECF No. 36]

Status: **The Debtors will seek to adjourn the matter to the hearing scheduled on July 15, 2026 at 10:00 a.m. The Debtors will file a Notice of Adjournment following the filing of this agenda**.

### 2. DEFERRED COMPENSATION PLAN TRUST MOTION

*Motion of Debtors for an Order (I) Directing the Trustee of the Debtors' Non-Qualified Deferred Compensation Plan Trust to Return the Debtors' Assets Held in Trust to the Debtors' Estates and (II) Granting Related Relief* [ECF No. 170]

Objection Deadline: July 8, 2026 at 4:00 p.m. (extended for the DIP Lenders and Creditors'
Committee only)

Responses Received:

    A. Informal comments received from the DIP Lenders (as defined in the DIP
Motion (as defined below)) and the Creditors' Committee

    B. ***Objection of Faisal Mushtaq to Debtors' Motion* [ECF No. 210]**

Related Documents:

    A. *Order Signed on 7/6/2026 Shortening Notice with Respect to Motion of Debtors
for an Order (I) Directing the Trustee of the Debtors Non-Qualified Deferred
Compensation Plan Trust to Return the Debtors Assets Held in Trust to the
Debtors Estates and (II) Granting Related Relief* [ECF No. 172]

    B. *Motion of Debtors for Entry of an Order Shortening Notice with Respect to
Motion of Debtors for an Order (I) Directing the Trustee of the Debtors' Non-
Qualified Deferred Compensation Plan Trust to Return the Debtors' Assets
Held in Trust to the Debtors' Estates and (II) Granting Related Relief* [ECF No.
171]

Status: This matter is being adjourned. The Debtors will file a Notice of Adjournment
following the filing of this agenda.

## 3. FINAL APPROVAL OF DIP MOTION

*Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105,
361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing Debtors to (A) Obtain Senior
Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting
Liens and Providing Claims with Superpriority Administrative Expense Status, (III)
Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the
Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF
No. 4] (the "**DIP Motion**")

Objection Deadline: July 2, 2026 at 4:00 p.m. (extended for the Creditors' Committee only)

Responses Received:

    A. Informal comments received from various lease counterparties

    B. *Objection of the United States Trustee to Motion of the Debtors for Entry of
Interim and Final Orders (I) Authorizing the Debtors to Satisfy Prepetition
Claims of (A) Critical Vendors, (B) Foreign Claimants, (C) Lien Claimants,
and (D) 503(b)(9) Claimants, (II) Confirming Administrative Status of
Outstanding Orders, (III) Authorizing Financial Institutions to Honor and
Process Related Checks and Transfers, and (IV) Granting Related Relief and
Motion of the Debtors for Entry of Interim and Final Orders, Pursuant to 11
U.S.C. Sections 105, 361, 362, 363, 364, 503, 506, 507 and 552 (I) Authorizing
the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing
and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims With*

*Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 33]

Related Documents:

A. *Affidavit of Service regarding Interim Order* [ECF No. 113]
B. *Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 74]
C. *Affidavit of Service regarding Motion* [ECF No. 36]
D. *Declaration of Stephen Preefer in Support of Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 4, Ex. A]

Status: This matter is being adjourned.  The Debtors will file a Notice of Adjournment following the filing of this agenda.

## 4. GUGGENHEIM SECURITIES RETENTION APPLICATION

*Application to Employ Guggenheim Securities, LLC as Investment Banker / Debtors' Application for Entry of an Order (I) Authorizing the Debtors to Retain and Employ Guggenheim Securities, LLC as Investment Banker Effective as of the Petition Date, (II) Modifying Certain Timekeeping Requirements, and (III) Granting Related Relief* [ECF No. 132]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the Creditors' Committee

Related Documents:

A. *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

## 5. VINSON & ELKINS LLP RETENTION APPLICATION

*Application of the Debtors for Entry of an Order Authorizing the Retention and Employment of Vinson & Elkins LLP as Counsel to the Special Investigation Committee of Each of the Debtors Effective as of the Petition Date* [ECF No. 127]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: **None**

Related Documents:

    A.  *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

## 6. A&G REALTY PARTNERS, LLC RETENTION APPLICATION

*Application of the Debtors for Entry of an Order (A) Authorizing the Debtors to Retain A&G Realty Partners, LLC as a Real Estate Consultant and Advisor Effective as of the Petition Date and (B) Granting Related Relief* [ECF No. 130]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the Creditors' Committee

Related Documents:

    A.  *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

## 7. AP SERVICES LLC RETENTION APPLICATION

*Debtors' Application for Entry of an Order (I) Authorizing the (A) Retention of AP Services, LLC and (B) Designation of Kent Percy as Chief Restructuring Officer Effective as of the Petition Date and (II) Granting Related Relief* [ECF No. 128]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the Creditors' Committee

Related Documents:

    A.  *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

13

8.  **KROLL RESTRUCTURING ADMINISTRATION RETENTION APPLICATION**

*Application to Employ Kroll Restructuring Administration as Administrative Advisor / Application of the Debtors for an Order Authorizing Employment and Retention of Kroll Restructuring Administration LLC as Administrative Advisor Nunc Pro Tunc to the Petition Date* [ECF No. 126]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the Creditors' Committee

Related Documents:

A.  *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

9.  **DAVIS POLK RETENTION APPLICATION**

*Application of the Debtors for Authority to Employ and Retain Davis Polk & Wardwell LLP as Attorneys for the Debtors Nunc Pro Tunc to the Petition Date* [ECF No. 129]

Objection Deadline: July 2, 2026 at 12:00 p.m.

Responses Received: Informal comments received from the Creditors' Committee

Related Documents:

A.  *Affidavit of Service regarding Application* [ECF No. 159]

Status: This matter is in the process of being rescheduled

Dated:   July 9, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

/s/ *Brian M. Resnick*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby

Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in
Possession*