DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION**, *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

## HEARING AGENDA FOR HEARING ON JULY 20, 2026

| | |
|---|---|
| **Time and Date of Hearing:** | July 20, 2026, at 10:00 a.m.[2] |
| **Location of Hearing:** | The hearing will be conducted in a hybrid format that permits in-person attendance at One Bowling Green, New York, NY 10004-1408, Courtroom 610, and remote participation via Zoom for Government. Hearing participants, whether appearing remotely or in-person, must register their appearance using the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. two business days before the hearing. |

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] All times herein are expressed in prevailing Eastern Time.

**Copies of Motions:**    A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov (subject to its terms) and on the Debtors' case website located at https://restructuring.ra.kroll.com/SleepNumber (free of charge).

## 1.  <u>FINAL APPROVAL OF THE SALE MOTION</u>

*Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an Affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [ECF No. 17] (the "**Sale Motion**")

<u>Objection Deadline</u>: July 10, 2026, at 4:00 p.m.

<u>Responses Received</u>:[3]

A.  Informal comments from various contract counterparties, the DIP Agent, and the Stalking Horse Bidder

B.  *Objection of Cameron Group, LLC, Pyramid Management Group LLC, and Westfield, LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 134] and Reservation of Rights with Respect to Future Proposed Lease Assignments* [ECF No. 223]

C.  *Objection of AIREX Portfolio 7 Master Tenant LLC to (A) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount, and (B) Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an Affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens,*

---

[3] The following ECF Nos. were filed in connection with the Sale Motion and will be preserved for future resolution, to be noticed for a hearing on a future date if necessary: ECF Nos. 181, 203, 222-23, 225, 228-29, 235, 238, 242-48, 250-51, 254-55, 258, 262-66, 269, 270-71, 279, 287, 289-91, 293-96, 298-99, 304, 306-10, 312, 313-14, 316, 318, 320, 322-23, 367-68, 392, 396.

*Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [ECF No. 251]

D. *Objection of Cameron Group, LLC, Pyramid Management Group LLC, and Westfield, LLC to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount [Docket No. 134] and Reservation of Rights with Respect to Future Proposed Lease Assignments* [ECF No. 255]

E. *Limited Objection of Golden Triangle Development, LLC and Golden Triangle II Development, LLC to Notice of Proposed Assumption and Assignment of Executory Contracts or Unexpired Leases [Dkt. 134] and Reservation of Rights* [ECF No. 262]

F. *Omnibus (Cure, Adequate Assurance and Sale) Objection and Reservation of Rights of Flextronics Industrial, Ltd. to the Proposed Sale of the Debtors' Assets* [ECF No. 269]

G. *Objection of Synchrony Bank to Sale Motion and Possible Assumption and Assignment of Contracts* [ECF No. 271]

H. *Objection of 16000 Pines Retail Investments, LLC, Acadia Merrillville Realty, L.P., Aspen GRF2, LLC, BV Centercal Owner, LLC, BRE DDR Woodfield Village, LLC, Broadstone AVF Michigan LLC, CR Webb Gin LLC, CVM Holdings, LLC, Carroll/1709, Ltd., Concord Centercal, LLC, Courtyard Holdings, L.P., Cypress Creek Power Center LLC, FR Del Monte LLC, FR Montrose Crossing, LLC, Federal Realty OP LP, Flatiron Property Holding, L.L.C., Freemall Associates, LLC, GGCV Real Estate LLC, HPC Robinhood Investors, LP, Hawthorn, L.P., Hunt Valley Towne Centre LLC, Irvine Spectrum Center LLC, KP IV Navy, LLC, MP Shops at Highland Village LLC, MVV Owner, LLC, MREG NE36 Owner LLC, Meridian Centercal Owner, L.L.C., Oakwood Square E&A, LLC, Pleasant Run and 67, Ltd., SOCM I, LLC, Saucon Valley Lifestyle Center, L.P., Silverdale Property Owner, LLC, Station Park Centercal, LLC, The Irvine Company LLC, Tysons Corner Holdings LLC, Valley Mall, L.L.C., Village at Totem Lake, LLC, and WCS Properties Business Trust to (1) Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount; and (2) Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an Affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry Into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [ECF No. 289]

I. *Objection of 11North Classen Curve Owner, LLC, 11North University Commons Owner, LLC, DLC Management Corporation, Inland Commercial*

3

*Real Estate Services LLC, and Legacy SOK Associates, LLC to Proposed Lease Assumptions/Assignment and Limited Objection and Reservation of Rights with Respect to the Sale Aspect of the Sale/Bid Procedures Motion* [ECF No. 291]

J. *Limited Objection and Reservation of Rights of WPG Legacy, LLC to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount and Proposed Sale* [ECF No. 299]

K. *Joint Limited Objection of Texas Taxing Authorities to Debtors' Motion to Sell Assets Free and Clear of Liens, Claims, Interests, and Encumbrances* [ECF No. 300]

L. *Limited Objection, Joinder and Reservation of Rights of HART Pacific Commons, TREA River Oaks Owner LLC and Imperial Delaware, LLC* [ECF No. 304]

M. *Objection of Fairfax Company of Virginia L.L.C. and Greene Town Center LLC to Notice of Potential Assumption and Assumption of Executory Contracts or Unexpired Leases and Cure Amount* [ECF No. 307]

