**Hearing Date and Time:   July 28, 2026, 2026 at 10:00 a.m.[1]**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[2] | **Jointly Administered** |

**NOTICE OF CONTINUED HEARING REGARDING DEBTORS' MOTION FOR
INTERIM AND FINAL ORDERS AUTHORIZING (I) THE DEBTORS TO (A)
HONOR PREPETITION EMPLOYEE OBLIGATIONS AND DIRECTOR
OBLIGATIONS AND (B) MAINTAIN EMPLOYEE BENEFITS PROGRAMS AND
PAY RELATED ADMINISTRATIVE OBLIGATIONS,  (II) CURRENT AND
FORMER EMPLOYEES TO PROCEED WITH OUTSTANDING WORKERS'
COMPENSATION CLAIMS, AND (III) FINANCIAL INSTITUTIONS  TO
HONOR AND PROCESS RELATED CHECKS AND TRANSFERS**

**PLEASE TAKE NOTICE** that, on June 12, 2026 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

---

[1]  All times herein are expressed in prevailing Eastern Time.

[2]  The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499).  The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

**PLEASE TAKE FURTHER NOTICE** that, on June 12, 2026, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* (the "**Wages Motion**").

**PLEASE TAKE FURTHER NOTICE** that, on June 15, 2026, the Court entered the *Interim Order Authorizing (I) The Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs And Pay Related Administrative Obligations, (II) Current And Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 44], which, among other things, scheduled a final hearing on the Wages Motion for July 9, 2026 at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that, on July 9, 2026, the final hearing on the Wages Motion was adjourned to July 15, 2026 at 10:00 a.m.  *See* ECF No. 221.

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2026, the Debtors filed the *Notice of Adjournment of (I) Final Hearing on the Debtors' DIP Motion, (II) Hearing on the Sale Order, (III) Hearing on the Deferred Compensation Trust Motion, and (IV) Hearing on the Wages Motion* [ECF No. 358], adjourning the final hearing on the Wages Motion to July 20, 2026 at 10:00 a.m. (the "**July 20 Hearing**").

**PLEASE TAKE FURTHER NOTICE** that, on July 14, 2026, the U.S. Trustee filed the *Objection to the Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* ("**U.S. Trustee Objection**") [ECF No. 366].

**PLEASE TAKE FURTHER NOTICE** that, on July 19, 2026, in reply to the U.S. Trustee Objection, the Debtors filed the *Reply in Support of the Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 403] (the "**Debtors' Reply**").

**PLEASE TAKE FURTHER NOTICE** that, on July 19, 2026, the Offical Committee of Unsecured Creditors filed the *Statement of the Official Committee of Unsecured Creditors in Support of Motion of the Debtors for Entry of Interim and Final Orders Authorizing (I) the Debtors to (A) Honor Prepetition Employee Obligations and Director Obligations and (B) Maintain Employee Benefits Programs and Pay Related Administrative Obligations, (II) Current and*

*Former Employees to Proceed With Outstanding Workers' Compensation Claims, and (III) Financial Institutions to Honor and Process Related Checks and Transfers* [ECF No. 404] in support of the Wages Motion.

**PLEASE TAKE FURTHER NOTICE** that, the final hearing on the Wages Motion commenced on July 20, 2026 and, as announced on the record at the July 20 Hearing, was continued to **July 28, 2026 at 10:00 a.m.** (the "**Adjourned Hearing**") solely for the purpose of further consideration of the U.S. Trustee Objection.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing will be conducted via Zoom for Government.  Participants at the Adjourned Hearing must register their appearance using the eCourt Appearance tool on the Court's website located at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. on the date that is two business days prior to the Adjourned Hearing.  Once an appearance is properly registered, the Court will circulate by email the link, Meeting ID, and Password to access the Adjourned Hearing using Zoom for Government.  A guide for using Zoom for Government is available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that the Adjourned Hearing may be continued or adjourned from time to time by an announcement of a further adjourned date or dates at the Adjourned Hearing or a later hearing or by filing a notice with the Court on the docket of the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that (i) the U.S. Trustee may file a brief in further support of the U.S. Trustee Objection and (ii) the Debtors may file a brief in further support of the Wages Motion, in each case, by no later than **July 27, 2026 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that copies of the Wages Motion, the U.S. Trustee Objection, the Debtors' Reply, and all other documents filed publicly in the Chapter 11 Cases are accessible, free of charge, at the Debtors' case website located at https://restructuring.ra.kroll.com/SleepNumber.

[*Remainder of page intentionally left blank*]

Dated:   July 20, 2026
         New York, New York

DAVIS POLK & WARDWELL LLP

By:   */s/ Brian M. Resnick*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Proposed Counsel to the Debtors and Debtors in Possession*