**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION,** *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

## <u>ORDER SCHEDULING INITIAL CASE CONFERENCE</u>

Sleep Number Corporation and its subsidiaries (collectively, the "**Debtors**") each filed a petition for relief (collectively, the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") on June 12, 2026, and the Court having determined that a case management conference will aid in the efficient conduct of the Chapter 11 Cases, it is

**ORDERED**, pursuant to section 105(d) of the Bankruptcy Code, that an initial case management conference to consider the efficient administration of the case, which may include, *inter alia*, such topics as retention of professionals, creation of a committee to review budget and fee requests, use of alternative dispute resolution, timetables, and scheduling of additional case management conferences will be conducted on **<u>Monday, August 3, 2026 at 10:00 a.m.</u>**[2] (the "**Initial Case Conference**") or as soon thereafter as counsel may be heard, before the Honorable Kyu Y. Paek, in a hybrid format that will permit either in-person attendance at One Bowling Green, New York, NY 10004-1408, Courtroom 610, or remote

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] All times herein are expressed in prevailing Eastern Time.

participation via Zoom for Government. Conference participants, whether appearing remotely or in person, must register their appearance using the eCourt Appearance tool on the Court's website at https://www.nysb.uscourts.gov/ecourt-appearances by 4:00 p.m. on the date that is two business days before the Initial Case Conference.  Once an appearance is properly registered, the Court will circulate by email the link, Meeting ID, and Password to access the Initial Case Conference using Zoom for Government.  A guide for using Zoom for Government is available at https://www.nysb.uscourts.gov/zoom-video-hearing-guide; and it is further

**ORDERED**, that the Debtors shall give notice of this Order at least seven days prior to the scheduled conference to the following parties (or their counsel): (a) the United States Trustee for Region 2; (b) the Official Committee of Unsecured Creditors; (c) Faegre Drinker Biddle & Reath LLP, as counsel to the agents under the Debtors' prepetition and post-petition credit facilities; and (d) any other party that is identified on Sleep Number's master service list, is entitled to notice under rule 9013-1(c) of the Local Bankruptcy Rules for the Southern District of New York, or has requested notice pursuant to rule 2002 of the Federal Rules of Bankruptcy Procedure. A copy of this Order will also be made available on the Debtors' case information website located at https://restructuring.ra.kroll.com/SleepNumber. The Debtors shall promptly file proof of service of such notice with the Clerk of the Court. No other or further notice is required.

**/s/ Kyu Y. Paek**



**Dated: July 21, 2026**
**Poughkeepsie, New York**

_____
**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**