**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION**, *et al.*, | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

### AFFIDAVIT OF SERVICE

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On July 20, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of June 26, 2026 [Docket No. 398]

- Notice of Presentment of Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing the Employment and Retention of Province, LLC as Financial Advisor Effective as of June 26, 2026 [Docket No. 399]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

Dated: July 23, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 23 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

2

SRF 97676

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO LACEY SOUTH SOUND LLC, PF PORTFOLIO 2, LP, AND TANASBOURNE SOUTH, LLC | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: IVAN M. GOLD<br>3 EMBARCADERO CENTER, 12TH FLOOR<br>SAN FRANCISCO CA 94111-4074 | IGOLD@ALLENMATKINS.COM | Email |
| COUNSEL TO PCI PRIVATE LIMITED | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BENJAMIN MINTZ, JUSTIN IMPERATO<br>250 WEST 55TH STREET<br>NEW YORK NY 10019 | BENJAMIN.MINTZ@ARNOLDPORTER.COM<br>JUSTIN.IMPERATO@ARNOLDPORTER.COM | Email |
| COUNSEL TO GOLDEN TRIANGLE DEVELOPMENT, LLC AND GOLDEN TRIANGLE II DEVELOPMENT, LLC | BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, PC | ATTN: SEAN B. DAVIS<br>1301 MCKINNEY STREET<br>SUITE 3700<br>HOUSTON TX 77010 | SBDAVIS@BAKERDONELSON.COM | Email |
| COUNSEL TO ACADIA MERRILLVILLE REALTY, L.P., ASPEN GRF2, LLC, BV CENTERCAL OWNER, LLC, BRE DDR WOODFIELD VILLAGE, LLC, CVM HOLDINGS, LLC, CONCORD CENTERCAL, LLC, COURTYARD HOLDINGS, L.P., CYPRESS CREEK POWER CENTER LLC, FLATIRON PROPERTY HOLDING, L.L.C., FREEMALL ASSOCIATES, LLC, GGCV REAL ESTATE LLC, HPC ROBINHOOD INVESTORS, LP, HAWTHORN, L.P., HUNT VALLEY TOWNE CENTRE LLC, IRVINE SPECTRUM CENTER LLC, KP IV NAVY, LLC, MP SHOPS AT HIGHLAND VILLAGE LLC, MVV OWNER, LLC, MREG NE36 OWNER LLC, MERIDIAN CENTERCAL OWNER, L.L.C., OAKWOOD SQUARE (E&A), LLC, SOCM I, LLC, SAUCON VALLEY LIFESTYLE CENTER, L.P., STATION PARK CENTERCAL, LLC, SILVERDALE PROPERTY OWNER LLC, THE IRVINE COMPANY LLC, TYSONS CORNER HOLDINGS, LLC, VALLEY MALL, L.L.C., VILLAGE AT TOTEM LAKE, LLC, AND WCS PROPERTIES BUSINESS TRUST | BALLARD SPAHR LLP | ATTN: BRIAN D. HUBEN, DUSTIN P. BRANCH, NAHAL ZARNIGHIAN<br>2029 CENTURY PARK EAST, SUITE 1400<br>LOS ANGELES CA 90067-2915 | HUBENB@BALLARDSPAHR.COM<br>BRANCHD@BALLARDSPAHR.COM<br>ZARNIGHIANN@BALLARDSPAHR.COM | Email |
| COUNSEL TO FEDERAL REALTY OP LP, FR DEL MONTE, LLC AND FR MONTROSE CROSSING, LLC, CARROLL/1709, LTD., PLEASANT RUN, 67, LTD., 4529 & 4555 EAGLE FALLS PLACE INVESTORS LLC, ACADIA MERRILLVILLE REALTY, L.P., ASPEN GRF2, LLC, BV CENTERCAL OWNER, LLC, BRE DDR WOODFIELD VILLAGE, LLC, CVM HOLDINGS, LLC, CONCORD CENTERCAL, LLC, COURTYARD HOLDINGS, L.P., CYPRESS CREEK POWER CENTER LLC, FLATIRON PROPERTY HOLDING, L.L.C., FREEMALL ASSOCIATES, LLC, GGCV REAL ESTATE LLC, HPC ROBINHOOD INVESTORS, LP, HAWTHORN, L.P., HUNT VALLEY TOWNE CENTRE LLC, IRVINE SPECTRUM CENTER LLC, KP IV NAVY, LLC, MP SHOPS AT HIGHLAND VILLAGE LLC, MVV OWNER, LLC, MREG NE36 OWNER LLC, MERIDIAN CENTERCAL OWNER, L.L.C., OAKWOOD SQUARE (E&A), LLC, SOCM I, LLC, SAUCON VALLEY LIFESTYLE CENTER, L.P., STATION PARK CENTERCAL, LLC, SILVERDALE PROPERTY OWNER LLC, THE IRVINE COMPANY LLC, TYSONS CORNER HOLDINGS, LLC, VALLEY MALL, L.L.C., VILLAGE AT TOTEM LAKE, LLC, AND WCS PROPERTIES BUSINESS TRUST | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, ESQ., LAUREL D. ROGLEN, ESQ., MARGARET A. VESPER, ESQ., ERIN L. WILLIAMSON<br>222 DELAWARE AVENUE, 10TH FLOOR<br>WILMINGTON DE 19801 | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM<br>WILLIAMSONE@BALLARDSPAHR.COM | Email |
| COUNSEL TO WESTFIELD, LLC, AND CERTAIN OF ITS AFFILIATE | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND<br>555 LONG WHARF DRIVE<br>13TH FLOOR<br>NEW HAVEN CT 06511 | NFERLAND@BARCLAYDAMON.COM | Email |
| TOP 30 UNSECURED CREDITOR | BAY AND BAY TRANSPORTATION SERVICES INC | ATTN: KRISTIN PULTE<br>PO BOX 74008069<br>CHICAGO IL 60674-8069 | KPULTE@BAYANDBAY.COM | Email |

