**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*In re:*

**SLEEP NUMBER CORPORATION,** *et al.,*

        Debtors.[1]

*Chapter 11*

*Case No.* 26-11399 (KYP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SUPPLEMENTAL DECLARATION OF SANJURO KIETLINSKI OF PROVINCE, LLC**
**IN SUPPORT OF APPLICATION TO RETAIN AND EMPLOY PROVINCE, LLC AS**
**FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF**
**SLEEP NUMBER CORPORATION, *ET AL.*, EFFECTIVE JUNE 26, 2026**

I, Sanjuro Kietlinski, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules as follows:

1.     I am a partner with Province, LLC, which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074. I am authorized to submit this supplemental declaration (the "Supplemental Declaration") in support of the Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 26, 2026 (the "Application"). Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

2.      I submit this Supplemental Declaration in accordance with Bankruptcy Code sections 327, 328 and 330, Bankruptcy Rules 2014 and 2016, Local Rules 2014-1 and 2016-1 and my initial declaration to the Application (the "Initial Declaration").  Unless otherwise stated in this Supplemental Declaration, I have personal knowledge of the facts set forth herein.

3.      Following the filing of Province's Application, the United States Trustee has requested that Province make the following additional disclosures in relation to same.

4.      Province hereby confirms that it shall not bill any time on this matter by any unpaid intern.

5.      Province employees who are purely administrative in nature (not inclusive of paralegal staff) shall not bill any time on this matter.

6.      Province, LLC is a Delaware limited liability company.  Province, LLC is wholly owned, directly or indirectly, by Sagebrush Buyer, LLC, a Delaware limited liability company ("Holdco"), which also wholly owns StoneTurn Group, LLP, a Massachusetts limited liability partnership that, with its subsidiaries (collectively, "StoneTurn"), provides forensic accounting, investigative, compliance, disputes, and related advisory services.

7.      Province's conflicts searches and the related disclosures contained in the application and my initial Declaration have been conducted across all Province and StoneTurn operating entities and includes the connections of each of them.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 3, 2026

By:  /s/Sanjuro Kietlinski
       Sanjuro Kietlinski