**Objection Deadline: September 16, 2026 at 12:00 p.m.**

DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF FILING OF SIXTH DESIGNATION RIGHTS PERIOD**
**REJECTION NOTICE**

**PLEASE TAKE NOTICE** that on June 12, 2026 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2026, the Court entered the *Amended Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Granting Related Relief* [ECF No. 470] (the "**Sale Order**")[2], pursuant to which, among other things, the Debtors sold the Assets to SNBR Inc. (the "**Purchaser**"), including the "Designation Rights".

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date occurred on July 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Designation Rights, the Purchaser notified the Debtors of its determination to designate certain Contracts for rejection (the

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.
[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

"**Rejected Contracts**"). The Rejected Contracts are set forth on **Exhibit A** attached hereto. ***For the avoidance of doubt, the Purchaser may designate additional Contracts for rejection pursuant to a subsequent Designation Rights Period Rejection Notice until seven (7) Business Days prior to the expiration of the Designation Rights Period.***[3]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 33 of the Sale Order, the Debtors intend to reject the Rejected Contracts, effective as of the filing of this notice without need for further order of the Court (the "**Rejection Effective Date**").

**PLEASE TAKE FURTHER NOTICE** that, copies of the Sale Order and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://restructuring.ra.kroll.com/Sleepnumber or can be requested by email at SleepNumberInfo@ra.kroll.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to paragraph 34 of the Sale Order, any Counterparty to a Rejected Contract may object solely to the rejection of such Rejected Contract (a "**Rejection Objection**"), and shall have until the date that is fourteen (14) calendar days after the filing of this notice to file such Rejection Objection. Any Rejection Objection must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof, (d) be filed no later than fourteen (14) calendar days from the date of filing of this notice, and (e) be served on the following parties so that it is received no later than the applicable deadline: (i) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Angela M. Libby, Richard J. Steinberg, and Mordechai Rivkin; (ii) counsel to the DIP Agent, Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 S. 7th Street, Minneapolis, MN 55402, Attn: Michael R. Stewart and Adam C. Ballinger; (iii) counsel to the Purchaser, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Kizzy Jarashow, Joshua Zachariah, Harrison Freeman, and Benjamin Loveland; (iv) counsel to the Creditors' Committee; and (v) the U.S. Trustee.

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

***Any Counterparty to a Contract who fails to timely file a Rejection Objection before the applicable deadline in accordance with the Sale Order and this notice shall be deemed to have consented to the rejection of such Contract and the Rejection Effective Date therefor, and shall be forever barred from asserting any objection against the Debtors, the Purchaser, or the property of any such parties relating to the rejection of such Contract.***

[*Remainder of page intentionally left blank*]

[3] "Designation Rights Period" means the earlier of (i) no less than fourteen (14) days prior to the Confirmation Hearing, or (ii) September 29, 2026, unless otherwise extended.

Dated: September 2, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

By: */s/ Brian M. Resnick*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors and Debtors in Possession*

**Rejection Schedule**[1]

[1] For the avoidance of doubt, the Contracts referenced herein include any ancillary documents, including any amendments, modifications, or supplements thereto.

| Debtor Name | Contract Counterparty Name | Contract/Lease Title or Description |
|---|---|---|
| Sleep Number Corporation | Avnet, Inc. | Statement of Assurance |
| Sleep Number Corporation | BDO | Service Agreement |
| Sleep Number Corporation | Circular Action Alliance | California Interim State Addendum to Participant Producer Agreement |
| Sleep Number Corporation | Circular Action Alliance | Participant Agreement |
| Sleep Number Corporation | EmployBridge | Placement Services Agreement |
| Sleep Number Corporation | ESS | Alarm Monitoring Philly |
| Sleep Number Corporation | Franklin Alarm | Monitoring Agreement |
| Select Comfort Retail Corporation | General Equipment Acceptance | Master Waste and Disposal Services Agreement |
| Sleep Number Corporation | Gribetz International | Irmo Wrapper Order Form |
| Sleep Number Corporation | Ikonix USA | Services Agreement |
| Sleep Number Corporation | KP Staffing | Placement Services Agreement |
| Sleep Number Corporation | LiftOne | Demo Rental |
| Sleep Number Corporation | Martin Supply | Terms & Conditions |
| Sleep Number Corporation | ONE STOP FACILITIES MAINTENANCE CORP | Services Agreement |
| Sleep Number Corporation | Pridestaff | Placement Services Agreement |
| Sleep Number Corporation | Quench USA, Inc. | Rental Agreement |
| Sleep Number Corporation | Safe Guard Fire | Agreement |
| Sleep Number Corporation | Shred 360, LLC | Services Agreement |
| Sleep Number Corporation | Spence Irrigation and Landscapes | Services Agreement |
| Sleep Number Corporation | Thompson Safety LLC | Services Agreement |
| Sleep Number Corporation | Twin City Hardware Company, Inc. | Services Agreement |
| Sleep Number Corporation | Uinta Pest Solutions | Services Agreement |