DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF FILING OF SEVENTH DESIGNATION RIGHTS PERIOD ASSUMPTION AND ASSIGNMENT NOTICE**

**PLEASE TAKE NOTICE** that on June 12, 2026 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2026, the Court entered the *Amended Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Granting Related Relief* [ECF No. 470] (the "**Sale Order**")[2], pursuant to which, among other things, the Debtors sold the Assets to SNBR Inc. (the "**Purchaser**"), including the "Designation Rights".

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date occurred on July 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Designation Rights, the Purchaser notified the Debtors of its determination to designate certain Contracts for assumption and assignment (the "**Proposed Assumed Contracts**"). ***For the avoidance of doubt, the Purchaser may designate additional Contracts for assumption and assignment pursuant to a subsequent Designation Rights Period Assumption and Assignment Notice until seven (7) Business Days prior to the expiration of the Designation Rights Period***.[3]

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to assume and assign to the Purchaser pursuant to the Sale Order the Proposed Assumed Contracts listed on **Schedule 1** attached hereto (the "**Proposed Assumed Contracts Schedule**"). This Schedule 1 consists of Proposed Assumed Contracts previously listed on a Potential Assumption and Assignment Notice for which no Assumption and Assignment Objection was timely filed, or if timely filed, was resolved prior to the filing of this notice.

**PLEASE TAKE FURTHER NOTICE** that, unless a timely Assumption and Assignment Objection is filed by a Counterparty permitted under the Sale Order to file such objection, the assumption and assignment to the Purchaser of the Proposed Assumed Contracts shall be effective as of the filing of this notice.

**PLEASE TAKE FURTHER NOTICE** that, the "**Proposed Cure Costs**," if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedule. ***Each Proposed Cure Cost listed on the Proposed Assumed Contracts Schedule shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Proposed Assumed Contract under section 365(b) of the Bankruptcy Code as more specifically provided for in the Sale Order.***

**PLEASE TAKE FURTHER NOTICE** that, copies of the Proposed Assumed Contracts Schedule, the Sale Order and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://restructuring.ra.kroll.com/Sleepnumber or can be requested by email at SleepNumberInfo@ra.kroll.com.

## Filing Assumption and Assignment Objections

Pursuant to the Sale Order, if (a) the Proposed Cure Cost has changed from the Potential Assumption and Assignment Notice and has not been agreed to by the relevant Counterparty or (b) the Counterparty to the Proposed Assumed Contract has not previously received notice of the potential assumption and assignment of their Contract or Real Property Lease, the Counterparty to such Proposed Assumed Contract shall have until the date that is fourteen (14) calendar days after the filing of this notice (the "**Assumption Objection Deadline**") to object solely as to the Proposed

[3] "Designation Rights Period" means the earlier of (i) no less than fourteen (14) days prior to the Confirmation Hearing, or (ii) September 29, 2026, unless otherwise extended.

Cure Cost (if changed), as contemplated by and set forth in the Assumption and Assignment Procedures (any such objection, an "**Assumption and Assignment Objection**"). Any Assumption and Assignment Objection must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs that the Counterparty believes is required to cure any alleged defaults under the relevant Proposed Assumed Contract, (d) be filed no later than fourteen (14) calendar days from the date of service of this notice, and (e) be served on the following parties so that it is received no later than the applicable deadline: (i) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Angela M. Libby, Richard J. Steinberg, and Mordechai Rivkin; (ii) counsel to the DIP Agent, Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 S. 7th Street, Minneapolis, MN 55402, Attn: Michael R. Stewart and Adam C. Ballinger; (iii) counsel to the Purchaser, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Kizzy Jarashow, Joshua Zachariah, Harrison Freeman, and Benjamin Loveland; (iv) counsel to the Creditors' Committee; and (v) the U.S. Trustee (the "**Objection Notice Parties**").

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

***Any Counterparty to a Proposed Assumed Contract who fails to timely file an Assumption and Assignment Objection before the Assumption Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, the Sale Order and this notice shall be deemed to have consented to the assumption and assignment of such Proposed Assumed Contract (which shall be deemed effective as of the filing of this notice), including the Proposed Cure Costs (if any), set forth on the Proposed Assumed Contracts Schedule, and shall be forever barred from asserting any objection or claims against the Debtors, the Purchaser, or the property of any such parties relating to the assumption and assignment of such Proposed Assumed Contract, including asserting additional Cure Costs with respect to such Proposed Assumed Contract.***

[*Remainder of page intentionally left blank*]

Dated: September 2, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

*/s/ Brian M. Resnick*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors*
*and Debtors in Possession*

**Schedule 1**
**Proposed Assumed Contracts Schedule**

| Debtor Name | Contract Counterparty Name | $ | Proposed Cure Amount | Contract/Lease Title or Description |
|---|---|---|---|---|
| Sleep Number Corporation | AMI Imaging | $ | - | Master Services Agreement |
| Sleep Number Corporation | Boro Wide Recycling | $ | - | Waste Agreement |
| Sleep Number Corporation | BRG | $ | - | Terms |
| Sleep Number Corporation | Commercial Mechanical | $ | 4,488 | Service Agreement |
| Sleep Number Corporation | East Rock Ltd. | $ | 1,365,308 | Master Services Agreement |
| Sleep Number Corporation | Element Material Technology | $ | 35,535 | Services Agreement |
| Sleep Number Corporation | ErgoStrap USA LLC | $ | - | Purchase Agreement |
| Sleep Number Corporation | ESS | $ | - | Alarm Monitoring Levittown |
| Sleep Number Corporation | Fire & Life Safety | $ | - | National Accounts Agreement |
| Sleep Number Corporation | Forum Analytics | $ | 4,500 | Services Agreement |
| Sleep Number Corporation | Gunter Heating & A/C, Inc. | $ | 7,863 | Services Agreement |
| Sleep Number Corporation | Happen Ventures | $ | 340 | Subscription and Professional Services Agreement |
| Sleep Number Corporation | Image National Signs | $ | 1,407 | Professional Services Agreement |
| Sleep Number Corporation | JAMCO | $ | - | Customs Power of Attorney |
| Sleep Number Corporation | North American Roofing | $ | 3,880 | Terms and Conditions |
| Sleep Number Corporation | SRS Real Estate Partners, LLC | $ | 41,250 | Tenant Representation Services Agreement |
| Sleep Number Corporation | Team C&A Cleaning Services LLC | $ | - | Services Agreement |
| Sleep Number Corporation | Tietex International | $ | - | Master Services Agreement |
| Sleep Number Corporation | UL | $ | 14,934 | Global Services Agreement |
| Sleep Number Corporation | ZheJiang SaiFang Textile Technology Co., Ltd. | $ | - | Joint Development Agreement |