**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **(Jointly Administered)** |

**ORDER SHORTENING**
**NOTICE WITH RESPECT TO MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO PAY CERTAIN AMOUNTS OUTSTANDING UNDER THE DEBTORS' PREPETITION LOAN DOCUMENTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**") of Sleep Number Corporation and its direct and indirect subsidiaries (collectively, the "**Debtors**") for entry of an order (this "**Order**") shortening the notice period with respect to the Motion,[2] as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion to Shorten and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Shorten having been provided to the Notice Parties, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and the Court having determined that the relief requested is in the best interests of the Debtors,

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Motion to Shorten.

their estates, creditors and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Motion to Shorten is hereby granted as set forth herein.

2. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

3. A hearing (the "**Hearing**") to consider the relief requested in the Motion will be held before the Honorable Kyu Y. Paek, United States Bankruptcy Judge, One Bowling Green, New York, NY 10004-1408, on **September 17, 2026 at 10:00 a.m. (prevailing Eastern Time)**.

4. Any written responses or objections to the Motion shall be: (a) in writing; (b) filed electronically with the Bankruptcy Court in accordance with General Order M-399 (available at www.nysb.uscourts.gov) no later than **September 15, 2026 at 4:00 p.m. (prevailing Eastern Time)** (the "**Objection Deadline**"); and (c) served, in each case, in accordance with the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the Local Rules of the Bankruptcy Court for the Southern District of New York (the "**Local Rules**"), and the Court's Chambers' Rules (available at https://www.nysb.uscourts.gov/content/judge-kyu-y-mike-paek), in each case, to the extent applicable. Any responses or objections shall also be served upon: (i) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017 (Attn: Brian M. Resnick (brian.resnick@davispolk.com), Angela M. Libby (angela.libby@davispolk.com), Richard J. Steinberg (richard.steinberg@davispolk.com) and Mordechai Rivkin (mordechai.rivkin@davispolk.com)); (ii) counsel to the Administrative Agent, Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 S. 7th St., Minneapolis, MN 55402 (Attn: Michael R. Stewsart (michael.stewart@faegredrinker.com) and Adam C. Ballinger

(adam.ballinger@faegredrinker.com); (iii) the Office of the U.S. Trustee, Region 2, Alexander Hamilton Custom House, One Bowling Green, New York, NY 10004 (Attn: Andrea B. Schwartz (Andrea.B.Schwartz@usdoj.gov) and Daniel Rudewicz (daniel.rudewicz@usdoj.gov)); (iv) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, 1700 Broadway 36th Floor, New York, NY 10019 (Attn: Bradford J. Sandler (bsandler@pszjlaw.com)); and (v) any other party required to be served under any applicable Bankruptcy Rule or Local Rule.

5. The Debtors are authorized to take all such actions as are necessary or appropriate to implement the relief granted in this Order.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**/s/ Kyu Y. Paek**

**Dated: September 8, 2026**
**Poughkeepsie, New York**

**Hon. Kyu Y. Paek**
**U.S. Bankruptcy Judge**