DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **SLEEP NUMBER CORPORATION, *et al.*,** | **Case No. 26-11399 (KYP)** |
| **Debtors.**[1] | **Jointly Administered** |

**NOTICE OF FILING OF NINTH DESIGNATION RIGHTS PERIOD ASSUMPTION AND ASSIGNMENT NOTICE**

**PLEASE TAKE NOTICE** that on June 12, 2026 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") commenced cases by filing petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Southern District of New York (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, on July 30, 2026, the Court entered the *Amended Order (I) Approving Sale of Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances, (II) Authorizing Assumption and Assignment of Executory Contracts and Unexpired Leases and (III) Granting Related Relief* [ECF No. 470] (the "**Sale Order**")[2], pursuant to which, among other things, the Debtors sold the Assets to SNBR Inc. (the "**Purchaser**"), including the "Designation Rights".

---

[1] The Debtors' names and last four digits of their respective employer identification numbers are as follows: Sleep Number Corporation (7886); Select Comfort Retail Corporation (9757); Select Comfort Canada Holding Inc. (4273); Select Comfort SC LLC (5901); and Sleep Number Health Corporation (2499). The Debtors' mailing address is 1001 Third Avenue South, Minneapolis, MN 55404.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that, the Closing Date occurred on July 31, 2026.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Designation Rights, the Purchaser notified the Debtors of its determination to designate certain Contracts for assumption and assignment (the "**Proposed Assumed Contracts**"). ***For the avoidance of doubt, the Purchaser may designate additional Contracts for assumption and assignment pursuant to a subsequent Designation Rights Period Assumption and Assignment Notice until seven (7) Business Days prior to the expiration of the Designation Rights Period***.[3]

**PLEASE TAKE FURTHER NOTICE** that, the Debtors intend to assume and assign to the Purchaser pursuant to the Sale Order the Proposed Assumed Contracts listed on **Schedule 1** attached hereto (the "**Proposed Assumed Contracts Schedule**"). This Schedule 1 consists of Proposed Assumed Contracts previously listed on a Potential Assumption and Assignment Notice for which no Assumption and Assignment Objection was timely filed, or if timely filed, was resolved prior to the filing of this notice.

**PLEASE TAKE FURTHER NOTICE** that, unless a timely Assumption and Assignment Objection is filed by a Counterparty permitted under the Sale Order to file such objection, the assumption and assignment to the Purchaser of the Proposed Assumed Contracts shall be effective as of the filing of this notice.

**PLEASE TAKE FURTHER NOTICE** that, the "**Proposed Cure Costs**," if any, necessary for the assumption and assignment of the Proposed Assumed Contracts are set forth on the Proposed Assumed Contracts Schedule. ***Each Proposed Cure Cost listed on the Proposed Assumed Contracts Schedule shall be controlling and will be the only amount necessary to cure outstanding defaults under the applicable Proposed Assumed Contract under section 365(b) of the Bankruptcy Code as more specifically provided for in the Sale Order.***

**PLEASE TAKE FURTHER NOTICE** that, copies of the Proposed Assumed Contracts Schedule, the Sale Order and all other documents filed with the Court, are available free of charge on the Debtors' case information website, located at https://restructuring.ra.kroll.com/Sleepnumber or can be requested by email at SleepNumberInfo@ra.kroll.com.

## Filing Assumption and Assignment Objections

Pursuant to the Sale Order, if (a) the Proposed Cure Cost has changed from the Potential Assumption and Assignment Notice and has not been agreed to by the relevant Counterparty or (b) the Counterparty to the Proposed Assumed Contract has not previously received notice of the potential assumption and assignment of their Contract or Real Property Lease, the Counterparty to such Proposed Assumed Contract shall have until the date that is fourteen (14) calendar days after the filing of this notice (the "**Assumption Objection Deadline**") to object solely as to the Proposed

[3] "Designation Rights Period" means the earlier of (i) no less than fourteen (14) days prior to the Confirmation Hearing, or (ii) September 29, 2026, unless otherwise extended.