N. *Limited Objection and Reservation of Rights to Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [ECF No. 309]

O. *Objection of Nevada Holding Co., L.P. and Altoona Hills Plaza LLC to Sale Transaction Relating to Proposed Assumption and Assignment of Leases to SNBR Inc. and to Cure Amounts* [ECF No. 310]

P. *Limited Objection and Reservation of Rights of Tempur World, LLC And Its Affiliates to the Sale Transaction and Proposed Sale Order* [ECF No. 311]

Q. *Letter Objection of Benderson Development Company, LLC, Brixmor Property Group Inc., Curbline Properties Corp,. Frontier Companies, GGP Services, Inc., Hines Global REIT, Jones Lang LaSalle, Kite Realty Group, NNN REIT, Inc., and Regency Centers, L.P. to Debtors' (I) Proposed Sale of Assets Free and Clear of Liens, (II) Proposed Cure Amounts, and (III) Assumption and Assignment of Executory Contracts or Unexpired Leases* [ECF No. 318]

R. *Response to (1) Debtors' Notice of Potential Assumption and Assignment of Unexpired Leases and Cure Amount and (2) Proposed Sale of Substantially All of Debtors' Assets Free and Clear of Any and All Liens, Claims, Interests and Encumbrances* [ECF No. 320]

S. *Stord, Inc.'s Limited Objection and Reservation of Rights to the Sale Transaction and Proposed Sale Order* [ECF No. 392]

Related Documents:

A. *Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [ECF No. 134]

B. *Notice of Proposed Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [ECF No. 162]

C. *Order (I)(A) Approving Bidding Procedures for Sale of the Debtors' Assets, (B) Approving the Designation of SNBR Inc., an Affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving*

4

*Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors' Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures and (II) Granting Related Relief* [ECF No. 167]

D. *Notice of Sale of Substantially All of the Debtors' Assets Free and Clear of Any and All Liens, Claims, Interests, and Encumbrances* [ECF No. 168]

E. *Certificate of Publication* [ECF No. 231]

F. *Amended Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* [ECF No. 331]

G. *Affidavit of Service regarding Order* [ECF No. 390]

H. *Affidavit of Service regarding Order* [ECF No. 391]

I. *Notice of Successful Bidder and Auction Results* [ECF No. 401]

J. *Statement of the Official Committee of Unsecured Creditors' in Support of the Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Sale of the Debtors Assets, (B) Approving the Designation of SNBR Inc., an Affiliate of Sleep Country Canada, Inc., as the Stalking Horse Bidder for the Assets, (C) Authorizing and Approving Entry into the Stalking Horse Asset Purchase Agreement, (D) Approving Bid Protections, (E) Scheduling an Auction for, and Hearing to Approve, the Sale of the Debtors Assets, (F) Approving the Form and Manner of Notices of Sale, Auction, and Sale Hearing, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [ECF No. 405]

K. *Notice of (A) Revised Proposed Order (I) Approving Sale of Debtors Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief and (B) Revised Amended and Restated Stalking Horse Asset Purchase Agreement* [ECF No. 406]

Status: This matter will go forward as scheduled.

## 2.   **FINAL APPROVAL OF THE DIP MOTION**

*Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552 (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 4] (the "**DIP Motion**")

Objection Deadline: July 2, 2026 at 12:00 p.m. (extended for the Creditors' Committee and U.S. Trustee only)

5

Responses Received:

    A. Informal comments received from various lease counterparties, the Creditors' Committee, and the DIP Lenders

Related Documents:

    A. *Declaration of Stephen Preefer in Support of Motion of Debtors for Entry of Interim and Final Orders, Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503, 506, 507, and 552, (I) Authorizing Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 4, Ex. A]

    B. *Affidavit of Service Regarding Motion* [ECF No. 36]

    C. *Interim Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [ECF No. 74]

    D. *Affidavit of Service regarding Interim Order* [ECF No. 113]

    E. *Notice of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 152]

    F. *Notice of Revised Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Senior Secured Superpriority Postpetition Financing and (B) Use Cash Collateral, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Granting Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [ECF No. 400]

Status: This matter will go forward as scheduled.

## 3. **FINAL APPROVAL OF THE WAGES MOTION**

*Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III)*

*Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 5] (the "**Wages Motion**")

<u>Objection Deadline</u>: July 2, 2026 at 12:00 p.m. (extended for the U.S. Trustee only)

<u>Responses Received</u>:

A. Informal comments received from the U.S. Trustee and the Creditors' Committee
B. *United States Trustee's Objection to Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 366]

<u>Related Documents</u>:

A. *Affidavit of Service regarding Motion* [ECF No. 36]
B. *Interim Order Authorizing (I) The Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 44]
C. *Affidavit of Service regarding Interim Order* [ECF No. 113]
D. *Notice of Revised Proposed Final Order Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 402]
E. *Reply in Support of the Debtors Motion for Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 403]
F. *Declaration of Amy O'Keefe in Support of the Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 403, Ex. A]

G. *Statement of the Official Committee of Unsecured Creditors in Support of the Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 404]

<u>Status</u>: This matter will go forward as scheduled.

[*Remainder of page left intentionally blank*]

Dated:   July 19, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

 /s/ *Brian M. Resnick*

450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in
Possession*