In re: Sleep Number Corporation, *et al.*
Case No. 26-11399 (KYP)

Page 1 of 16

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | BAY AND BAY TRANSPORTATION SERVICES INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2905 W SERVICE ROAD, SUITE 2000<br>EAGAN MN 55121 | KPULTE@BAYANDBAY.COM | Email |
| COUNSEL TO DIVERSE LOGISTICS AND DISTRIBUTION LLC, TCA LOGISTICS LLC, ALLEGIANT FINAL MILE LLC, INFOSYS LIMITED, INFOSYS BPM, AND FCPT HOLDINGS, LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: BRANDON BARBARUOLO, KEVIN M. CAPUZZI<br>1155 AVENUE OF THE AMERICAS<br>FLOOR 26<br>NEW YORK NY 10036 | BBARBARUOLO@BENESCHLAW.COM<br>KCAPUZZI@BENESCHLAW.COM | Email |
| COUNSEL TO DIVERSE LOGISTICS AND DISTRIBUTION LLC, TCA LOGISTICS LLC, ALLEGIANT FINAL MILE LLC, INFOSYS LIMITED, INFOSYS BPM, AND FCPT HOLDINGS, LLC | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, ESQ., MELISSA A. SOBREPERA, ESQ.<br>1313 NORTH MARKET STREET<br>SUITE 1201<br>WILMINGTON DE 19801 | KCAPUZZI@BENESCHLAW.COM<br>MSOBREPERA@BENESCHLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | BERNHARDT FURNITURE COMPANY | ATTN: KEVIN MCDOUGALL<br>12197 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 | KEVINMCDOUGALL@BERNHARDT.COM<br>BERNHARDT@BERNHARDT.COM | Email |
| TOP 30 UNSECURED CREDITOR | BRISKHEAT CORP | ATTN: TONY MULTON<br>4800 HILTON CORP DR<br>COLUMBUS OH 43232 | TMULTON@BRISKHEAT.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER LLP | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| TOP 30 UNSECURED CREDITOR | CARPENTER CO. | ATTN: MICHAEL FAUS, TAMMY MAYES<br>PO BOX 34546<br>RICHMOND VA 23234 | MICHAEL.FAUS@CARPENTER.COM | Email |
| TOP 30 UNSECURED CREDITOR | CARPENTER CO. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>5016 MONUMENT AVENUE<br>RICHMOND VA 23230 | MICHAEL.FAUS@CARPENTER.COM | Email |
| COUNSEL TO SEROTA ISLIP BLUFFTON, LLC, JAMES NOGLE TRUST, DATED NOVEMBER 12, 1997 AS AN UNDIVIDED 1/6 INTEREST, GAYLE M. NOGLE TRUST, DATED NOVEMBER 12, 1997 AS AN UNDIVIDED 1/6 INTEREST AND NOGLE AND BLACK, INC. AS AN UNDIVIDED 2/3 INTEREST ("THE NOGLE ENTITIES") | CERTILMAN BALIN ADLER & HYMAN, LLP | ATTN: RICHARD J. MCCORD, ESQ.<br>90 MERRICK AVENUE<br>9TH FLOOR<br>EAST MEADOW NY 11554 | RMCCORD@CERTILMANBALIN.COM | Email |
| UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | CHAMBERS OF HONORABLE | SLEEP NUMBER CHAMBERS COPY<br>US BANKRUPTCY COURT SDNY<br>ONE BOWLING GREEN<br>NEW YORK NY 10004-1408 | | Overnight Mail |
| COUNSEL TO ARIZONA GATEWAY VILLAGE, LLC, HART PACIFIC COMMONS, IMPERIAL DELAWARE, LLC, AND TREA RIVER OAKS OWNER LLC | CLARK HILL PLC | ATTN: STEVEN M. RICHMAN<br>510 CARNEGIE CENTER, SUITE 101<br>PRINCETON NJ 08540 | SRICHMAN@CLARKHILL.COM | Email |
| COMMONWEALTH OF PUERTO RICO | COMMONWEALTH OF PUERTO RICO | ATTENTION BANKRUPTCY DEPT<br>APARTADO 9020192<br>SAN JUAN PR 00902-0192 | | Overnight Mail |