Cure Cost (if changed), as contemplated by and set forth in the Assumption and Assignment Procedures (any such objection, an "**Assumption and Assignment Objection**"). Any Assumption and Assignment Objection must (a) be in writing, (b) comply with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, (c) state, with specificity, the legal and factual bases thereof, including, if applicable, the Cure Costs that the Counterparty believes is required to cure any alleged defaults under the relevant Proposed Assumed Contract, (d) be filed no later than fourteen (14) calendar days from the date of service of this notice, and (e) be served on the following parties so that it is received no later than the applicable deadline: (i) counsel to the Debtors, Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, NY 10017, Attn: Brian M. Resnick, Angela M. Libby, Richard J. Steinberg, and Mordechai Rivkin; (ii) counsel to the DIP Agent, Faegre Drinker Biddle & Reath LLP, 2200 Wells Fargo Center, 90 S. 7th Street, Minneapolis, MN 55402, Attn: Michael R. Stewart and Adam C. Ballinger; (iii) counsel to the Purchaser, Goodwin Procter LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018, Attn: Kizzy Jarashow, Joshua Zachariah, Harrison Freeman, and Benjamin Loveland; (iv) counsel to the Creditors' Committee; and (v) the U.S. Trustee (the "**Objection Notice Parties**").

## CONSEQUENCES OF FAILING TO TIMELY ASSERT AN OBJECTION

***Any Counterparty to a Proposed Assumed Contract who fails to timely file an Assumption and Assignment Objection before the Assumption Objection Deadline in accordance with the Assumption and Assignment Procedures, the Bidding Procedures Order, the Sale Order and this notice shall be deemed to have consented to the assumption and assignment of such Proposed Assumed Contract (which shall be deemed effective as of the filing of this notice), including the Proposed Cure Costs (if any), set forth on the Proposed Assumed Contracts Schedule, and shall be forever barred from asserting any objection or claims against the Debtors, the Purchaser, or the property of any such parties relating to the assumption and assignment of such Proposed Assumed Contract, including asserting additional Cure Costs with respect to such Proposed Assumed Contract.***

[*Remainder of page intentionally left blank*]

Dated: September 8, 2026
New York, New York

DAVIS POLK & WARDWELL LLP

*/s/ Brian M. Resnick*
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Brian M. Resnick
Angela M. Libby
Stephen D. Piraino
Richard J. Steinberg
Sihui (Sophy) Ma
Mordechai Rivkin