In re: Sleep Number Corporation, *et al.*
Case No. 26-11399 (KYP)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO SERVICENOW, INC. | COOLEY LLP | ATTN: JEREMIAH P. LEDWIDGE, ARIELLE C. AMBRA-JUAREZ<br>55 HUDSON YARDS<br>NEW YORK NY 10001 | JLEDWIDGE@COOLEY.COM<br>AAMBRAJUAREZ@COOLEY.COM | Email |
| COUNSEL TO SERVICENOW, INC. | COOLEY LLP | ATTN: ROBERT L. EISENBACH III<br>3 EMBARCADERO CENTER, 20TH FLOOR<br>SAN FRANCISCO CA 94111-4004 | REISENBACH@COOLEY.COM | Email |
| COUNSEL TO VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION ENERGY VIRGINIA, DOMINION ENERGY SOUTH CAROLINA, INC., CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., GEORGIA POWER COMPANY, SALT RIVER PROJECT, OHIO EDISON COMPANY, POTOMAC EDISON COMPANY, WEST PENN POWER COMPANY, PENNSYLVANIA ELECTRIC COMPANY, MONONGAHELA POWER COMPANY, METROPOLITAN EDISON COMPANY, PENNSYLVANIA POWER COMPANY, JERSEY CENTRAL POWER & LIGHT COMPANY, TOLEDO EDISON COMPANY, THE CLEVELAND ELECTRIC ILLUMINATING COMPANY, THE CONNECTICUT LIGHT & POWER COMPANY, YANKEE GAS SERVICES COMPANY, NSTAR ELECTRIC COMPANY (EAST), NSTAR GAS COMPANY, PUBLIC SERVICE COMPANY OF NEW HAMPSHIRE, FLORIDA POWER & LIGHT COMPANY, BALTIMORE GAS AND ELECTRIC COMPANY, COMMONWEALTH EDISON COMPANY, PECO ENERGY COMPANY, ENTERGY ARKANSAS, LLC, ENTERGY LOUISIANA, LLC, ENTERGY MISSISSIPPI, LLC, ENTERGY TEXAS, INC., NEW YORK STATE ELECTRIC & GAS CORPORATION AND ROCHESTER GAS AND ELECTRIC CORPORATION, AND ANY OTHER UTILITIES (COLLECTIVELY, THE "UTILITIES") | CULLEN AND DYKMAN LLP | ATTN: KYRIAKI CHRISTODOULOU<br>ONE BATTERY PARK PLAZA, 34TH FLOOR<br>NEW YORK NY 10004 | KCHRISTODOULOU@CULLENLLP.COM | Email |
| TOP 30 UNSECURED CREDITOR | CULP HOME FASHIONS | ATTN: IV CULP<br>PO BOX 751007<br>CHARLOTTE NC 28275 | IVCULP@CULP.COM | Email |
| TOP 30 UNSECURED CREDITOR | CULP HOME FASHIONS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>7209 HIGHWAY 158<br>STOKESDALE NC 27357 | IVCULP@CULP.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION | DAVIS POLK & WARDWELL LLP | ATTN: BRIAN M. RESNICK, ANGELA M. LIBBY, STEPHEN D. PIRAINO, RICHARD J. STEINBERG, SIHUI (SOPHY) MA, MOREDECHAI RIVKIN<br>450 LEXINGTON AVENUE<br>NEW YORK NY 10017 | SOPHY.MA@DAVISPOLK.COM<br>STEPHEN.PIRAINO@DAVISPOLK.COM<br>MORDECHAI.RIVKIN@DAVISPOLK.COM | Email |
| TOP 30 UNSECURED CREDITOR | DIVERSE LOGISTICS AND DISTRIBUTION LLC | ATTN: VICTOR MRAZ<br>4763 OAK FAIR BLVD<br>TAMPA FL 33610 | VMRAZ@DIVERSELOGISTICS.COM | Email |
| TOP 30 UNSECURED CREDITOR | EAST ROCK LIMITED | ATTN: WANG JUE (TIGER)<br>ROOM 1538 BLDG C FOCUS SQUARE NO. 6<br>FU TONG DONG DA JIE, WANG JING<br>CHAOYANG DISTRICT 11 100102 CHINA | WANGJUE@EASTROCK.CC | Email |
| TOP 30 UNSECURED CREDITOR | ELECTROPEDIC MANUFACTURING CORPORATION | ATTN: PHILIP SALVADOR KRAUS, PRESIDENT<br>637 4TH STREET<br>SAN FERNANDO CA 91340 | EMCPSK@MSN.COM<br>BUYBEDS@MSN.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | ELITE COMFORT SOLUTIONS LLC | ATTN: TYSON HAGALE<br>1545 DEBORAH HERMAN RD<br>CONOVER NC 28613 | TYSON.HAGALE@LEGGETT.COM | Email |
| COUNSEL TO F&H SINCLAIR PROPERTIES | ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | ATTN: MICHAEL I. GOTTFRIED<br>10345 W. OLYMPIC BLVD.<br>LOS ANGELES CA 90064 | MIG@ELKINSKALT.COM | Email |
| COUNSEL TO TRAILSIDE LIBERTY WAY, LLC | ELLIOTT LEVINE JAROSLAW NEILS LLP | ATTN: JARED R. CLARK, ESQ.<br>ONE GRAND CENTRAL PLACE<br>60 EAST 42ND STREET, SUITE 1570<br>NEW YORK NY 10165 | JCLARK@ELJNLAW.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | Overnight Mail |
| TOP 30 UNSECURED CREDITOR | ERGOMOTION INC | ATTN: GUI PEREZ, CEO<br>PO BOX 8330<br>GOLETA CA 93118 | GP@ERGOMOTION.COM<br>GPERES@ERGOMOTION.COM | Email |
| TOP 30 UNSECURED CREDITOR | ERGOMOTION INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>6790 NAVIGATOR DR<br>GOLETA CA 93117 | GP@ERGOMOTION.COM<br>GPERES@ERGOMOTION.COM | Email |