*Counsel to the Debtors*
*and Debtors in Possession*

**Schedule 1**
**Proposed Assumed Contracts Schedule**

| Debtor Name | Contract Counterparty Name | $ | Proposed Cure Amount | Contract/Lease Title or Description |
|---|---|---|---|---|
| Select Comfort Retail Corporation | Affirm | $ | - | Merchant Agreement |
| Sleep Number Corporation | Altova | $ | - | End User License Agreement |
| Sleep Number Corporation | Anaplan | $ | - | Subscription Services Agreement |
| Sleep Number Corporation | Anybill Financial Services | $ | 14,439.74 | Master Services Agreement |
| Sleep Number Corporation | Arena Solutions, Inc. | $ | 30,863.35 | Master Services Agreement |
| Sleep Number Corporation | AuthSMTP | $ | - | Terms of Service |
| Sleep Number Corporation | AutoDesk | $ | - | End User License Agreement |
| Sleep Number Corporation | Belardi Wong | $ | - | Professional Services Agreement |
| Sleep Number Corporation | Bombich Software | $ | - | Carbon Copy Cloner Volume License and Maintenance Agreement |
| Sleep Number Corporation | BrowserStack | $ | - | Browserstack Order Form |
| Sleep Number Corporation | Cached Consulting | $ | 9,250 | Professional Services Agreement |
| Sleep Number Corporation | Caliper Corporation | $ | - | Maptitude License |
| Sleep Number Corporation | Calipher Corporation | $ | - | Maptitude End User License Agreement |
| Sleep Number Corporation | CenterPoint Marketing | $ | - | Professional Services Agreement |
| Sleep Number Corporation | City Mattress | $ | - | Terms and Conditions of Sale for Air Compressors |
| Sleep Number Corporation | City Mattress | $ | - | Terms and Conditions of Sale |
| Sleep Number Corporation | Cloudinary | $ | - | Software as a Service Agreement |
| Sleep Number Corporation | Cohesity | $ | - | AWS Order Form |
| Select Comfort Retail Corporation | Costco Wholesale Corporation | $ | - | Basic Supplier Agreement |
| Select Comfort Retail Corporation | Costco Wholesale Corporation | $ | - | E-Commerce Addendum |
| Select Comfort Retail Corporation | Costco Wholesale Corporation | $ | - | Supplier Standard Terms |
| Select Comfort Retail Corporation | Costco Wholesale Corporation | $ | - | Vendor Purchase Program Agreement |
| Sleep Number Corporation | Cox Communications Arizona, LLC | $ | - | Order Form Internet for Buckeye AZ Store |
| Sleep Number Corporation | Creative Sleep Solutions, LLC | $ | - | Joint Development Agreement |
| Sleep Number Corporation | Cresta | $ | - | Software as a Service Agreement |
| Sleep Number Corporation | Cribl | $ | - | Subscription Services Agreement |
| Sleep Number Corporation | CSquare | $ | - | Order Form MSP1 - 36 Mo Renewal |
| Sleep Number Corporation | CSquare | $ | - | Order Form ORD1 - 24 Mo Renewal |
| Sleep Number Corporation | Databricks, Inc. | $ | - | Microsoft Cloud Services Agreement |
| Sleep Number Corporation | Diverse Logistics | $ | - | Field Service Provider Agrmt |
| Sleep Number Corporation | Docker | $ | - | Docker Subscription Service Agreement |
| Sleep Number Corporation | Ecolab, Inc. | $ | 1,361.06 | Services Agreement |
| Sleep Number Corporation | Epsilon | $ | - | Abacus Coop Agreement |
| Sleep Number Corporation | Extrahop | $ | - | AWS Order Form |
| Sleep Number Corporation | Feedonomics Holdings, LLC | $ | 5,262 | Agreement |
| Sleep Number Corporation | Flexera | $ | - | Subscription Renewal thru Microsoft Azure |
| Sleep Number Corporation | Fortiva Financial, LLC | $ | - | Retail Credit Program Agreement |
| Sleep Number Corporation | FRSecure | $ | - | Professional Services Agreement |
| Sleep Number Corporation | Genex | $ | 1,918.30 | Services Agreement |
| Sleep Number Corporation | HashiCorp, Inc. | $ | - | Cloud Platform Click-through User Agreement |
| Sleep Number Corporation | Industrial Compressor | $ | 4,676.10 | Service Agreement |
| Sleep Number Corporation | Infoblox | $ | - | Infoblox Order Form Renewal |
| Sleep Number Corporation | Infoblox | $ | - | AWS Order Form |
| Sleep Number Corporation | InStream, LLC dba AMI Imaging Systems, Inc. | $ | 4,361 | Software Order - FileBound Document Management Cloud Subscription |
| Sleep Number Corporation | Intellinum | $ | - | Master Services Agreement |
| Sleep Number Corporation | IPinfo Inc | $ | - | Terms of Service |
| Sleep Number Corporation | Ivanti | $ | - | End User License Agreement Cloud Standard |
| Sleep Number Corporation | Ivanti | $ | - | Statement of Work #1 Ivanti Cloud Implementation |
| Sleep Number Corporation | Jamf | $ | - | Software License and Services Agreement |
| Sleep Number Corporation | J-Tech LabWorks LLC | $ | - | SOW #2 |
| Sleep Number Corporation | KnowBe4, Inc. | $ | - | Master Agreement |
| Sleep Number Corporation | Kocharlakota, Sreekanth | $ | - | Independent Contractor Agreement |
| Sleep Number Corporation | Liberty Systems Inc. | $ | 400 | Professional Services Agreement |
| Sleep Number Corporation | Lucid | $ | - | AWS Order Form Cloud Accelerator |
| Sleep Number Corporation | Lucid Software, Inc. | $ | - | Subscription Services Agreement |
| Sleep Number Corporation | Megaport | $ | - | Global Services Agreement |
| Sleep Number Corporation | Micro Focus | $ | 13,723.57 | Order Form UFT 6 Month Term |
| Sleep Number Corporation | Micro Focus | $ | - | UFT Software Business Support Agreement |
| Sleep Number Corporation | More4Apps, Inc | $ | - | Software License Agreement |
| Sleep Number Corporation | Muck Rack, LLC | $ | - | Order Form |
| Sleep Number Corporation | National Instruments | $ | - | LabView and TestStand Terms of Service |
| Sleep Number Corporation | NetApp | $ | - | Terms of Service Eco Spot |
| Sleep Number Corporation | Okta, Inc. | $ | - | Master Subscription Agreement |
| Sleep Number Corporation | Optiv | $ | - | Optiv/Ivanti Order Form MobileIron Renewal |
| Sleep Number Corporation | Pivot Technology Services Corporation | $ | 851.62 | Professional Services Agreement |
| Sleep Number Corporation | Presidio | $ | 21,000 | Jamf Order Form |
| Sleep Number Corporation | Presidio | $ | - | Order Form Cribl |
| Sleep Number Corporation | Presidio | $ | - | Cisco Order Form Boardroom AV Refresh |
| Sleep Number Corporation | Presidio | $ | - | Order Form 10 Meraki AP |
| Sleep Number Corporation | Presidio | $ | - | Order Form Cisco Meraki Software |
| Sleep Number Corporation | Presidio | $ | - | Order Form Park Place Server Maintenance |
| Sleep Number Corporation | Presidio | $ | - | Order Form Sumo Logic Renewal |
| Sleep Number Corporation | Presidio | $ | - | Order Form UCS 26 core Elk Grove Village |
| Sleep Number Corporation | Presidio | $ | - | Order Form UCS 26 core Shakopee |