| COUNSEL TO U.S. BANK NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: JAMES H. MILLAR, NICHOLAS A. ARGENTIERI<br>1177 AVENUE OF THE AMERICAS, 43RD FL.<br>NEW YORK NY 10036 | JAMES.MILLAR@FAEGREDRINKER.COM<br>NICK.ARGENTIERI@FAEGREDRINKER.COM | Email |
| COUNSEL TO THE AGENT UNDER, AND THE LENDERS OF, THE DEBTORS' PREPETITION CREDIT FACILITY, U.S. BANK NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT | FAEGRE DRINKER BIDDLE & REATH LLP | ATTN: MICHAEL STEWART, ADAM BALLINGER, PAIGE NAIG<br>2200 WELLS FARGO CENTER<br>90 SOUTH 7TH STREET<br>MINNEAPOLIS MN 55402 | ADAM.BALLINGER@FAEGREDRINKER.COM<br>MICHAEL.STEWART@FAEGREDRINKER.COM<br>PAIGE.NAIG@FAEGREDRINKER.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FBT GIBBONS LLP | ATTN: ERIN P. SEVERINI, RONALD E. GOLD, JOY KLEISINGER<br>205 E. 42ND STREET<br>SUITE 1900<br>NEW YORK NY 10017 | ESEVERINI@FBTGIBBONS.COM<br>RGOLD@FBTGIBBONS.COM<br>JKLEISINGER@FBTGIBBONS.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FBT GIBBONS LLP | ATTN: ERIN P. SEVERINI, RONALD E. GOLD, JOY KLEISINGER<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | ESEVERINI@FBTGIBBONS.COM<br>RGOLD@FBTGIBBONS.COM<br>JKLEISINGER@FBTGIBBONS.COM | Email |
| FEDERAL AVIATION ADMINISTRATION | FEDERAL AVIATION ADMINISTRATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>800 INDEPENDENCE AVENUE, SW<br>WASHINGTON DC 20591 | | Overnight Mail |
| TOP 30 UNSECURED CREDITOR | FEDERAL EXPRESS CORP | ATTN: DEB HANSON<br>PO BOX 223125<br>PITTSBURGH PA 15251-2125 | DEB.HANSON@FEDEX.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | FEDERAL EXPRESS CORP | ATTN: PRESIDENT OR GENERAL COUNSEL<br>3610 HACKS CROSS ROAD<br>MEMPHIS TN 38125 | DEB.HANSON@FEDEX.COM | Email |
| TOP 30 UNSECURED CREDITOR | FISH & RICHARDSON PC | ATTN: SVETLA NIKOLOVA<br>225 FRANKLIN STREET<br>BOSTON MA 02110 | DEHBOZORGI@FR.COM<br>NIKOLOVA@FR.COM | Email |
| TOP 30 UNSECURED CREDITOR | FLEXTRONICS INTERNATIONAL EUROPE BV | ATTN: DENNIS KIRKPATRICK<br>NOBELSTRAAT 10-14<br>OOSTRUM 5807 GA NETHERLANDS | DENNIS.KIRKPATRICK@FLEX.COM | Email |
| TOP 30 UNSECURED CREDITOR | FUTURE FOAM, INC | ATTN: MIKE SCHWEIGER<br>1610 AVENUE "N"<br>COUNCIL BLUFF IA 51501-1071 | MSCHWEIGER@FUTUREFOAM.COM | Email |
| TOP 30 UNSECURED CREDITOR | FUTURE TEXTILES INC | ATTN: HENRY WANG, PRESIDENT<br>178 RIDGE ROAD STE A<br>DAYTON NJ 08810 | HENRY@DESIGNWEAVE.US | Email |
| COUNSEL TO GGP SERVICES INC., AS AGENT | GGP SERVICES INC., AS AGENT | ATTN: KRISTEN N. PATE<br>350 N. ORLEANS STREET, SUITE 300<br>CHICAGO IL 60654-1607 | BK@GGP.COM | Email |
| COUNSEL TO TGA REDLANDS INDUSTRIAL CENTER LLC | GOE FORSYTHE & HODGES LLP | ATTN: ROBERT P. GOE<br>17701 COWAN<br>SUITE 210, BUILDING D<br>IRVINE CA 92614 | RGOE@GOEFORLAW.COM | Email |
| COUNSEL TO SNBR INC. AND SLEEP COUNTRY CANADA INC. | GOODWIN PROCTER LLP | ATTN: KIZZY L. JARASHOW<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK NY 10018 | KJARASHOW@GOODWINLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | GUMOTEX | ATTN: FRANTIŠEK ŘEZÁČ, CEO<br>MLADEZNICKA 3062/3A<br>BRECLAV 690-02 CZECHIA | FRANTISEK.REZAC@GUMOTEX.CZ | Email |
| COUNSEL TO SNFT 2, LLC | HAYNES AND BOONE, LLP | ATTN: RICHARD S. KANOWITZ, LAUREN M. SISSON<br>30 ROCKEFELLER PLAZA, 22ND FLOOR<br>NEW YORK NY 10112 | RICHARD.KANOWITZ@HAYNESBOONE.COM<br>LAUREN.SISSON@HAYNESBOONE.COM | Email |
| COUNSEL TO JAY JAFFEE, AS POWER OF ATTORNEY FOR FERN JAFFEE | HINSHAW & CULBERTSON LLP | ATTN: MARIAM G. CHUBINIDZE, ESQ<br>800 THIRD AVENUE<br>13TH FLOOR<br>NEW YORK NY 10022 | MCHUBINIDZE@HINSHAWLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | HOMTEX, INC | ATTN: JEREMY WOOTTEN, PRESIDENT & CEO<br>15295 US HIGHWAY 157<br>VINEMONT AL 35179 | JEREMY.WOOTTEN@HOMTEX.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | HORIZON MEDIA, INC. | ATTN: NANCY BLUCHER<br>75 VARICK STREET<br>16TH FLOOR<br>NEW YORK NY 10013 | NBLUCHER@HORIZONMEDIA.COM | Email |