| Debtor Name | Contract Counterparty Name | $ | Proposed Cure Amount | Contract/Lease Title or Description |
|---|---|---|---|---|
| Sleep Number Corporation | Presidio | $ | - | Statement of Work #7 Boardroom Technology Installation |
| Sleep Number Corporation | Progress | $ | 3,573.36 | Order Form WS FTP |
| Sleep Number Corporation | RemoteAdmin | $ | - | Professional Services Agreement |
| Sleep Number Corporation | Rithum Corporation | $ | 1,288.45 | Supplier Master Services Agreement |
| Sleep Number Corporation | Robert Half | $ | 61,372.50 | Placement Services Agreement |
| Sleep Number Corporation | Ryder Transportation | $ | - | Comdata Fuel Card Agreement |
| Sleep Number Corporation | Ryder Truck Rental | $ | 1,000 | Amendment to Truck Lease and Service Agreement |
| Sleep Number Corporation | Ryder Truck Rental | $ | - | Parking Space License Agreement |
| Sleep Number Corporation | Ryder Truck Rental dba Ryder Transportation Services | $ | - | Truck Lease and Service Agreement |
| Sleep Number Corporation | Salesforce | $ | - | Professional Services Agreement |
| Sleep Number Corporation | SheerID, Inc. | $ | 18,750 | Verification Services Agreement |
| Sleep Number Corporation | SPS Commerce | $ | 1,491.90 | Terms and Conditions |
| Sleep Number Corporation | Stallion Infrastructure Services, Ltd. | $ | - | Services Agreement |
| Sleep Number Corporation | Syndigo LLC | $ | - | Master Client Agreement |
| Sleep Number Corporation | Syndigo LLC | $ | - | Services Agreement #001 |
| Sleep Number Corporation | Syndigo LLC | $ | - | Terms and Conditions |
| Sleep Number Corporation | TCA Logistics | $ | - | Field Services Provider Agreement |
| Sleep Number Corporation | TDS Broadband | $ | - | Terms and Conditions Telecommunications Service |
| Sleep Number Corporation | Teklynx Newco SAS | $ | - | Label Matrix SAS Software License Agreement |
| Sleep Number Corporation | The MathWorks Inc. | $ | - | SIQ - Software License Agreement |
| Sleep Number Corporation | Trend Micro Incorporated | $ | - | Deep Security Third Party Software List-License Attributions |
| Sleep Number Corporation | Trend Micro Incorporated | $ | - | Terms of Service Cloud Services |
| Sleep Number Corporation | Trintech | $ | - | Subscription Services |
| Sleep Number Corporation | uberall Inc. | $ | 18,361.35 | Subscription Services Agreement |
| Sleep Number Corporation | Unitask | $ | - | Order Form |
| Sleep Number Corporation | Veeva Systems Inc | $ | 2,475 | Software as a Service Agreement |
| Sleep Number Corporation | Virinco | $ | 3,500 | Master Services Agreement |
| Sleep Number Corporation | Vyond | $ | - | Terms of Service |
| Sleep Number Corporation | Vyond | $ | - | Terms of Service |
| Sleep Number Corporation | W.W.Williams Company, LLC | $ | 780 | Services Agreement |
| Sleep Number Corporation | Wells Fargo Insurance Services, USA, Inc. | $ | - | Professional Services Agreement |
| Sleep Number Corporation | Wolfpack Security LLC | $ | - | Professional Services Agreement |
| Sleep Number Corporation | XTRA Lease | $ | 11,814.62 | Rental Acknowledgement |
| Sleep Number Corporation | XTRA Lease | $ | - | Standard Terms and Conditions |
| Sleep Number Corporation | Zendesk | $ | - | Main Services Agreement |
| Sleep Number Corporation | Zingtree | $ | - | End User Terms |
| Sleep Number Corporation | Zingtree | $ | - | Terms of Service |
| Sleep Number Corporation | ZoomInfo Technologies, LLC dba NeverBounce | $ | - | Service Agreement |
| Sleep Number Corporation | Zscaler | $ | - | End User Subscription Agreement |