| COUNSEL TO HAMRA GATEWAY, LLC | HUSCH BLACKWELL LLP | ATTN: TARA T. LEDAY<br>111 CONGRESS AVE., SUITE 1400<br>AUSTIN TX 78701 | TARA.LEDAY@HUSCHBLACKWELL.COM | Email |
| COUNSEL TO BELLEVUE SQUARE, LLC, BELLEVUE SQUARE MERCHANTS ASSOCIATION | ILLUMINATE LAW GROUP | ATTN: BRIAN M. MUCHINSKY; EMILY C. WOODS<br>10500 NE 8TH STREET, SUITE 850<br>BELLEVUE WA 98004 | BMUCHINSKY@ILLUMINATELG.COM<br>EWOODS@ILLUMINATELG.COM<br>ASHLEY@ILLUMINATELG.COM | Email |
| TOP 30 UNSECURED CREDITOR | INFOSYS BPM LTD | ATTN: DILIP KUMAR<br>STE 700 CUMBERLAND CENTER IV<br>ATLANTA GA 30339 | DILIP_KUMAR@INFOSYS.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET STREET<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV | Email |
| COUNSEL TO RYDER TRANSPORTATION SERVICES, INC., BENDERSON DEVELOPMENT COMPANY, LLC, BRIXMOR PROPERTY GROUP INC., CURBLINE PROPERTIES CORP., FRONTIER COMPANIES, GGP SERVICES, INC., HINES GLOBAL REIT, JONES LANG LASALLE AMERICAS, INC., KITE REALTY GROUP, NNN REIT, INC., REGENCY CENTERS, L.P, LACEY SOUTH SOUND LLC, PF PORTFOLIO 2, LP, AND TANASBOURNE SOUTH, LLC | KELLEY DRYE & WARREN LLP | ATTN: ERIC R. WILSON, PHILIP A. WEINTRAUB, ROBERT L. LEHANE, JENNIFER D. RAVIELE, ALLISON SELICK<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | PWEINTRAUB@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM<br><br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br><br>RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>ASELICK@KELLEYDRYE.COM | Email |
| COUNSEL TO PREIT SERVICES, LLC, AS AGENT FOR PR FINANCING LIMITED PARTNERSHIP | KURTZMAN \| STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE<br>101 N. WASHINGTON AVENUE, SUITE 4A<br>MARGATE NJ 08402 | KURTZMAN@KURTZMANSTEADY.COM | Email |
| TOP 30 UNSECURED CREDITOR | LEGGETT & PLATT INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>NO. 1 LEGGETT ROAD<br>CARTHAGE MO 64836 | TYSON.HAGALE@LEGGETT.COM | Email |
| TOP 30 UNSECURED CREDITOR | LEGGETT & PLATT INC | ATTN: TYSON HAGALE<br>PO BOX 757<br>CARTHAGE MO 64836 | TYSON.HAGALE@LEGGETT.COM | Email |
| COUNSEL TO INSITE MISHAWAKA, L.L.C. | LEVENFELD PEARLSTEIN, LLC | ATTN: JOHN ("JACK") R. O'CONNOR<br>120 S. RIVERSIDE PLAZA, SUITE 1800<br>CHICAGO IL 60606 | JOCONNOR@LPLEGAL.COM | Email |
| COUNSEL TO NUECES COUNTY, VICTORIA COUNTY, HIDALGO COUNTY, HAYS CISD, CITY OF MCALLEN, MCLENNAN COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO BEXAR COUNTY, CITY OF EL PASO | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET<br>SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO TARRANT COUNTY, DALLAS COUNTY, SMITH COUNTY, IRVING ISD, ROCKWALL CAD, LEWISVILLE ISD, GRAYSON COUNTY, NORTHWEST ISD, TOWN OF FAIRVIEW, GREGG COUNTY, CITY OF FRISCO, TOWN OF PROSPER, AND PROSPER ISD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS TX 75219 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO KATY ISD, CITY OF HOUSTON, HARRIS CO ESD # 16, HARRIS CO ESD # 09, HOUSTON CITY COLLEGE, FKA, HOUSTON COMM COLLEGE, CYPRESS-FAIRBANKS ISD, HOUSTON ISD, JEFFERSON COUNTY, CITY OF HUMBLE, HARRIS CO ESD # 11, MONTGOMERY COUNTY, HARRIS CO ESD # 48, LONE STAR COLLEGE SYSTEM, FORT BEND COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF COMAL, TEXAS, THE COUNTY OF DENTON, TEXAS, THE CITY OF SELMA, TEXAS, THE COUNTY OF HAYS, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, CITY OF WACO AND WACO ISD, THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>700 JEFFREY WAY, SUITE 100<br>ROUND ROCK TX 78665 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO TAX APPRAISAL DISTRICT OF BELL COUNTY, TEXAS, THE COUNTY OF BRAZOS, TEXAS, THE COUNTY OF COMAL, TEXAS, THE COUNTY OF DENTON, TEXAS, THE CITY OF SELMA, TEXAS, THE COUNTY OF HAYS, TEXAS, MIDLAND CENTRAL APPRAISAL DISTRICT, TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, CITY OF WACO AND WACO ISD, THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | JPARSONS@MVBALAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | META PLATFORM INC | ATTN: SHANNON RYAN<br>1601 WILLOW RD<br>MENLO PARK CA 94025 | SHANNONRYAN@META.COM | Email |
| COUNSEL TO MICHIGAN DEPARTMENT OF TREASURY | MICHIGAN DEPARTMENT OF TREASURY, ASSISTANT ATTORNEY GENERAL | ATTN: JUANDISHA M. HARRIS<br>CADILLAC PLACE BUILDING<br>3030 W. GRAND BLVD., STE. 10-200<br>DETROIT MI 48202 | HARRISJ12@MICHIGAN.GOV | Email |
| TOP 30 UNSECURED CREDITOR | MICROSOFT CORP | ATTN: SCOTT SAHLI<br>1950 N STEMMONS FWY STE 5010<br>DALLAS TX 75207 | SCSAHLI@MICROSOFT.COM | Email |
| TOP 30 UNSECURED CREDITOR | MICROSOFT ONLINE INC | ATTN: LANCE WILSON<br>PO BOX 847543<br>DALLAS TX 75284-7543 | LANCEW@MICROSOFT.COM | Email |
| TOP 30 UNSECURED CREDITOR | MICROSOFT ONLINE INC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>ONE MICROSOFT WAY<br>REDMOND WA 98052 | LANCEW@MICROSOFT.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO AIREX PORTFOLIO 7 MASTER TENANT LLC | MUNSCH HARDT KOPF & HARR, P.C. | ATTN: DEBORAH M. PERRY<br>500 N. AKARD STREET<br>SUITE 4000<br>DALLAS TX 75201-6659 | DPERRY@MUNSCH.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | | Overnight Mail |
| COUNSEL TO BRISKHEAT CORPORATION | NEAL, GERBER & EISENBERG LLP | ATTN: JOSHUA M. ALTMAN<br>225 WEST RANDOLPH STREET<br>SUITE 2800<br>CHICAGO IL 60606 | JALTMAN@NGE.COM | Email |
| COUNSEL TO LEXINGTON LOGISTICS, LLC AND FGO DELIVERS, LLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP | ATTN: SHANE G. RAMSEY<br>1222 DEMONBREUN ST.<br>SUITE 1700<br>NASHVILLE TN 37203 | SHANE.RAMSEY@NELSONMULLINS.COM | Email |
| TOP 30 UNSECURED CREDITOR | NFL VENTURES LLP | ATTN: SUSAN HAMLIN<br>1 SABOL WAY<br>MT LAUREL NJ 08054 | SUSAN.HAMLIN@NFL.COM | Email |
| OFFICE OF THE ATTORNEY GENERAL GUAM | OFFICE OF THE ATTORNEY GENERAL GUAM | ATTN: BANKRUPTCY DEPT<br>590 S. MARINE CORPS DR., SUITE 901<br>TAMUNING GU 96913 | | Overnight Mail |
| UNITED STATES TRUSTEE FOR THE SOUTHERN DISTRICT OF NEW YORK | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2 | ATTN: WILLIAM K. HARRINGTON, ANDREA B. SCHWARTZ, ESQ., DANIEL RUDEWICZ, ESQ.<br>ONE BOWLING GREEN<br>RM 534<br>NEW YORK NY 10004 | ANDREA.B.SCHWARTZ@USDOJ.GOV<br>DANIEL.RUDEWICZ@USDOJ.GOV | Email and Overnight Mail |
| COUNSEL TO BOWIE LEGACY HOLDINGS, LLC | OFFIT KURMAN, P.A. | ATTN: ALBENA PETRAKOV, ESQ.<br>590 MADISON AVENUE<br>SIXTH FLOOR<br>NEW YORK NY 10022 | APETRAKOV@OFFITKURMAN.COM | Email |
| COUNSEL TO THRUWAY SHOPPING CENTER, LLC | OFFIT KURMAN, P.A. | ATTN: ALBENA PETRAKOV, ESQ., STEPHEN A. METZ, ESQ.<br>590 MADISON AVE.<br>6TH FLOOR<br>NEW YORK NY 10022 | APETRAKOV@OFFITKURMAN.COM<br>SMETZ@OFFITKURMAN.COM | Email |
| COUNSEL TO BOWIE LEGACY HOLDINGS, LLC | OFFIT KURMAN, P.A. | ATTN: FRANCES C. WILBURN, ESQ., STEPHEN NICHOLS, ESQ.<br>7501 WISCONSIN AVENUE<br>SUITE 1000W<br>BETHESDA MD 20814 | FWILBURN@OFFITKURMAN.COM<br>SNICHOLS@OFFITKURMAN.COM | Email |
| COUNSEL TO THRUWAY SHOPPING CENTER, LLC | OFFIT KURMAN, P.A. | ATTN: STEPHEN A. METZ, ESQ.<br>7501 WISCONSIN AVE<br>SUITE 10814<br>BETHESDA MD 20814 | SMETZ@OFFITKURMAN.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | PACHULSKI STANG ZIEHL & JONES LLP | ATTN: ROBERT J. FEINSTEIN, BRADFORD J. SANDLER, SHIRLEY S. CHO, THEODORE S. HECKEL, SR. 1700 BROADWAY 36TH FLOOR NEW YORK NY 10019 | RFEINSTEIN@PSZJLAW.COM BSANDLER@PSZJLAW.COM SCHO@PSZJLAW.COM THECKEL@PSZJLAW.COM | Email |
| TOP 30 UNSECURED CREDITOR | PCI PRIVATE LTD | ATTN: THOMAS HANDOJO 35 PIONEER RD NO SINGAPORE 628475 SINGAPORE | THOMAS.HANDOJO@PCILTD.COM.SG | Email |
| COUNSEL TO HIGHLAND PARK ISD, GRAPEVINE-COLLEYVILLE ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO 500 E. BORDER STREET, SUITE 640 ARLINGTON TX 76010 | EBCALVO@PBFCM.COM | Email |
| COUNSEL TO FRISCO ISD, GARLAND ISD, CITY OF HIGHLAND VILLAGE | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE 1919 S. SHILOH RD. SUITE 640, LB 40 GARLAND TX 75042 | LREECE@PBFCM.COM | Email |
| COUNSEL TO FORT BEND INDEPENDENT SCHOOL DISTRICT AND FORT BEND COUNTY LEVEE IMPROVEMENT DISTRICT # 17 | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO TAXING DISTRICTS COLLECTED BY RANDALL COUNTY, LUBBOCK CENTRAL APPRAISAL DISTRICT, AND MIDLAND COUNTY | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP | ATTN: ALYSIA CÓRDOVA P.O. BOX 9132 AMARILLO TX 79105 | AMABKR@PBFCM.COM ACORDOVA@PBFCM.COM | Email |
| COUNSEL TO KIMCO REALTY CORPORATION, CHICO CROSSROADS, L.P., SANTEE TROLLEY SQUARE 991, LP, KIMCO REALTY OP, LLC, KIR COPIAGUE L.P., CH REALTY III/BATTLEFIELD, L.L.C., PL PENTAGON LLC, AND STONEBRIDGE PTC 2476, LLC (COLLECTIVELY, THE "KIMCO LANDLORDS") | POLSINELLI PC | ATTN: BRETT D. GOODMAN 600 THIRD AVENUE, 42ND FLOOR NEW YORK NY 10016 | BGOODMAN@POLSINELLI.COM | Email |
| COUNSEL TO NEVADA HOLDING CO., L.P | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: MARIA K. PUM, ESQ., WILLIAM A. SMELKO, ESQ. 525 B STREET SUITE 2200 SAN DIEGO CA 92101 | MARIA.PUM@PROCOPIO.COM BILL.SMELKO@PROCOPIO.COM | Email |
| COUNSEL TO ERGOMOTION, INC. | REICH, REICH & REICH, P.C. | ATTN: JEFFREY A. REICH, ESQ. 235 MAIN STREET, SUITE #450 WHITE PLAINS NY 10601 | JREICH@REICHPC.COM | Email |
| COUNSEL TO ERGOMOTION, INC. | REICKER, PFAU, PYLE & MCROY, LLP | ATTN: TIMOTHY J. TRAGER, ESQ. 1421 STATE STREET, SUITE B SANTA BARBARA CA 93101 | TTRAGER@RPPMH.COM | Email |
| COUNSEL TO ELECTRI-CORD MANUFACTURING CO. | RUPP PFALZGRAF LLC | ATTN: KYLE C. DIDONE 1600 LIBERTY BUILDING BUFFALO NY 14202-3694 | DIDONE@RUPPPFALZGRAF.COM | Email |
| COUNSEL TO LEGGETT & PLATT, INCORPORATED AND ELITE COMFORT SOLUTIONS LLC | SCARINCI HOLLENBECK, LLC | ATTN: DAVID EDELBERG, ESQ. 150 CLOVE ROAD, 9TH FLOOR LITTLE FALLS NJ 07424 | DEDELBERG@SH-LAW.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F STREET, NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET, SUITE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| TOP 30 UNSECURED CREDITOR | SEGERDAHL CORP | ATTN: DOUG FULLER<br>1351 S. WHEELING ROAD<br>WHEELING IL 60090 | DFULLER@SG360.COM | Email |
| TOP 30 UNSECURED CREDITOR | SERVICENOW INC | ATTN: KENT CORNESS<br>2225 LAWSON LN<br>STA CLARA CA 95054 | KENT.CORNESS@SERVICENOW.COM | Email |
| TOP 30 UNSECURED CREDITOR | SHI INTERNATIONAL CORP | ATTN: JEFF WILKINS<br>290 DAVIDSON AVE<br>SOMERSET NJ 08873 | JEFF_WILKINS@SHI.COM | Email |
| COUNSEL TO DUNLAWTON YORKTOWNE UNIT 4, LLC | SHUKER & DORRIS, P.A. | ATTN: R. SCOTT SHUKER, ESQ.<br>121 SOUTH ORANGE AVENUE<br>SUITE 1120<br>ORLANDO FL 32801 | RSHUKER@SHUKERDORRIS.COM<br>MFRANKLIN@SHUKERDORRIS.COM<br>ATILLMAN@SHUKERDORRIS.COM | Email |
| COUNSEL TO SIMON PROPERTY GROUP, L.P. | SIMON PROPERTY GROUP, L.P. | ATTN: CATHERINE M. MARTIN, ESQ.<br>225 WEST WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | CMARTIN@SIMON.COM | Email |
| TOP 30 UNSECURED CREDITOR | SPRINGS CREATIVE PRODUCTS GRP | ATTN: GEORGE BOOTH<br>300 CHATHAM AVE STE 100<br>ROCK HILL SC 29730 | GEORGE.BOOTH@SPRINGSCREATIVE.COM | Email |
| COUNSEL TO TANGER, TANGER MANAGEMENT LLC , EATONTOWN 36, LLC | STARK & STARK, PC | ATTN: THOMAS S. ONDER, ESQ., JOSEPH H. LEMKIN, ESQ.<br>100 AMERICAN METRO BLVD.<br>HAMILTON NJ 08619 | TONDER@STARK-STARK.COM<br>JLEMKIN@STARK-STARK.COM | Email |
| COUNSEL TO ODINTEQ, LLC | STARR & STARR, PLLC | ATTN: STEPHEN Z. STARR, VILDAN E. STARR<br>260 MADISON AVENUE, 17TH FLOOR<br>NEW YORK NY 10016 | SSTARR@STARRANDSTARR.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | Overnight Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |

Exhibit A

Master Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | | Overnight Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>165 CAPITOL AVENUE<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US<br>ATTORNEY.GENERAL@DELAWARE.GOV | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>THE CAPITOL, PL 01<br>TALLAHASSEE FL 32399-1050 | | Overnight Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>40 CAPITAL SQUARE, SW<br>ATLANTA GA 30334-1300 | | Overnight Mail |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | Email |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | Overnight Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST., 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>120 SW 10TH AVE., 2ND FLOOR<br>TOPEKA  KS 66612-1597 | | Overnight Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>700 CAPITOL AVENUE, SUITE 118<br>FRANKFORT  KY 40601 | | Overnight Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>6 STATE HOUSE STATION<br>AUGUSTA  ME 04333-0000 | | Overnight Mail |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>ONE ASHBURTON PLACE<br>BOSTON  MA 02108-1698 | | Overnight Mail |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>G. MENNEN WILLIAMS BUILDING, 7TH FLOOR<br>525 W. OTTAWA ST., P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | Overnight Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET, SUITE 1200, P.O. BOX 220<br>JACKSON MS 39201 | | Overnight Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>215 N SANDERS, THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>2115 STATE CAPITOL<br>2ND FL, RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>33 CAPITOL ST.<br>CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET, P.O. BOX 080<br>TRENTON NJ 08625-0080 | | Overnight Mail |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | Overnight Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY UNIT, CIVIL RECOVERIES BUREAU<br>OFFICE OF THE ATTORNEY GENERAL<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | Overnight Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | Overnight Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | Overnight Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | Overnight Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | Overnight Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | Overnight Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | Overnight Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL, TN DEPT OF REVENUE | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | GINA.HANTEL@AG.TN.GOV<br>AGBANKNEWYORK@AG.TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.Info@vermont.gov | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | Overnight Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | Overnight Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | Overnight Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | Overnight Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO GUMOTEX, A.S./ GUMOTEX COATING, S.R.O. | TARTER KRINSKY & DROGIN LLP | ATTN: ALEX SPIZZ, ESQ. 1350 BROADWAY 11TH FLOOR NEW YORK NY 10018 | ASPIZZ@TARTERKRINSKY.COM | Email |
| TOP 30 UNSECURED CREDITOR | TCA LOGISTICS CORP | ATTN: VICTOR MRAZ 102 LAUMAN LN HICKSVILLE NY 11801 | VMRAZ@DIVERSELOGISTICS.COM | Email |
| COUNSEL TO THH TRACT 5, LLC, CHERRY HILL RETAIL PARTNERS, LLC | THE WEINGARTEN LAW FIRM, LLC | ATTN: WILLIAM N. AUMENTA, ESQ 444 HOES LANE SUITE 200 PISCATAWAY NJ 08854 | WAUMENTA@WEINGARTENLAW.COM | Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS P.O. BOX 1748 AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |
| COUNSEL TO FALLON GROUP, INC. | TROUTMAN PEPPER LOCKE LLP | ATTN: MICHAEL A. SABINO 875 THIRD AVENUE NEW YORK NY 10024 | MICHAEL.SABINO@TROUTMAN.COM | Email |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | Overnight Mail |
| UNITED STATES ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF NEW YORK | US ATTORNEY FOR SOUTHERN DISTRICT OF NEW YORK | ATTN: JEAN-DAVID (J.D.) BARNEA, CO-CHIEF, TAX & BANKRUPTCY UNIT 86 CHAMBERS STREET 3RD FLOOR NEW YORK NY 10007 | JEFFREY.OESTERICHER@USDOJ.GOV LAWRENCE.FOGELMAN@USDOJ.GOV PETER.ARONOFF@USDOJ.GOV LINDA.RIFFKIN@USDOJ.GOV | Email |
| COUNSEL TO LANDLORD AND CREDITOR 8650 VILLA LA JOLLA, INC. | VALINOTI, SPECTER & DITO, LLP | ATTN: JEFFREY A. DITO, ESQ. 301 JUNIPERO SERRA BLVD SUITE 200 SAN FRANCISCO CA 94127 | JDITO@VALINOTI-DITO.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 441 4TH STREET, NW WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO SHI INTERNATIONAL CORP. | WHITEFORD, TAYLOR & PRESTON L.L.P. | ATTN: KENNETH M. LEWIS 444 MADISON AVENUE 4TH FLOOR NEW YORK NY 10022 | KLEWIS@WHITEFORDLAW.COM | Email |
| COUNSEL TO SNFT 2, LLC | WICK PHILLIPS | ATTN: SCOTT LAWRENCE 3131 MCKINNEY AVENUE, SUITE 500 DALLAS TX 75204 | SCOTT.LAWRENCE@WICKPHILLIPS.COM | Email |
| COUNSEL TO WENDOVER VILLAGE GREENSBORO II, LLC | WILLIAMS MULLEN | ATTN: LEAH WILSON 4605 COLUMBUS STREET VIRGINIA BEACH VA 23462 | | Overnight Mail |

In re: Sleep Number Corporation, *et al.*
Case No. 26-11399 (KYP)

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO WENDOVER VILLAGE GREENSBORO II, LLC | WILLIAMS MULLEN | ATTN: MICHAEL D. MUELLER, JENNIFER M. MCLEMORE<br>200 SOUTH 10TH, STREET, SUITE 1600<br>RICHMOND VA 23219-3095 | MMUELLER@WILLIAMSMULLEN.COM<br>JMCLEMORE@WILLIAMSMULLEN.COM | Email |
| COUNSEL TO NFL PROPERTIES LLC | ZELMANOVITZ & ASSOCIATES PLLC | ATTN: MENACHEM O. ZELMANOVITZ, ESQ.<br>1623 EAST 28TH STREET<br>BROOKLYN NY 11229 | MENDY@ZELMLAW.COM | Email |

In re: Sleep Number Corporation, *et al.*
Case No. 26-11399 (KYP)